**85 Flatbush - Claims**

|  | RHO Hotel LLC | 20-23281 |  |
|---|---|---|---|
|  | **Entity** | **Amount** | **Notes** |
| **Secured Claims** | TH Holdco LLC | $85,158,815.99 | Scheduled $70,000,000; Claim No. 3 $85,158,815.99 |
|  |  |  | Does not include post-petition accruals |
|  | Total | $85,158,815.99 |  |
|  |  |  |  |
| **Chapter 11 Post Petition Admin Claims** | NY State Tax Dept | $88,004.45 | Claim No. 7 |
| **and Priority Claims** | NY State Tax Dept | $641,680.18 | Claim No. 1 |
|  | Professional Fees | $218,030.50 | Per Nov. 2021 MOR.  There may be add'l professional fees asserted. |
|  | NYS Dept of Labor | $0.00 | Claim No. 2, filed under sec. 507(a) "in the event future liabilities become due" |
|  |  |  |  |
|  | Total | $947,715.13 |  |
|  |  |  |  |
| **Unsecured Claims** | BSPRT CRE Finance | $204,328.00 | BSPRT and Benefit St. (Claim Nos. 5 and 6) appear to be duplicate insider claims |
|  | Benefit Street Partners Realty Operating | $204,328.00 | Claim No. 6 |
|  | Signature Bank | $337,797.00 |  |
|  | Simon's Industrial Supply | $32,810.25 | Scheduled $33,821.48; Claim No. 4 $32,810.25 |
|  | NY State Tax Dept | $93,746.45 | Claim No. 1 |
|  | 4 Sylvan Way LLC | $83,333.00 |  |
|  | AC Elite Steel Inc. | $435.50 |  |
|  | ADP, LLC | $3,219.67 |  |
|  | Aflac Worldwide Headquart | $1,069.56 |  |
|  | Air Aroma USA Dist LLC | $6,529.86 |  |
|  | Anya's Licorice Inc. | $694.69 |  |
|  | Backstage AS | $4,000.00 |  |
|  | BP Environmental Services | $11,000.00 |  |
|  | C&A Marketing Inc. | $33,333.00 | *Creditor also scheduled in Mezz case at higher amt. of $333,000 |
|  | Cashier Depot Corp. | $133.89 |  |
|  | Chaim Hager | $83,333.00 |  |
|  | Champion Combustion | $666.86 |  |
|  | Chatham Hedging Adviors | $195.00 |  |
|  | Cheskiel Berkowitz | $83,333.00 |  |
|  | Comfort Bedding | $729.46 |  |
|  | Con Edison | $144,699.91 |  |
|  | Croker Fire Drill Corpora | $148.86 |  |
|  | CSC | $6,915.95 |  |
|  | Duetto Research Inc. | $31,076.94 |  |
|  | Dura-Lift Inc. | $29,259.12 |  |
|  | EEMD INC. | $5,040.00 |  |
|  | Enercon Technical Service | $14,139.11 |  |
|  | FedEx | $183.19 |  |
|  | First Insurance Funding | $5,811.92 |  |
|  | George Kenedy LLC | $5,000.00 |  |
|  | Greater Shield | $369,452.62 |  |
|  | Green & White Boutique | $16,344.78 |  |
|  | GuestTek Interactive | $11,468.58 |  |
|  | Harbor Linen | $4,054.08 |  |
|  | Hardvard Stars Inc. | $2,024.75 |  |
|  | Herman Rubin | $33,333.00 |  |
|  | Hotels By Day, LLC | $146.57 |  |
|  | House of Kooser | $18,142.41 |  |
|  | ID Cleaners & Carpeting | $4,355.00 |  |
|  | IRS | $0.00 |  |
|  | Jacob Rubin | $83,333.00 |  |
|  | John Mini Distinctive | $2,995.44 |  |
|  | M3 ACCOUNTTING + ANALYTIC | $1,011.15 |  |
|  | M6iT Consulting | $9,211.68 |  |
|  | Manhattan Beer Distributo | $7,183.80 |  |
|  | MR Linen Services LLC | $1,344.75 |  |
|  | National Grid | $12,607.31 |  |
|  | NY STATE DEPT. OF FINANCE | $0.00 | For notice purposes |
|  | NYC DEPT. OF FINANCE | $239,724.12 |  |
|  | NYS Sales Tax Processing | $140,807.02 |  |
|  | Oracle America, Inc. | $20,824.84 |  |
|  | Personnel Concepts | $88.90 |  |
|  | Power Pro NY | $517.16 |  |
|  | Premium Pest Control | $3,135.60 |  |
|  | Protel Voice Data | $811.11 |  |
|  | Purchase Power | $1,778.34 |  |
|  | Rightway Restoration LLC | $34,297.80 |  |
|  | Rise Elevator Inspections | $1,790.00 |  |
|  | SAVECOM | $6,646.86 |  |
|  | T-Y Group, LLC | $5,389.32 |  |
|  | The New York Times | $288.00 |  |
|  | The Regency Group | $3,881.41 |  |
|  | TimePayment Corp | $327.98 |  |
|  | Toys For You Inc. | $66,666.00 |  |

