Lauren Macksoud
Charles E. Dorkey, III
Sarah M. Schrag
**DENTONS US LLP**
1221 Avenue of the Americas
25th Floor
New York, New York 10020
Telephone: (212) 768-6700
Facsimile:  (212) 768-6800
Email: lauren.macksoud@dentons.com
          charles.dorkey@dentons.com
          sarah.schrag@dentons.com

Robert Richards  (admitted *pro hac vice*)
**DENTONS US LLP**
233 S. Wacker Drive
Suite 5900
Chicago, IL 60606
Telephone: (312) 876-8000
Facsimile: (312) 876-7934
Email: robert.richards@dentons.com

*Counsel to TH Holdco LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>   85 FLATBUSH RHO MEZZ LLC, et al.,[1]<br><br>                Debtors | Case No. 20-23280 (RDD)<br>Chapter 11<br><br><br>(Jointly Administered) |

**NOTICE OF APPEARANCE AND DEMAND**
**FOR NOTICE AND SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that the undersigned hereby enters her appearance as counsel

to TH Holdco LLC ("TH Holdco"), pursuant to, *inter alia,* Rules 2002 and 9010 of the Federal

---

[1] The Debtors (as defined) in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: 85 Flatbush RHO Mezz LLC (6184); 85 Flatbush RHO Hotel LLC (5027); and 85 Flatbush RHO Residential LLC (2261).

Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and § 1109(b) of title 11 of the United States Code, §§ 101 *et seq.* (the "Bankruptcy Code"), requests that all notices given and all papers served or required to be served in each of the Chapter 11 Cases be given to and served upon:

Sarah M. Schrag
**DENTONS US LLP**
1221 Avenue of the Americas
25th Floor
New York, New York 10020
Telephone: (212) 768-6700
Facsimile:  (212) 768-6800
Email:  sarah.schrag@dentons.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only notices and papers referred to in the Bankruptcy Code or Bankruptcy Rules, but also includes, without limitation, orders and notices of any applications, motions, orders, demands, hearings, requests or petitions, answering or reply papers, memoranda and briefs in support of any of the foregoing, and any other document brought before this Court with respect to the Chapter 11 Cases, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, facsimile, telex, email, or otherwise.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Demand for Notice and Service of Papers shall not be construed as an appointment of any person or entity as authorized agents of TH Holdco, either expressly or impliedly, for purposes of receiving service of process pursuant to Rule 7004 of the Bankruptcy Rules or Rule 4 of the Federal Rules of Civil Procedure.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Demand for Notice and Service of Papers nor any subsequent appearance, pleading, claim, or

suit is intended or shall be deemed to waive TH Holdco's (i) right to have final orders in non-core matters entered only after *de novo* review by a higher court; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which TH Holdco is or may be entitled under agreements, at law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.

Dated: February 22, 2022
       New York, New York

**DENTONS US LLP**

*/s/ Sarah M. Schrag*
Lauren Macksoud
Charles E. Dorkey, III
Sarah M. Schrag
1221 Avenue of the Americas
25th Floor
New York, New York 10020
Telephone: (212) 768-6700
Facsimile:  (212) 768-6800
Email: lauren.macksoud@dentons.com
      charles.dorkey@dentons.com
      sarah.schrag@dentons.com

Robert Richards  (admitted *pro hac vice*)
**DENTONS US LLP**
233 S. Wacker Drive
Suite 5900
Chicago, IL 60606
Telephone: (312) 876-8000
Facsimile: (312) 876-7934
Email: robert.richards@dentons.com

*Counsel to TH Holdco LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on February 22, 2022, a true and correct copy of the foregoing *Notice of Appearance and Demand for Notice and Service of Papers* was caused to be served via the Court's CM/ECF system on all parties authorized to receive electronic notice in these cases.

/s/ *Sarah M. Schrag*
Sarah M. Schrag