| 85 Flatbush - Payoff 7/16/20 | | |
|---|---|---|
| Principal: | $ | 70,000,000.00 |
| Nominal Interest Due 2/1/20 -7/16/20 | $ | 2,190,412.78 |
| Default Interest Due 2/1/20 - 7/16/20 | $ | 3,988,778.89 |
| Exit Fee | $ | 525,000.00 |
| Servicing Fee: | $ | 58,333.33 |
| **Total Payoff Due:** | **$** | **76,762,525.00** |
| | | |