**DHS Pro Forma**

|  | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | Year 6 | Year 7 | Year 8 | Year 9 | Year 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| Total Units | 238 | 238 | 238 | 238 | 238 | 238 | 238 | 238 | 238 | 238 |
| Total # of RMs | 86,870 | 86,870 | 86,870 | 86,870 | 86,870 | 86,870 | 86,870 | 86,870 | 86,870 | 86,870 |
| Rate Per Day | $125.00 | $128.75 | $132.61 | $136.59 | $140.69 | $144.91 | $149.26 | $153.73 | $158.35 | $163.10 |
| **Revenue** | | | | | | | | | | |
| Gross Potential Revenue | $10,858,750 | $11,184,513 | $11,520,048 | $11,865,649 | $12,221,619 | $12,588,267 | $12,965,915 | $13,354,893 | $13,755,540 | $14,168,206 |
| **Total Gross Potential Rent** | **$10,858,750** | **$11,184,513** | **$11,520,048** | **$11,865,649** | **$12,221,619** | **$12,588,267** | **$12,965,915** | **$13,354,893** | **$13,755,540** | **$14,168,206** |
| 2.00% Vacancy Loss | ($217,175) | ($223,690) | ($230,401) | ($237,313) | ($244,432) | ($251,765) | ($259,318) | ($267,098) | ($275,111) | ($283,364) |
| **EGI** | **$10,641,575** | **$10,960,822** | **$11,289,647** | **$11,628,336** | **$11,977,186** | **$12,336,502** | **$12,706,597** | **$13,087,795** | **$13,480,429** | **$13,884,842** |
| **Operating Expenses** | | | | | | | | | | |
| RE Taxes | $1,887,225 | $1,939,124 | $1,992,450 | $2,047,242 | $2,103,541 | $2,161,388 | $2,220,827 | $2,281,899 | $2,344,652 | $2,409,130 |
| Insurance | $195,894 | $201,281 | $206,816 | $212,504 | $218,348 | $224,352 | $230,522 | $236,861 | $243,375 | $250,068 |
| Utilities | $301,336 | $309,623 | $318,137 | $326,886 | $335,876 | $345,112 | $354,603 | $364,354 | $374,374 | $384,669 |
| Repairs & Maintenance | $173,268 | $178,033 | $182,929 | $187,960 | $193,128 | $198,439 | $203,897 | $209,504 | $215,265 | $221,185 |
| Administrative & General | $105,468 | $108,368 | $111,348 | $114,410 | $117,556 | $120,789 | $124,111 | $127,524 | $131,031 | $134,634 |
| 3.00% Management Fee | $319,247 | $328,825 | $338,689 | $348,850 | $359,316 | $370,095 | $381,198 | $392,634 | $404,413 | $416,545 |
| Replacement Reserves | $37,667 | $38,703 | $39,767 | $40,861 | $41,984 | $43,139 | $44,325 | $45,544 | $46,797 | $48,084 |
| **Total Expenses** | **$3,020,105** | **$3,103,956** | **$3,190,137** | **$3,278,712** | **$3,369,749** | **$3,463,316** | **$3,559,482** | **$3,658,321** | **$3,759,906** | **$3,864,315** |
| **NOI** | **$7,621,470** | **$7,856,866** | **$8,099,510** | **$8,349,624** | **$8,607,437** | **$8,873,187** | **$9,147,115** | **$9,429,474** | **$9,720,523** | **$10,020,527** |
| DS | ($4,742,574) | ($4,742,574) | ($4,742,574) | ($4,742,574) | ($4,742,574) | ($4,742,574) | ($4,742,574) | ($4,742,574) | ($4,742,574) | ($4,742,574) |
| **Net Cash Flow** | **$2,878,895** | **$3,114,292** | **$3,356,936** | **$3,607,049** | **$3,864,863** | **$4,130,612** | **$4,404,541** | **$4,686,900** | **$4,977,948** | **$5,277,953** |
| Mezz Lender DS | ($250,000) | ($214,286) | ($178,571) | ($142,857) | ($107,143) | ($71,429) | ($35,714) | $0 | $0 | $0 |
| **Remaining Cash Flow after Mezz DS** | **$2,628,895** | **$2,900,006** | **$3,178,364** | **$3,464,192** | **$3,757,720** | **$4,059,183** | **$4,368,826** | **$4,686,900** | **$4,977,948** | **$5,277,953** |
| Unsecured Creditor Payoff | ($1,758,902) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Remaning Cash Flow** | **$869,994** | **$2,900,006** | **$3,178,364** | **$3,464,192** | **$3,757,720** | **$4,059,183** | **$4,368,826** | **$4,686,900** | **$4,977,948** | **$5,277,953** |
| 0.00% Reserves | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| **Remaning Cash Flow** | **$869,994** | **$2,900,006** | **$3,178,364** | **$3,464,192** | **$3,757,720** | **$4,059,183** | **$4,368,826** | **$4,686,900** | **$4,977,948** | **$5,277,953** |
| Mezz Loan Paydown | ($714,286) | ($714,286) | ($714,286) | ($714,286) | ($714,286) | ($714,286) | ($714,286) | $0 | $0 | $0 |
| **REMAINING CASH FLOW** | **$155,708** | **$2,185,720** | **$2,464,078** | **$2,749,907** | **$3,043,434** | **$3,344,898** | **$3,654,541** | **$4,686,900** | **$4,977,948** | **$5,277,953** |
| *DSCR* | *1.61x* | *1.66x* | *1.71x* | *1.76x* | *1.81x* | *1.87x* | *1.93x* | *1.99x* | *2.05x* | *2.11x* |
| *Expense Ratio* | *28.38%* | *28.32%* | *28.26%* | *28.20%* | *28.13%* | *28.07%* | *28.01%* | *27.95%* | *27.89%* | *27.83%* |