**85 Flatbush Creditors**

| Unsecured Creditors | | |
|---|---|---|
| # | Vendor | Total Amount |
| 1 | Greater Shield | $369,452.62 |
| 2 | Con Edison (8300-0) | $265,333.77 |
| 3 | NYS Sales Tax | $74,957.75 |
| 4 | Rightway Restoration LLC | $34,297.80 |
| 5 | Duetto Research Inc. | $31,076.94 |
| 6 | Dura-Lift Inc. | $29,259.12 |
| 7 | TravelClick Inc. | $21,050.46 |
| 8 | Oracle America, Inc. | $33,750.56 |
| 9 | House of Kooser | $18,142.41 |
| 10 | Green & White Boutique Linen | $10,367.69 |
| 11 | Enercon Technical Services | $14,139.11 |
| 12 | National Grid | $38,588.94 |
| 13 | Traore Cleaning LLC | $11,812.95 |
| 14 | GuestTek Interactive Entertainment Inc. | $11,468.58 |
| 15 | BP Environmental Services, Inc. | $11,000.00 |
| 16 | M6iT Consulting | $9,211.68 |
| 17 | Manhattan Beer Distributors | $6,686.65 |
| 18 | CSC | $1,145.59 |
| 19 | SAVECOM | $6,646.86 |
| 20 | Air Aroma USA Dist LLC | $6,529.86 |
| 21 | First Insurance Funding | $5,811.92 |
| 22 | T-Y Group, LLC | $5,389.32 |
| 23 | EEMD INC. | $9,821.95 |
| 24 | George Kenedy LLC | $5,000.00 |
| 25 | ID Cleaners & Carpeting Inc. | $4,355.00 |
| 26 | Harbor Linen | $4,054.08 |
| 27 | Backstage AS | $4,000.00 |
| 28 | The Regency Group | $3,881.41 |
| 29 | Travel Media Group | $3,625.00 |
| 30 | ADP, LLC | $3,219.67 |
| 31 | Premium Pest Control | $3,135.60 |
| 32 | John Mini Distinctive Landscapes | $4,118.73 |
| 33 | Wolf Gordon | $2,579.15 |
| 34 | Hardvard Stars Inc. | $2,024.75 |
| 35 | Rise Elevator Inspections | $1,790.00 |
| 36 | Purchase Power | $1,778.34 |
| 37 | MR Linen Services LLC | $1,344.75 |
| 38 | Aflac Worldwide Headquarters | $1,069.56 |
| 39 | M3 ACCOUNTTING + ANALYTICS | $1,011.15 |
| 40 | Protel Voice Data Security Corp. | $811.11 |
| 41 | Comfort Bedding | $729.46 |
| 42 | Anya's Licorice Inc. | $694.69 |
| 43 | Champion Combustion | $666.86 |
| 44 | Power Pro NY | $517.16 |
| 45 | AC Elite Steel Inc. | $435.50 |
| 46 | TimePayment Corp | $327.98 |
| 47 | The New York Times | $288.00 |
| 48 | Chatham Hedging Adviors | $195.00 |
| 49 | FedEx | $183.19 |
| 50 | Croker Fire Drill Corporation | $148.86 |
| 51 | Hotels By Day, LLC | $146.57 |
| 52 | Cashier Depot Corp. | $133.89 |
| 53 | Personnel Concepts | $88.90 |
| 54 | Simons Industrial Supply | $32,810.25 |
| 55 | Benefit Street | $204,328.00 |
| 56 | OATH | $30,600.00 |
| 57 | NYC DOF | $111.90 |
| 58 | Signature Bank | $337,797.00 |
| 59 | NYS | $74,957.75 |
| | **TOTAL** | **$1,758,901.79** |