| | |
|---|---|
| ROBINSON BROG LEINWAND GREENE<br>GENOVESE & GLUCK P.C.<br>875 Third Avenue<br>New York, New York 10022<br>Fred B. Ringel<br>Lori Schwartz<br>*Attorneys for the Debtors and Debtors in Possession* | Hearing Date and Time:<br>April 6, 2022 at 10:00 a.m. |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

In re:

85 FLATBUSH RHO MEZZ LLC, *et al.*,[1]

                                                Debtors.

-----------------------------------------------------------X

Chapter 11

Case No.: 20-23280 (RDD)

(Jointly Administered)

NOTICE OF DEBTORS' (A) MOTION
PURSUANT TO BANKRUPTCY RULE 9006(c) FOR
ORDER SHORTENING NOTICE ON MOTION FOR ORDER
APPROVING DISCLOSURE STATEMENT, FIXING TIME FOR
FILING ACCEPTANCES OR REJECTIONS OF AMENDED PLAN OF
REORGANIZATION, FIXING TIME FOR CONFIRMATION HEARING AND
GRANTING RELATED RELIEF AND (B) MOTION FOR ORDER APPROVING
DISCLOSURE STATEMENT, FIXING TIME FOR FILING ACCEPTANCES
OR REJECTIONS OF AMENDED PLAN OF REORGANIZATION, FIXING
<u>TIME FOR CONFIRMATION HEARING AND GRANTING RELATED RELIEF</u>

      **PLEASE TAKE NOTICE**, that upon the annexed (a) Debtors' Motion Pursuant to Bankruptcy Rule 9006(c) for Order Shortening Notice on Debtors' Motion for Order Approving Disclosure Statement, Fixing Time for Filing Acceptances or Rejections of Amended Plan of Reorganization, Fixing Time for Confirmation Hearing and Granting Related Relief and (b) Debtors' Motion for

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are 85 Flatbush RHO Mezz LLC. (6184); 85 Flatbush RHO Hotel LLC (5027); and 85 Flatbush RHO Residential LLC (2261).

{01144822.DOCX;1 }

Order Approving Disclosure Statement, Fixing Time for Filing Acceptances or Rejections of Amended Plan of Reorganization, Fixing Time for Confirmation Hearing and Granting Related Relief, by their attorneys, Robinson Brog Leinwand Greene Genovese & Gluck P.C., dated March 30, 2022, a hearing (the "Hearing") will be held before **the Honorable Robert D. Drain, United States Bankruptcy Judge, at the United States Bankruptcy Court, Southern District of New York, 300 Quarropas Street, White Plains, New York 10601 on April 6, 2022 at 10:00 a.m.**, or as soon thereafter as counsel can be heard, for an (a) Order Shortening Notice on Debtors' Motion for Order Approving Disclosure Statement, Fixing Time for Filing Acceptances or Rejections of Amended Plan of Reorganization, Fixing Time for Confirmation Hearing and Granting Related Relief and (b) Order Approving Disclosure Statement, Fixing Time for Filing Acceptances or Rejections of Amended Plan of Reorganization, Fixing Time for Confirmation Hearing and Granting Related Relief.

**PLEASE TAKE FURTHER NOTICE**, that any party who wishes to attend the hearing must register an appearance utilizing the Electronic Appearance portal on the Court's website at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl. The hearing will be conducted via Zoom and a link to the Zoom hearing will be provided by the Court by email in advance of the hearing. Zoom for Government instructions can be found at https://www.nysb.uscourts.gov/zoom-video-hearing-guide.

Dated: New York, New York
      March 30, 2022

                                  ROBINSON BROG LEINWAND GREENE
                                  GENOVESE & GLUCK P.C.
                                  Attorneys for Debtors
                                  875 Third Avenue
                                  New York, New York  10022
                                  (212) 603-6300

                              By:   <u>Fred B. Ringel</u>
                                      Fred B. Ringel