# EXHIBIT 2

| | |
|---|---|
| **From:** | Lori Schwartz <ls@robinsonbrog.com> |
| **Sent:** | Monday, April 04, 2022 12:32 PM |
| **To:** | Richards, Robert E.; Fred B. Ringel |
| **Cc:** | Macksoud, Lauren |
| **Subject:** | RE: 85 Flatbush |

**[WARNING: EXTERNAL SENDER]**

Robert, I left a voicemail earlier in connection with your email below.  If you or Lauren could please give me a call.  I'm in my office today at 212 603 6334.

Regarding your below inquiry:

1. NYS recently filed an amended claim asserting $635,682.55 in unsecured priority liabilities and an administrative tax claim asserting $91,872.96 in administrative liabilities against the Hotel debtor;
2. Outstanding RE taxes aggregate approximately $1,620,000;
3. Net professional fees and expenses for Debtor's counsel as of March 25, 2022 aggregate approximately $236,000.  Note that this is for informational purposes only and without prejudice to professionals' rights to seek court approval of all outstanding fees and expenses incurred in connection with these cases.  Obviously, fees and expenses will continue to accrue as the cases proceed.  Any applications for professional compensation will set forth the amounts due for that application's time period.

Thank you,

Lori A. Schwartz, Esq.
Robinson Brog Leinwand Greene
Genovese & Gluck P.C.
875 Third Avenue, 9th Floor
New York, New York 10022
(212) 603-6334

**WIRE FRAUD ALERT:**
**Never wire funds to our accounts without calling our office to personally confirm wire details. If, at any time, you should receive an email from this office or someone involved in the transaction, please first call to verify the information before initiating any wire transfers. All wire transfers are subject to verbal verification.**

**From:** Richards, Robert E. <robert.richards@dentons.com>
**Sent:** Thursday, March 31, 2022 1:25 PM
**To:** Fred B. Ringel <fbr@robinsonbrog.com>
**Cc:** Macksoud, Lauren <lauren.macksoud@dentons.com>; Lori Schwartz <ls@robinsonbrog.com>; William A. Rome <war@robinsonbrog.com>
**Subject:** RE: 85 Flatbush

In paragraph 18(l) of your objection to the TH Holdco Disclosure Statement, the Debtors ask us to disclose "the amount TH would fund for payment of Chapter 11 Administrative Expenses, and Priority Claims . . .".  As you know from the email chain below and our phone conversations in February 2022, the Debtors agreed to provide us with their analysis of that since much of that information is not of public record and is in the knowledge of the Debtors and its professionals (including accrued professional fees to date).  We first discussed that analysis back in early February 2022.

That analysis will also be relevant for us, the Court and other parties in interest to evaluate your recently filed disclosure statement and amended Chapter 11 plan.

Please provide us the analysis the Debtors prepared by Monday, April 4, 2022 at 11 am Eastern Time.

**DENTONS**      **Robert E. Richards**
Global Chair, Restructuring, Insolvency & Bankruptcy

What's Next? The answer is Talent. With more than 20,000 people, 12,000 lawyers and 200 locations, Dentons has the talent for what you need, where you need it.

D +1 312 876 7396   |   M +1 630 235 2470   |   US Internal 17396
robert.richards@dentons.com
Bio   |   Website

Dentons US LLP
233 South Wacker Drive, Suite 5900, Chicago, IL 60606-6361

Fernanda Lopes & Associados > Guevara & Gutierrez > Paz Horowitz Abogados > Sirote > Adepetun Caxton-Martins Agbor & Segun > Davis Brown > East African Law Chambers > Eric Silwamba, Jalasi and Linyama > Durham Jones & Pinegar > LEAD Advogados > Rattanan Macchiavello Arocena > Jiménez de Aréchaga, Viana & Brause > For more information on the firms that have come together to form Dentons, go to dentons.com/legacyfirms

Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. This email may be confidential and protected by legal privilege. If you are not the intended recipient, disclosure, copying, distribution and use are prohibited; please notify us immediately and delete this copy from your system. Please see dentons.com for Legal Notices.

