# EXHIBIT 3

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>85 FLATBUSH RHO MEZZ LLC, et al.,[1]<br><br>Debtors | Case No. 20-23280 (RDD)<br>Chapter 11<br><br>(Jointly Administered) |

### NOTICE OF DEADLINE TO FILE
### ADMINISTRATIVE EXPENSE CLAIM AGAINST THE DEBTORS

| Name of Debtor | Case Number | Tax Identification Number |
|---|---|---|
| 85 Flatbush RHO Mezz LLC | 20-23280 (RDD) | 84-2696184 |
| 85 Flatbush RHO Hotel LLC | 20-23281 (RDD) | 84-1945027 |
| 85 Flatbush RHO Residential LLC | 20-23282 (RDD) | 84-1952261 |
| **OTHER NAMES USED BY THE DEBTORS IN THE LAST 8 YEARS** | | |
| N/A | | |

The United States Bankruptcy Court for the Southern District of New York (the "**Court**") has entered an Order establishing **May 11, 2022 at 4:00 p.m. (prevailing Eastern Time)** (the "**Administrative Expense Claims Bar Date**") as the last date and time for each person or entity to file an administrative expense claim (an "**Administrative Expense Claim**") against any of the debtors (the "**Debtors**").

The Administrative Expense Claims Bar Date and the procedures set forth below apply to all Administrative Expense Claims against the Debtors that arose on or after December 18, 2022 (the "**Commencement Date**") through and including March 31, 2022, except for those holders of the claims listed in Section 4 below.

**1.    WHO MUST FILE AN ADMINISTRATIVE EXPENSE CLAIM**

You MUST file an Administrative Expense Claim to share in distributions from the Debtors' bankruptcy estates for a claim that arose on or after the Commencement Date, and it is not one of the types of claims described in Section 4 below, whether such claims are not now fixed, liquidated, or certain or did not mature or become fixed, liquidated, or certain before the Commencement Date.

Under § 101(5) of title 11 of the United States Code, §§ 101 *et seq.* (the "Bankruptcy Code") and as used in this Notice, the word "claim" means: (a) a right to payment, whether or not such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed,

---

[1] The Debtors (as defined) in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, include: 85 Flatbush RHO Mezz LLC (6184); 85 Flatbush RHO Hotel LLC (5027); and 85 Flatbush RHO Residential LLC (2261).

undisputed, legal, equitable, secured, or unsecured; or (b) a right to an equitable remedy for breach of performance if such breach gives rise to a right to payment, whether or not such right to an equitable remedy is reduced to judgment, fixed, contingent, matured, unmatured, disputed, undisputed, secured, or unsecured.

2. **WHAT TO FILE**

Enclosed is an Administrative Expense Claim form for use in these cases; except that, an Administrative Expense Claim arising from professional services for which such person or entity has been retained by an express order of the Court pursuant to §§ 327, 328, 363, or 1103 of the Bankruptcy Code may not use this Administrative Expense Claim form but instead is required to file a pleading in accordance with §§ 330 and 331 of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330.

Additional Administrative Expense Claim forms may be obtained by writing to sarah.schrag@dentons.com.

All Administrative Expense Claims must be **signed** by the claimant or by an authorized agent of the claimant, written in English, and be denominated in United States currency (using the exchange rate, if applicable, as of the Commencement Date).  The Administrative Expense Claim must set forth with specificity the legal and factual bases for the Administrative Expense Claim and contain any documents on which the Administrative Expense Claim is based.

Do not put your full social security numbers or taxpayer identification numbers, a complete birth date, the name of a minor, or a financial account number (only the last four (4) digits of such account number) on an Administrative Expense Claim form.

Holders of Administrative Expense Claims against more than one Debtor must file separate Administrative Expense Claim forms against each Debtor; except that, an Administrative Expense Claim arising from professional services for which such person or entity has been retained by an express order of the Court pursuant to §§ 327, 328, 363, or 1103 of the Bankruptcy Code may set forth such claims in one pleading.  A list of the Debtors and their respective case numbers is set forth above on the first page of this Notice.

3. **WHEN AND WHERE TO FILE**

All Administrative Expense Claims must be filed or delivered so as to be received **on or before May 11, 2022 at 4:00 p.m. (prevailing Eastern Time)** as follows:

| **IF DELIVERED BY HAND:** |
|---|
| United States Bankruptcy Court<br>Southern District of New York<br>300 Quarropas Street<br>White Plains, New York 10601 |

> **IF ELECTRONICALLY:**
>
> File here:  www.nysb.uscourts.gov.
> *See also* instructions for filing an Administrative Expense Claim form at
> https://www.nysb.uscourts.gov/e-filing-instructions-and-filing-information
> (under the link entitled "Filing Proofs of Claim on ECF" and "Claims Upload").

Administrative Expense Claims may <u>not</u> be delivered by facsimile, telecopy, or electronic mail transmission.

