**Hearing Date: April 6, 2022, at 10:00 a.m. (prevailing Eastern Time)**

Lauren Macksoud
Sarah M. Schrag
**DENTONS US LLP**
1221 Avenue of the Americas
25th Floor
New York, New York 10020
Telephone: (212) 768-6700
Facsimile:  (212) 768-6800
Email: lauren.macksoud@dentons.com
       sarah.schrag@dentons.com

Robert Richards  (admitted *pro hac vice*)
**DENTONS US LLP**
233 S. Wacker Drive
Suite 5900
Chicago, IL 60606
Telephone: (312) 876-8000
Facsimile: (312) 876-7934
Email: robert.richards@dentons.com

*Counsel to TH Holdco LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>  85 FLATBUSH RHO MEZZ LLC, et al.,[1]<br><br>Debtors | Case No. 20-23280 (RDD)<br>Chapter 11<br><br><br>(Jointly Administered) |

**NOTICE OF FILING CORRECTED EXHIBITS D-1 and D-2**
**TO AMENDED DISCLOSURE STATEMENT**

---

[1] The Debtors (as defined) in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, include: 85 Flatbush RHO Mezz LLC (6184); 85 Flatbush RHO Hotel LLC (5027); and 85 Flatbush RHO Residential LLC (2261).

**PLEASE TAKE FURTHER NOTICE** that the Creditor TH HoldCo LLC hereby

submits the following corrected exhibits to the Amended Disclosure Statement [**Dkt No. 177**]:

Exhibit D-1          Redline - Debtor's Amended Plan versus Creditor TH Holdco's
                     Amended Chapter 11 Plan

Exhibit D-2          Redline - Debtor's Original Plan versus Creditor TH Holdco's Amended
                     Chapter 11 Plan

Dated: April 4, 2022
New York, New York                          **DENTONS US LLP**

                                            ___/s/ Lauren Macksoud___
                                            Lauren Macksoud
                                            Sarah M. Schrag
                                            1221 Avenue of the Americas
                                            New York, NY 10020
                                            Telephone: (212) 768-6700
                                            Fax: (212) 768-6800
                                            Email: lauren.macksoud@dentons.com
                                                   sarah.schrag@dentons.com

                                            -and-

                                            Robert Richards  (admitted *pro hac vice*)
                                            **DENTONS US LLP**
                                            233 S. Wacker Drive
                                            Suite 5900
                                            Chicago, IL 60606
                                            Telephone: (312) 876-8000
                                            Facsimile: (312) 876-7934
                                            Email: robert.richards@dentons.com

                                            *Counsel to TH Holdco LLC*