**Continued Hearing Date for Disclosure Statement:  May 16, 2022, at 10:00 a.m. (prevailing Eastern Time)**
**Objection Deadline for Disclosure Statement:  May 9, 2022, at 4:00 p.m. (prevailing Eastern Time)**

Lauren Macksoud
Sarah M. Schrag
**DENTONS US LLP**
1221 Avenue of the Americas
25th Floor
New York, New York 10020
Telephone: (212) 768-6700
Facsimile:  (212) 768-6800
Email: lauren.macksoud@dentons.com
         sarah.schrag@dentons.com

Robert Richards  (admitted *pro hac vice*)
**DENTONS US LLP**
233 S. Wacker Drive
Suite 5900
Chicago, IL 60606
Telephone: (312) 876-8000
Facsimile: (312) 876-7934
Email: robert.richards@dentons.com

*Counsel to TH Holdco LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>85 FLATBUSH RHO MEZZ LLC, et al.,[1]<br><br>Debtors | Case No. 20-23280 (RDD)<br>Chapter 11<br><br><br>(Jointly Administered) |

**NOTICE OF REVISED SECOND AMENDED PLAN**

    **PLEASE TAKE NOTICE** that on April 6, 2022, the Honorable Robert D. Drain, United

---

[1] The Debtors (as defined) in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, include: 85 Flatbush RHO Mezz LLC (6184); 85 Flatbush RHO Hotel LLC (5027); and 85 Flatbush RHO Residential LLC (2261).

States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York (the "Court") held a hearing (the "Hearing") on *TH Holdco LLC's Motion to Approve the (I) Adequacy of Information in the Disclosure Statement, (II) Solicitation and Notice Procedures, (III) Forms of Ballots, and (IV) Certain Dates with Respect Thereto* (the "Motion")[2] filed by TH Holdco LLC ("TH Holdco"). On April 6, 2022, the Court continued the Hearing to allow TH Holdco time to amend the Motion's underlying filings, including but not limited to the Disclosure Statement and the Plan, to comport with the Court's instructions conveyed during the Hearing.

**PLEASE TAKE FURTHER NOTICE** that on April 20, 2022 TH Holdco filed a *Second Amended Chapter 11 Plan Filed by Creditor TH Holdco LLC Related To 85 Flatbush RHO Mezz LLC, 85 Flatbush RHO Hotel LLC, and 85 Flatbush RHO Residential LLC* (the "Second Amended Plan") [Docket No. 188] and *Second Amended Plan with Redlined Changes* (the "Redline of Second Amended Plan") [Docket No. 189].

**PLEASE TAKE FURTHER NOTICE** that after further revisions to incorporate certain comments received, on April 26, 2022, TH Holdco filed its updated *Second Amended Chapter 11 Plan Filed by Creditor TH Holdco LLC Related To 85 Flatbush RHO Mezz LLC, 85 Flatbush RHO Hotel LLC, and 85 Flatbush RHO Residential LLC* [Docket No. 190] (the "Revised Second Amended Plan"), and updated *Second Amended Plan with Redlined Changes* [Docket No. 191] ("Redline of Revised Second Amended Plan"). A redline of those additional changes since April 20, 2022 was filed with the Court [Docket No. 192].

---

[2] All capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

**PLEASE TAKE FURTHER NOTICE** that the continued hearing on the Motion shall be heard at the Court, located at 300 Quarropas Street, White Plains, New York 10601, on **May 16, 2022, at 10:00 a.m. (prevailing Eastern Time)** (the "Continued Hearing").

**PLEASE TAKE FURTHER NOTICE** that any party who wishes to attend the Continued Hearing must register an appearance utilizing the Electronic Appearance portal on the Court's website at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl.  The Continued Hearing will be conducted via Zoom and a link to the Zoom hearing will be provided by the Court by email in advance of the Continued Hearing.  Zoom for Government instructions can be found at https://www.nysb.uscourts.gov/zoom-video-hearing-guide.

**PLEASE TAKE FURTHER NOTICE** that any responses to the *Second Amended Disclosure Statement Relating to the Second Amended Chapter 11 Plan Filed by Creditor TH Holdco LLC Related To 85 Flatbush RHO Mezz LLC, 85 Flatbush RHO Hotel LLC, and 85 Flatbush RHO Residential LLC* [Docket No. 193] and exhibits thereto shall:  (a) be in writing; (b) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and all General Orders applicable to Chapter 11 Cases in the United States Bankruptcy Court for the Southern District of New York; (c) be filed electronically with the Court on the docket of *In re 85 Flatbush RHO Mezz LLC*, Case 20-23280 (RDD) (*jointly administered*) by registered users of the Court's electronic filing system and in accordance with the General Order M-399 (which is available on the Court's website at http://www.nysb.uscourts.gov); and (d) be served on the undersigned counsel and all parties who have entered an appearance in this case so as to be actually received by **May 9, 2022, at 4:00 p.m. (prevailing Eastern Time)** (the "Response Deadline").

Dated: April 26, 2022
      New York, New York

**DENTONS US LLP**

/s/ *Lauren M. Macksoud*
Lauren M. Macksoud
1221 Avenue of the Americas
25th Floor
New York, New York 10020
Telephone: (212) 768-6700
Facsimile: (212) 768-6800

*Counsel to TH Holdco LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on April 26, 2022, a true and correct copy of the foregoing *Notice of Revised Second Amended Plan* were caused to be served via the Court's CM/ECF system on all parties authorized to receive electronic notice in these cases and by first class U.S. Mail on the parties listed in the attached service list.

/s/ *Lauren M. Macksoud*
Lauren M. Macksoud

US_Active\121335616\V-6