# **EXHIBIT C**

Summary of Claims by Estate (Both Scheduled Claims and Filed Proofs of Claim)

**85 Flatbush - Claims**

|  |  | RHO Hotel LLC | 20-23281 |  |
|---|---|---|---|---|
|  |  | Entity | Amount | Notes |
| **Secured Claims** |  | TH Holdco LLC | $85,158,815.99 | Scheduled $70,000,000; Claim No. 3 $85,158,815.99 |
|  |  |  |  | Does not include post-petition accruals of over $22 million |
|  |  | Total | $85,158,815.99 |  |
|  |  |  |  |  |
| **Chapter 11 Post Petition Admin Claims** |  | NY State Tax Dept | $91,872.96 | Claim No. 7-5 |
| **and Priority Claims** |  | NY State Tax Dept | $635,682.55 | Claim No. 1-3 |
|  |  | Professional Fees | $398,654.32 | Per Debtors' 3/30/22 DS.  There may be add'l professional fees asserted. |
|  |  | NYS Dept of Labor | $0.00 | Claim No. 2, filed under sec. 507(a) "in the event future liabilities become due" |
|  |  |  |  |  |
|  |  | Total | $1,126,209.83 |  |
|  |  |  |  |  |
| **Unsecured Claims** |  | BSPRT CRE Finance | $20,000.00 | Per amended proof of claim to be filed by BSPRT/Benefit Street |
|  |  | Benefit Street Partners Realty Operating | $0.00 | Per amended proof of claim to be filed by BSPRT/Benefit Street |
|  |  | Signature Bank | $337,797.00 |  |
|  |  | Simon's Industrial Supply | $32,810.25 | Scheduled $33,821.48; Claim No. 4 $32,810.25 |
|  |  | NY State Tax Dept | $74,957.75 | Claim No. 1-3 |
|  |  | 4 Sylvan Way LLC | $83,333.00 | Insider claim per Debtors' counsel. |
|  |  | AC Elite Steel Inc. | $435.50 |  |
|  |  | ADP, LLC | $3,219.67 |  |
|  |  | Aflac Worldwide Headquart | $1,069.56 |  |
|  |  | Air Aroma USA Dist LLC | $6,529.86 |  |
|  |  | Anya's Licorice Inc. | $694.69 |  |
|  |  | Backstage AS | $4,000.00 |  |
|  |  | BP Environmental Services | $11,000.00 |  |
|  |  | C&A Marketing Inc. | $33,333.00 | *Creditor also scheduled in Mezz case at higher amt. of $333,000; Insider claim per Debtors' counsel |
|  |  | Cashier Depot Corp. | $133.89 |  |
|  |  | Chaim Hager | $83,333.00 | Insider claim per Debtors' counsel. |
|  |  | Champion Combustion | $666.86 |  |
|  |  | Chatham Hedging Adviors | $195.00 |  |
|  |  | Cheskiel Berkowitz | $83,333.00 | Insider claim per Debtors' counsel. |
|  |  | Comfort Bedding | $729.46 |  |
|  |  | Con Edison | $144,699.91 |  |
|  |  | Croker Fire Drill Corpora | $148.86 |  |
|  |  | CSC | $6,915.95 |  |
|  |  | Duetto Research Inc. | $31,076.94 |  |
|  |  | Dura-Lift Inc. | $29,259.12 |  |
|  |  | EEMD INC. | $5,040.00 |  |
|  |  | Enercon Technical Service | $14,139.11 |  |