| | Entity | Amount | Notes |
|---|---|---|---|
| | Traore Cleaning LLC | $11,812.95 | |
| | Travel Media Group | $3,625.00 | |
| | TravelClick Inc. | $21,050.46 | |
| | Wolf Gordon | $2,579.15 | |
| | | | |
| | Total | $2,570,342.13 | |

| | RHO Residential | 20-23282 | |
|---|---|---|---|
| | Entity | Amount | Notes |
| **Secured Claims** | TH Holdco LLC | $85,158,815.99 | Scheduled $70,000,000; Claim No. 1 $85,158,815.99 |
| | | | Does not include post-petition accruals. |
| | Total | $85,158,815.99 | |
| | | | |
| **Chapter 11 Post Petition Admin Claims** | Professional Fees | $218,030.50 | Per Nov. 2021 MOR.  There may be add'l professional fees asserted. |
| | Total | $218,030.50 | |
| | | | |
| **Unsecured Claims** | BSPRT CRE Finance LLC | $204,328.00 | BSPRT and Benefit St. (Claim Nos. 2 and 3) appear to be duplicate insider claims |
| | Benefit Street Partners Realty Operating | $204,328.00 | Claim No. 3 |
| | 4 Sylvan Way LLC | $83,333.00 | |
| | Akiva Hersh Klein | $333,333.00 | |
| | Chaim Hager | $83,333.00 | |
| | Cheskiel Berkowitz | $83,333.00 | |
| | Con Edison | $0.00 | Unknown/disputed |
| | Herman Rubin | $33,333.00 | |
| | IRS | $0.00 | For notice purposes |
| | Jacob Rubin | $83,333.00 | |
| | National Grid | $0.00 | Unknown/disputed |
| | NY Dept of Finance | $0.00 | For notice purposes |
| | NY Dept of Finance | $0.00 | For notice purposes |
| | Toys for You Inc. | $66,666.00 | |
| | | | |
| | Total | $1,175,320.00 | |

| | RHO Mezz | 20-23280 | |
|---|---|---|---|
| | Entity | Amount | Notes |
| **Secured Claims** | 85 Flatbush Mezz LLC | $7,787,500.00 | Scheduled $6,000,000; Claim No. 5 $7,787,500 |
| | New York City Dept of Finance | $111.90 | Claim No. 11 |
| | | | |
| | Total | $7,787,611.90 | |
| | | | |
| **Chapter 11 Post Petition Admin Claims** | New York City Dept of Finance | $1,119,193.86 | Claim No. 14 |
| **and Priority Claims** | Professional Fees | $218,030.50 | Per Nov. 2021 MOR.  There may add'l professional fees asserted. |
| | Total | $1,337,224.36 | |
| | | | |
| **Unsecured Claims** | National Grid | $38,588.94 | Claim No. 2 |
| | John Mini Distinctive Landscapes | $4,118.73 | Claim No. 4 likely duplicate of Claim No. 3 |
| | Corporation Service Company | $1,145.59 | Claim No. 6 |
| | Mariel A. Colon Miro | $0.00 | Claim No. 7 |
| | EEMD Inc. | $9,821.95 | Claim No. 8 |
| | Office of Admin Trials | $30,600.00 | Claim No. 12 |
| | Manhattan Beer Dist. | $6,686.65 | Claim No. 13 |
| | Con Edison | $265,333.77 | Scheduled $144,699.91; Claim No. 1 $265,333.77 |
| | Green & White Boutique | $10,367.69 | Claim No. 9 |
| | Oracle America | $33,570.56 | Claim No. 10 |
| | 4 Sylvan Way LLC | $83,333.00 | |
| | C&A Marketing Inc. | $333,000.00 | *Also scheduled in Hotel case at lower amount of $33,333.00. |
| | Chaim Hager | $83,333.00 | |
| | Cheskiel Berkowitz | $83,333.00 | |
| | Herman Rubin | $33,333.00 | |
| | IRS | $0.00 | For notice purposes |
| | Jacob Rubin | $83,333.00 | |
| | NYC Dept of Finance | $0.00 | For notice purposes |
| | Toys For You Inc | $66,666.00 | |
| | | | |
| | Total | $1,166,564.88 | |