**From:** Fred B. Ringel <fbr@robinsonbrog.com>
**Sent:** Tuesday, February 15, 2022 12:54 PM
**To:** Richards, Robert E. <robert.richards@dentons.com>
**Cc:** Macksoud, Lauren <lauren.macksoud@dentons.com>; Lori Schwartz <ls@robinsonbrog.com>; William A. Rome <war@robinsonbrog.com>
**Subject:** Re: 85 Flatbush

**[WARNING: EXTERNAL SENDER]**

I will circulate a zoom call in.I

Fred

Fred B. Ringel | Partner
Robinson Brog P.C. | 875 Third Ave | 9th Fl.
New York, New York 10022
Office: 212.603.6301 | Fax: 212.956.2164
Cell:914.320.3455 (preferred)
E-mail: fbr@ robinsonbrog.com

**From:** Richards, Robert E. <robert.richards@dentons.com>
**Sent:** Tuesday, February 15, 2022 8:38:27 AM
**To:** Fred B. Ringel <fbr@robinsonbrog.com>
**Cc:** Macksoud, Lauren <lauren.macksoud@dentons.com>; Lori Schwartz <ls@robinsonbrog.com>; William A. Rome

<war@robinsonbrog.com>
**Subject:** RE: 85 Flatbush


Yes that time works for me on Wednesday.


**DENTONS**    **Robert E. Richards**
Global Chair, Restructuring, Insolvency & Bankruptcy

What's Next? The answer is Talent. With more than 20,000 people, 12,000 lawyers and 200 locations, Dentons has the talent for what you need, where you need it.

D +1 312 876 7396   |   M +1 630 235 2470   |   US Internal 17396
robert.richards@dentons.com
Bio   |   Website

Dentons US LLP
233 South Wacker Drive, Suite 5900, Chicago, IL 60606-6361

Fernanda Lopes & Associados > Guevara & Gutierrez > Paz Horowitz Abogados > Sirote > Adepetun Caxton-Martins Agbor & Segun > Davis Brown > East African Law Chambers > Eric Silwamba, Jalasi and Linyama > Durham Jones & Pinegar > LEAD Advogados > Rattagan Macchiavello Arocena > Jiménez de Aréchaga, Viana & Brause > Lee International > Kensington Swan > Bingham Greenebaum > Cohen & Grigsby > For more information on the firms that have come together to form Dentons, go to dentons.com/legacyfirms

Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. This email may be confidential and protected by legal privilege. If you are not the intended recipient, disclosure, copying, distribution and use are prohibited; please notify us immediately and delete this copy from your system. Please see dentons.com for Legal Notices.

---

**From:** Fred B. Ringel <fbr@robinsonbrog.com>
**Sent:** Monday, February 14, 2022 8:47 PM
**To:** Richards, Robert E. <robert.richards@dentons.com>
**Cc:** Macksoud, Lauren <lauren.macksoud@dentons.com>; Lori Schwartz <ls@robinsonbrog.com>; William A. Rome <war@robinsonbrog.com>
**Subject:** RE: 85 Flatbush

**[WARNING: EXTERNAL SENDER]**

Robert,

Can we set up a call for this Wednesday at 4:30 to continue our discussions?

Fred

===================================================
**Fred B. Ringel  |  Partner**
**Robinson Brog PC**
875 Third Avenue | 9th Floor | New York, NY 10022
Office: 212.603.6301 | Cell 914.320.3455 | Fax 212.956.2164
(cellphone preferred)

**Email:** fbr@robinsonbrog.com

RobinsonBrog.com | LinkedIn | @RobinsonBrog

**WIRE FRAUD ALERT:**
**Never wire funds to our accounts without calling our office to confirm wire details personally. If, at any time, you should receive an email from this office or someone involved in the transaction, please first call to verify the information before initiating any wire transfers. All wire transfers are subject to verbal verification.**

Confidentiality Notice: The information in this electronic message may be legally privileged and confidential under applicable law and is intended only for use by the individual or entity named above.  If this message's recipient is not the above-named intended recipient, you are notified that any dissemination, copy, or disclosure of this communication is strictly prohibited.  If you have received this communication in error, please notify Robinson Brog Leinwand Greene Genovese & Gluck P.C. (212) 603-6300 and purge the communication immediately without making any copy or distribution.