**4.    WHO NEED NOT FILE AN ADMINISTRATIVE EXPENSE CLAIM**

The following persons or entities need **not** file an Administrative Expense Proof of Claim on or prior to the Administrative Expense Claims Bar Date:

a. any person or entity (including but not limited to any person or entity has been retained by an express order of the Court pursuant to §§ 327, 328, 363, or 1103 of the Bankruptcy Code) that already has filed an Administrative Expense Claim against the Debtors in the above-captioned chapter 11 cases in (i) a form substantially similar to the Administrative Expense Claim form, or (2) a pleading in accordance with §§ 330 and 331 of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330;

b. any holder of an Administrative Expense Claim that heretofore has been allowed by Order of this Court;

c. any person or entity whose Administrative Expense Claim has been paid in full by any of the Debtors;

d. any holder of an Administrative Expense Claim for which specific deadlines previously have been fixed by this Court; or

e. any counterparty to a lease of nonresidential real property that asserted an Administrative Expense Claim for a cure amount in connection with an objection to the assumption and assignment of a lease by the Debtors; <u>provided that</u>, any counterparty that previously asserted unliquidated cure amount that has become liquidated or that seeks to assert amounts accrued subsequent to the filing of the cure objection must file an Administrative Expense Claim form asserting an Administrative Expense Claim for such additional amount;

This Notice may be sent to many persons and entities that have had some relationship with or have done business with the Debtors but may not have an unpaid claim against the Debtors.  The fact that you have received this Notice does not mean that you have an Administrative Expense Claim or any other type of claim or that the Debtors or the Court believe that you have a claim against the Debtors.

**5.    CONSEQUENCES OF FAILURE TO FILE AN ADMINISTRATIVE EXPENSE CLAIM BY THE ADMINISTRATIVE EXPENSE CLAIMS BAR DATE**

ANY HOLDER OF AN ADMINISTRATIVE EXPENSE CLAIM THAT IS NOT EXEMPTED FROM THE REQUIREMENTS OF THE ADMINISTRATIVE EXPENSE CLAIMS BAR DATE ORDER, AS SET FORTH IN SECTION 4 ABOVE, AND THAT FAILS TO TIMELY

FILE AN ADMINISTRATIVE EXPENSE CLAIM IN THE APPROPRIATE FORM SHALL NOT BE TREATED AS AN ADMINISTRATIVE EXPENSE CREDITOR WITH RESPECT TO SUCH CLAIM FOR THE PURPOSES OF VOTING ON ANY PLAN OF REORGANIZATION FILED IN THESE CASES AND PARTICIPATING IN ANY DISTRIBUTION IN THE DEBTORS' CASES ON ACCOUNT OF SUCH CLAIM.

**A holder of a potential Administrative Expense Claim against the Debtors should consult an attorney regarding any matters not covered by this Notice, such as whether the holder should file an Administrative Expense Claim.**

Dated:    New York, New York
         April __, 2022                                   **BY ORDER OF THE COURT**

| **UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK** | **ADMINISTRATIVE EXPENSE CLAIM FORM[2]** | **Administrative Expense Claims Bar Date** May 11, 2022 at 4:00 p.m. (prevailing Eastern Time) |
|---|---|---|

Check only one box:   ❑ 85 Flatbush RHO Mezz LLC; 20-23280 (RDD); Tax Identification No. 84-2696184
❑ 85 Flatbush RHO Hotel LLC; 20-23281 (RDD); Tax Identification No. 84-1945027
❑ 85 Flatbush RHO Residential LLC; 20-23282 (RDD); Tax Identification No. 84-1952261

| Name of Creditor (The person or entity to whom the Debtor owes money or property): | Check here if this claim: <br><br> ❑ replaces <br> or <br> ❑ amends <br> a previously filed administrative expense claim. |
|---|---|
| ❑ Check box if you are aware that anyone else has filed a form or proof of claim relating to your administrative expense claim. Attach copy of statement giving particulars. | Claim Number (if known): _____ <br><br> Dated: _____ |
| Name and Addresses Where Notices Should be Sent: | Name and Addresses Where Payment Should be Sent (if different): |

1. BASIS FOR CLAIM:

❑ Goods sold                                ❑ Taxes
❑ Services performed                        ❑ Retiree Benefits as Defined in 11 U.S.C. § 1114(a)
❑ Personal Injury/Wrongful Death            ❑ Other (Specify): _____
❑ Money loaned                              ❑ Wages (Dates): _____

2. DATE DEBT WAS INCURRED (IF KNOWN):

3. DESCRIPTION OF CLAIM (IF KNOWN):

4. TOTAL AMOUNT OF CLAIM:   $_____   **(Total)**

| 1. CREDITS AND SETOFFS: The amount of all payments on this claim has been credited and deducted for the purpose of making this claim form. In filing this claim, claimant has deducted all amounts that claimant owes to Debtor.<br>2. SUPPORTING DOCUMENTS: Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, or evidence of security interests. Do not send original documents. If the documents are not available, explain. If the documents are voluminous, attach a summary.<br>3. TIME-STAMPED COPY: To receive an acknowledgement of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| Date:                     Sign and print the name and title, if any, of the creditor or other person authorized to file this Claim (attach copy of power of attorney, if any): <br><br> _____ | |

---

[2] This form should only be used by claimants asserting an Administrative Expense Claim against one of the below-referenced Debtors arising on or after December 18, 2022 through and including March 31, 2022 (*except that*, an Administrative Expense Claim arising from professional services for which such person or entity has been retained by an express order of the Court pursuant to §§ 327, 328, 363, or 1103 of the Bankruptcy Code may not use this Administrative Expense Claim form but instead is required to file a pleading). Multiple forms must be used if claimant is asserting an Administrative Expense Claim against more than one Debtor.