| | | | |
|---|---|---|---|
| | FedEx | $183.19 | |
| | First Insurance Funding | $5,811.92 | |
| | George Kenedy LLC | $5,000.00 | |
| | Greater Shield | $369,452.62 | |
| | Green & White Boutique | $16,344.78 | |
| | GuestTek Interactive | $11,468.58 | |
| | Harbor Linen | $4,054.08 | |
| | Hardvard Stars Inc. | $2,024.75 | |
| | Herman Rubin | $33,333.00 | Insider claim per Debtors' counsel. |
| | Hotels By Day, LLC | $146.57 | |
| | House of Kooser | $18,142.41 | |
| | ID Cleaners & Carpeting | $4,355.00 | |
| | IRS | $0.00 | |
| | Jacob Rubin | $83,333.00 | Insider claim per Debtors' counsel. |
| | John Mini Distinctive | $2,995.44 | |
| | M3 ACCOUNTTING + ANALYTIC | $1,011.15 | |
| | M6iT Consulting | $9,211.68 | |
| | Manhattan Beer Distributo | $7,183.80 | |
| | MR Linen Services LLC | $1,344.75 | |
| | National Grid | $12,607.31 | |
| | NY STATE DEPT. OF FINANCE | $0.00 | For notice purposes |
| | NYC DEPT. OF FINANCE | $239,724.12 | Note: Prepetition portion only, Debtors advise that pre and postpetition portions exceed $1,620,000. |
| | NYS Sales Tax Processing | $140,807.02 | |
| | Oracle America, Inc. | $20,824.84 | |
| | Personnel Concepts | $88.90 | |
| | Power Pro NY | $517.16 | |
| | Premium Pest Control | $3,135.60 | |
| | Protel Voice Data | $811.11 | |
| | Purchase Power | $1,778.34 | |
| | Rightway Restoration LLC | $34,297.80 | |
| | Rise Elevator Inspections | $1,790.00 | |
| | SAVECOM | $6,646.86 | |
| | T-Y Group, LLC | $5,389.32 | |
| | The New York Times | $288.00 | |
| | The Regency Group | $3,881.41 | |
| | TimePayment Corp | $327.98 | |
| | Toys For You Inc. | $66,666.00 | Insider claim per Debtors' counsel. |
| | Traore Cleaning LLC | $11,812.95 | |
| | Travel Media Group | $3,625.00 | |
| | TravelClick Inc. | $21,050.46 | |
| | Wolf Gordon | $2,579.15 | |
| | **Total** | $2,162,897.43 | |

|  | RHO Residential | 20-23282 |  |
|---|---|---|---|
|  | Entity | Amount | Notes |
| Secured Claims | TH Holdco LLC | $85,158,815.99 | Scheduled $70,000,000; Claim No. 1 $85,158,815.99 |
|  |  |  | Does not include post-petition accruals of over $22 million. |
|  | Total | $85,158,815.99 |  |
|  |  |  |  |
| Chapter 11 Post Petition Admin Claims | Professional Fees | $398,654.32 | Per Debtors' 3/30/22 DS.  There may be add'l professional fees asserted. |
|  |  |  |  |
|  | Total | $398,654.32 |  |
|  |  |  |  |
| Unsecured Claims | BSPRT CRE Finance LLC | $0.00 | Per amended proof of claim to be filed by BSPRT/Benefit Street |
|  | Benefit Street Partners Realty Operating | $0.00 | Per amended proof of claim to be filed by BSPRT/Benefit Street |
|  | 4 Sylvan Way LLC | $83,333.00 | Insider claim per Debtors' counsel. |
|  | Akiva Hersh Klein | $333,333.00 | Insider claim per Debtors' counsel. |
|  | Chaim Hager | $83,333.00 | Insider claim per Debtors' counsel. |
|  | Cheskiel Berkowitz | $83,333.00 | Insider claim per Debtors' counsel. |
|  | Con Edison | $0.00 | Unknown/disputed |
|  | Herman Rubin | $33,333.00 | Insider claim per Debtors' counsel. |
|  | IRS | $0.00 | For notice purposes |
|  | Jacob Rubin | $83,333.00 | Insider claim per Debtors' counsel. |
|  | National Grid | $0.00 | Unknown/disputed |
|  | NY Dept of Finance | $0.00 | For notice purposes |
|  | NY Dept of Finance | $0.00 | For notice purposes |
|  | Toys for You Inc. | $66,666.00 | Insider claim per Debtors' counsel. |
|  |  |  |  |
|  | Total | $766,664.00 |  |