**From:** Richards, Robert E. <robert.richards@dentons.com>
**Sent:** Wednesday, February 9, 2022 4:01 PM
**To:** Fred B. Ringel <fbr@robinsonbrog.com>
**Cc:** Macksoud, Lauren <lauren.macksoud@dentons.com>; A. Mitchell Greene <amg@robinsonbrog.com>; Lori Schwartz <ls@robinsonbrog.com>
**Subject:** RE: 85 Flatbush

Let us know your availability for a further lawyers call.

The business people are also available for a business level discussion.

## Robert E. Richards
Global Chair, Restructuring, Insolvency & Bankruptcy

What's Next? The answer is Talent. With more than 20,000 people, 12,000 lawyers and 200 locations, Dentons has the talent for what you need, where you need it.

D +1 312 876 7396   |   M +1 630 235 2470   |   US Internal 17396
robert.richards@dentons.com
Bio   |   Website

Dentons US LLP
233 South Wacker Drive, Suite 5900, Chicago, IL 60606-6361

Fernanda Lopes & Associados > Guevara & Gutierrez > Paz Horowitz Abogados > Sirote > Adepetun Caxton-Martins Agbor & Segun > Davis Brown > East African Law Chambers > Eric Silwamba, Jalasi and Linyama > Durham Jones & Pinegar > LEAD Advogados > Rattagan Macchiavello Arocena > Jiménez de Aréchaga, Viana & Brause > Lee International > Kensington Swan > Bingham Greenebaum > Cohen & Grigsby > For more information on the firms that have come together to form Dentons, go to dentons.com/legacyfirms

Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. This email may be confidential and protected by legal privilege. If you are not the intended recipient, disclosure, copying, distribution and use are prohibited; please notify us immediately and delete this copy from your system. Please see dentons.com for Legal Notices.

**From:** Fred B. Ringel <fbr@robinsonbrog.com>
**Sent:** Monday, February 07, 2022 12:27 PM
**To:** Richards, Robert E. <robert.richards@dentons.com>
**Cc:** Macksoud, Lauren <lauren.macksoud@dentons.com>; A. Mitchell Greene <amg@robinsonbrog.com>; Lori Schwartz

<ls@robinsonbrog.com>
**Subject:** RE: 85 Flatbush

**[WARNING: EXTERNAL SENDER]**

Lori is working on sorting through the claims so we can respond to your questions
regarding the cash needs. We are not there yet.

==================================================
**Fred B. Ringel  |  Partner**
**Robinson Brog PC**
875 Third Avenue  |  9th Floor  |  New York, NY 10022
Office: 212.603.6301  |  Cell 914.320.3455  |  Fax 212.956.2164
(cellphone preferred)
**Email: fbr@robinsonbrog.com**
RobinsonBrog.com  | LinkedIn  | @RobinsonBrog

**WIRE FRAUD ALERT:**
**Never wire funds to our accounts without calling our office to confirm wire details personally. If, at any time, you should
receive an email from this office or someone involved in the transaction, please first call to verify the information before
initiating any wire transfers. All wire transfers are subject to verbal verification.**

Confidentiality Notice: The information in this electronic message may be legally privileged and confidential under applicable law
and is intended only for use by the individual or entity named above.  If this message's recipient is not the above-named intended
recipient, **you are** notified that any dissemination, copy, or disclosure of this communication is strictly prohibited.  If you have
received this communication in error, please notify Robinson Brog Leinwand Greene Genovese & Gluck P.C. (212) 603-6300 and
purge the communication immediately without making any copy or distribution.