|  | RHO Mezz | 20-23280 |  |
|---|---|---|---|
|  | Entity | Amount | Notes |
| Secured Claims | 85 Flatbush Mezz LLC | $7,787,500.00 | Scheduled $6,000,000; Claim No. 5 $7,787,500 |
|  | New York City Dept of Finance | $111.90 | Claim No. 11 |
|  |  |  |  |
|  | Total | $7,787,611.90 |  |
|  |  |  |  |
| Chapter 11 Post Petition Admin Claims and Priority Claims | New York City Dept of Finance | $1,119,193.86 | Claim No. 14 |
|  | Professional Fees | $398,654.32 | Per Debtors' 3/30/22 DS.  There may be add'l professional fees asserted. |
|  |  |  |  |
|  | Total | $1,517,848.18 |  |

US_Active\121288633\V-2

| | | | |
|---|---|---:|---|
| **Unsecured Claims** | National Grid | $38,588.94 | Claim No. 2; Per Debtors' counsel, Debtors are waiting for an update to see which, if any, accounts belong to Hotel or Residential. |
| | John Mini Distinctive Landscapes | $4,118.73 | Per Debtors' counsel, Claim No. 4 is a duplicate of Claim No. 3 and should be reclassified to Hotel. |
| | Corporation Service Company | $1,145.59 | Claim No. 6; Per Debtors' counsel and documentation attached to the proof of claim, Claim No. 6 reflects $171.59 is owed by Mezz, $487 is owed by Hotel, and $487 is owed by Residential. |
| | Mariel A. Colon Miro | $0.00 | Claim No. 7; Per Debtors' counsel, Claim No. 7 should be reclassified to Residential. |
| | EEMD Inc. | $9,821.95 | Claim No. 8; Per Debtors' counsel and documentation attached to the proof of claim, Claim No. 8 should be reclassified to Hotel. |
| | Office of Admin Trials | $30,600.00 | Claim No. 12; Per Debtors' counsel and documentation attached to the proof of claim, Claim No. 12 should be reclassified to Hotel. |
| | Manhattan Beer Dist. | $6,686.65 | Claim No. 13; Per Debtors' counsel and documentation attached to the proof of claim, Claim No. 13 should be reclassified to Hotel. |
| | Con Edison | $265,333.77 | Scheduled $144,699.91; Claim No. 1 $265,333.77; Per Debtors' counsel, Debtors are waiting for an update to see which, if any, accounts belong to Hotel or Residential. |
| | Green & White Boutique | $10,367.69 | Claim No. 9; Per Debtors' counsel, the filed claim references an unrelated debtor (Hotel Indigo) and may be objected to on that basis. |
| | Oracle America | $33,570.56 | Claim No. 10; Per Debtors' counsel, the filed claim references an unrelated debtor (Solstice Marketing Concepts LLC) and may be objected to on that basis. |
| | 4 Sylvan Way LLC | $83,333.00 | Insider claim per Debtors' counsel. |
| | C&A Marketing Inc. | $333,000.00 | *Also scheduled in Hotel case at lower amount of $33,333.00; Insider claim per Debtors' counsel. |
| | Chaim Hager | $83,333.00 | Insider claim per Debtors' counsel. |
| | Cheskiel Berkowitz | $83,333.00 | Insider claim per Debtors' counsel. |
| | Herman Rubin | $33,333.00 | Insider claim per Debtors' counsel. |
| | IRS | $0.00 | For notice purposes |
| | Jacob Rubin | $83,333.00 | Insider claim per Debtors' counsel. |
| | NYC Dept of Finance | $0.00 | For notice purposes |
| | Toys For You Inc | $66,666.00 | Insider claim per Debtors' counsel. |
| | **Total** | $1,166,564.88 | |