**From:** Richards, Robert E. <robert.richards@dentons.com>
**Sent:** Monday, February 7, 2022 1:03 PM
**To:** Fred B. Ringel <fbr@robinsonbrog.com>
**Cc:** Macksoud, Lauren <lauren.macksoud@dentons.com>; A. Mitchell Greene <amg@robinsonbrog.com>; Lori Schwartz
<ls@robinsonbrog.com>
**Subject:** RE: 85 Flatbush

Please let us know an update on timing of providing the analysis we discussed last week on cash amounts needed to
confirm a Chapter 11 plan based on a credit bid and to have a further discussion generally.

大成 DENTONS    Robert E. Richards
Global Chair, Restructuring, Insolvency & Bankruptcy

What's Next? The answer is Talent. With more than 20,000 people, 12,000 lawyers and 200 locations,
Dentons has the talent for what you need, where you need it.

D +1 312 876 7396  |  M +1 630 235 2470  |  US Internal 17396
robert.richards@dentons.com
Bio  |  Website

Dentons US LLP
233 South Wacker Drive, Suite 5900, Chicago, IL 60606-6361

Fernanda Lopes & Associados > Guevara & Gutierrez > Paz Horowitz Abogados > Sirote > Adepetun
Caxton-Martins Agbor & Segun > Davis Brown > East African Law Chambers > Eric Silwamba, Jalasi
and Linyama > Durham Jones & Pinegar > LEAD Advogados > Rattagan Macchiavello Arocena >

Jiménez de Aréchaga, Viana & Brause > Lee International > Kensington Swan > Bingham Greenebaum > Cohen & Grigsby > For more information on the firms that have come together to form Dentons, go to dentons.com/legacyfirms

Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. This email may be confidential and protected by legal privilege. If you are not the intended recipient, disclosure, copying, distribution and use are prohibited; please notify us immediately and delete this copy from your system. Please see dentons.com for Legal Notices.

---

**From:** Richards, Robert E.
**Sent:** Friday, February 04, 2022 1:45 PM
**To:** 'Fred B. Ringel' <fbr@robinsonbrog.com>
**Cc:** Macksoud, Lauren <lauren.macksoud@dentons.com>; A. Mitchell Greene <amg@robinsonbrog.com>; Lori Schwartz <ls@robinsonbrog.com>
**Subject:** RE: 85 Flatbush

Hopefully you were able to speak with your client by now.

Let us know some times that work for a follow up call next week.

大成 DENTONS    **Robert E. Richards**
Global Chair, Restructuring, Insolvency & Bankruptcy

What's Next? The answer is Talent. With more than 20,000 people, 12,000 lawyers and 200 locations, Dentons has the talent for what you need, where you need it.

D +1 312 876 7396   |   M +1 630 235 2470   |   US Internal 17396
robert.richards@dentons.com
Bio   |   Website

Dentons US LLP
233 South Wacker Drive, Suite 5900, Chicago, IL 60606-6361

Fernanda Lopes & Associados > Guevara & Gutierrez > Paz Horowitz Abogados > Sirote > Adepetun Caxton-Martins Agbor & Segun > Davis Brown > East African Law Chambers > Eric Silwamba, Jalasi and Linyama > Durham Jones & Pinegar > LEAD Advogados > Rattagan Macchiavello Arocena > Jiménez de Aréchaga, Viana & Brause > Lee International > Kensington Swan > Bingham Greenebaum > Cohen & Grigsby > For more information on the firms that have come together to form Dentons, go to dentons.com/legacyfirms

Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. This email may be confidential and protected by legal privilege. If you are not the intended recipient, disclosure, copying, distribution and use are prohibited; please notify us immediately and delete this copy from your system. Please see dentons.com for Legal Notices.

---

**From:** Fred B. Ringel <fbr@robinsonbrog.com>
**Sent:** Monday, January 31, 2022 9:42 AM
**To:** Richards, Robert E. <robert.richards@dentons.com>; Dorkey, III, Charles E. "Trip" <charles.dorkey@dentons.com>
**Cc:** Macksoud, Lauren <lauren.macksoud@dentons.com>; A. Mitchell Greene <amg@robinsonbrog.com>; Lori Schwartz <ls@robinsonbrog.com>
**Subject:** RE: 85 Flatbush

**[WARNING: EXTERNAL SENDER]**

Counsel,

Of course I have not yet seen anything regarding the transfer of the Madison's affiliate's position to your client. But taking your statement at face value, scheduling a call today is I not workable. Tomorrow, I am in court in the morning so I could do a call tomorrow afternoon. My preference would be at 2:00. As you may know, the name "TH HoldCo's" is used by a number of entities as their special purpose vehicle for this kind of investment. My client would like to know who they are dealing with moving forward. It would be helpful if you could provide that information.

Let me know if 2:00 tomorrow works for you. If not, I can do it later in the afternoon.

Fred Ringel
================================================

**Fred B. Ringel | Partner**
**Robinson Brog PC**
875 Third Avenue | 9th Floor | New York, NY 10022
Office: 212.603.6301 | Cell 914.320.3455 | Fax 212.956.2164
(cellphone preferred)
**Email: fbr@robinsonbrog.com**
RobinsonBrog.com | LinkedIn | @RobinsonBrog

**WIRE FRAUD ALERT:**
**Never wire funds to our accounts without calling our office to confirm wire details personally. If, at any time, you should receive an email from this office or someone involved in the transaction, please first call to verify the information before initiating any wire transfers. All wire transfers are subject to verbal verification.**

Confidentiality Notice: The information in this electronic message may be legally privileged and confidential under applicable law and is intended only for use by the individual or entity named above.  If this message's recipient is not the above-named intended recipient, you are notified that any dissemination, copy, or disclosure of this communication is strictly prohibited.  If you have received this communication in error, please notify Robinson Brog Leinwand Greene Genovese & Gluck P.C. (212) 603-6300 and purge the communication immediately without making any copy or distribution.

**From:** Richards, Robert E. <robert.richards@dentons.com>
**Sent:** Monday, January 31, 2022 9:44 AM
**To:** Dorkey, III, Charles E. "Trip" <charles.dorkey@dentons.com>; Fred B. Ringel <fbr@robinsonbrog.com>; Lori Schwartz <ls@robinsonbrog.com>
**Cc:** Macksoud, Lauren <lauren.macksoud@dentons.com>
**Subject:** RE: 85 Flatbush

Otherwise I and Lauren can cover this initial call.

**大成 DENTONS**    **Robert E. Richards**
Global Chair, Restructuring, Insolvency & Bankruptcy

What's Next? The answer is Talent. With more than 20,000 people, 12,000 lawyers and 200 locations, Dentons has the talent for what you need, where you need it.

D +1 312 876 7396  |  M +1 630 235 2470  |  US Internal 17396
robert.richards@dentons.com
Bio  |  Website

Dentons US LLP
233 South Wacker Drive, Suite 5900, Chicago, IL 60606-6361

Fernanda Lopes & Associados > Guevara & Gutierrez > Paz Horowitz Abogados > Sirote > Adepetun
Caxton-Martins Agbor & Segun > Davis Brown > East African Law Chambers > Eric Silwamba, Jalasi
and Linyama > Durham Jones & Pinegar > LEAD Advogados > Rattagan Macchiavello Arocena >
Jiménez de Aréchaga, Viana & Brause > Lee International > Kensington Swan > Bingham
Greenebaum > Cohen & Grigsby > For more information on the firms that have come together to form
Dentons, go to dentons.com/legacyfirms

Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. This
email may be confidential and protected by legal privilege. If you are not the intended recipient, disclosure,
copying, distribution and use are prohibited; please notify us immediately and delete this copy from your system.
Please see dentons.com for Legal Notices.

---

**From:** Dorkey, III, Charles E. "Trip" <charles.dorkey@dentons.com>
**Sent:** Monday, January 31, 2022 8:27 AM
**To:** Richards, Robert E. <robert.richards@dentons.com>; 'fbr@robinsonbrog.com' <fbr@robinsonbrog.com>;
'ls@robinsonbrog.com' <ls@robinsonbrog.com>
**Cc:** Macksoud, Lauren <lauren.macksoud@dentons.com>; Dorkey, III, Charles E. "Trip" <charles.dorkey@dentons.com>
**Subject:** RE: 85 Flatbush

Today is tight but I could meet between 330 and 5

Tomorrow (Tuesday) is wide open

**Charles E. "Trip" Dorkey, III**
Partner

What's Next? The answer is Talent. With more than 20,000 people, 12,000 lawyers and 200 locations,
Dentons has the talent for what you need, where you need it.

D +1 212 905 8330  |  M +1 917 856 5297  |  US Internal 18330
charles.dorkey@dentons.com
Bio  |  Website
Assistant: Molly Watson +1 212 398 5281

Dentons US LLP
1221 Avenue of the Americas, New York, NY 10020-1089

Fernanda Lopes & Associados > Guevara & Gutierrez > Paz Horowitz Abogados > Sirote > Adepetun
Caxton-Martins Agbor & Segun > Davis Brown > East African Law Chambers > Eric Silwamba, Jalasi
and Linyama > Durham Jones & Pinegar > LEAD Advogados > Rattagan Macchiavello Arocena >
Jiménez de Aréchaga, Viana & Brause > Lee International > Kensington Swan > Bingham
Greenebaum > Cohen & Grigsby > For more information on the firms that have come together to form
Dentons, go to dentons.com/legacyfirms

Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. This
email may be confidential and protected by legal privilege. If you are not the intended recipient, disclosure,
copying, distribution and use are prohibited; please notify us immediately and delete this copy from your system.
Please see dentons.com for Legal Notices.

**From:** Richards, Robert E. <robert.richards@dentons.com>
**Sent:** Monday, January 31, 2022 8:46 AM
**To:** 'fbr@robinsonbrog.com' <fbr@robinsonbrog.com>; 'ls@robinsonbrog.com' <ls@robinsonbrog.com>
**Cc:** Macksoud, Lauren <lauren.macksoud@dentons.com>; Dorkey, III, Charles E. "Trip" <charles.dorkey@dentons.com>
**Subject:** 85 Flatbush

Dentons represents TH Holdco LLC which acquired the mortgage loan from the Madison affiliate last week.  We will be
filing the Rule 3001 claim transfer notice and our appearance this week.

Please let us know some times that work for you for an initial call today or tomorrow.

大成 DENTONS   **Robert E. Richards**
Global Chair, Restructuring, Insolvency & Bankruptcy

What's Next? The answer is Talent. With more than 20,000 people, 12,000 lawyers and 200 locations,
Dentons has the talent for what you need, where you need it.

D +1 312 876 7396   |   M +1 630 235 2470   |   US Internal 17396
robert.richards@dentons.com
Bio   |   Website

Dentons US LLP
233 South Wacker Drive, Suite 5900, Chicago, IL 60606-6361

Fernanda Lopes & Associados > Guevara & Gutierrez > Paz Horowitz Abogados > Sirote > Adepetun
Caxton-Martins Agbor & Segun > Davis Brown > East African Law Chambers > Eric Silwamba, Jalasi
and Linyama > Durham Jones & Pinegar > LEAD Advogados > Rattagan Macchiavello Arocena >
Jiménez de Aréchaga, Viana & Brause > Lee International > Kensington Swan > Bingham
Greenebaum > Cohen & Grigsby > For more information on the firms that have come together to form
Dentons, go to dentons.com/legacyfirms

Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. This
email may be confidential and protected by legal privilege. If you are not the intended recipient, disclosure,
copying, distribution and use are prohibited; please notify us immediately and delete this copy from your system.
Please see dentons.com for Legal Notices.