Lauren Macksoud
Sarah M. Schrag
**DENTONS US LLP**
1221 Avenue of the Americas
25th Floor
New York, New York 10020
Telephone: (212) 768-6700
Facsimile:  (212) 768-6800
E-mail: lauren.macksoud@dentons.com
         sarah.schrag@dentons.com

Robert E. Richards (admitted *pro hac vice*)
**DENTONS US LLP**
233 South Wacker Drive
Suite 5900
Chicago, Illinois 60606
Telephone:  (312) 876-8000
Facsimile:  (312) 876-7934
E-mail: robert.richards@dentons.com

*Counsel to TH Holdco LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>85 FLATBUSH RHO MEZZ LLC, et al.,[1]<br><br>Debtors | Case No. 20-23280 (RDD)<br>Chapter 11<br><br><br>(Jointly Administered) |

**AFFIDAVIT OF PUBLICATION FOR NOTICE OF BANKRUPTCY AUCTION**

---

[1] The Debtors (as defined) in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, include: 85 Flatbush RHO Mezz LLC (6184); 85 Flatbush RHO Hotel LLC (5027); and 85 Flatbush RHO Residential LLC (2261).

# AFFIDAVIT

**STATE OF NEW JERSEY**            )
                                   ) ss:
**CITY OF MONMOUTH JUNCTION, in the COUNTY OF MIDDLESEX )**

I, Wayne Sidor, being duly sworn, depose and say that I am the Advertising Clerk of the

Publisher of THE WALL STREET JOURNAL, a daily national newspaper of general

circulation throughout the United States, and that the notice attached to this Affidavit

has been regularly published in THE WALL STREET JOURNAL for National

distribution for


1 insertion(s) on the following date(s): 5/31/2022

ADVERTISER: 85 FLATBUSH RHO MEZZ LLC

and that the foregoing statements are true and correct to the best of my knowledge.

*Wayne Sidor*

Sworn to
before me this
31st day of
May 2022

_____
Notary Public



# MARKETS DIGEST

## New to the Market

### Public Offerings of Stock

**IPOs in the U.S. Market**
None expected this week

**Lockup Expirations**
Below, companies whose officers and other insiders will become eligible to sell shares in their newly public companies for the first time. Such sales can move the stock's price.

| Lockup expiration | Issue date | Issuer | Symbol | Offer price($) | Offer amt ($ mil.) | Through Friday (%) | Lockup provision |
|---|---|---|---|---|---|---|---|
| June 1 | Feb. 1, '22 | Maris Tech | MTEK | 4.20 | 15.5 | –74.0 | 120 days |

Sources: Dealogic; Dow Jones Market Data

### IPO Scorecard
Performance of IPOs, most-recent listed first

| Company SYMBOL IPO date/Offer price | Friday's close ($) | %Chg From Offer | %Chg From 1st-day close | Company SYMBOL IPO date/Offer price | Friday's close ($) | %Chg From Offer | %Chg From 1st-day close |
|---|---|---|---|---|---|---|---|
| Bright Green BGXX May 17/$8.00 | 6.18 | –22.8 | –75.5 | Caretesian Growth II RENEU May 6/$10.00 | 9.98 | –0.2 | –0.4 |
| Visionary Edu Technology Hldgs Grp VEDU May 17/$4.00 | 1.58 | –60.5 | –93.7 | PepGen PEPG May 6/$12.00 | 10.88 | –9.3 | –15.6 |
| Actelis Networks ASNS May 13/$4.00 | 1.42 | –64.5 | –40.8 | Edible Garden EDBL May 5/$5.00 | 1.94 | –61.2 | –32.9 |
| Prime Number Acquisition I PNACU May 13/$10.00 | 10.00 | ... | 0.6 | Austin Gold AUST May 4/$4.00 | 1.69 | –57.8 | –61.3 |
| ProFrac Holding PFHC May 13/$18.00 | 18.19 | 1.1 | 0.4 | A SPAC II Acquisition ASCBU May 3/$10.00 | 9.93 | –0.7 | –0.7 |
| Hanover Bancorp HNVR May 11/$21.00 | 20.31 | –3.3 | –3.7 | HilleVax HLVX April 29/$17.00 | 9.58 | –43.6 | –49.8 |
| Monterey Capital Acquisition MCACU May 11/$10.00 | 9.96 | –0.4 | –0.1 | Chenghe Acquisition CHEAU April 28/$10.00 | 10.36 | 0.6 | –0.2 |
| Global Blockchain Acquisition GBBKU May 10/$10.00 | 9.97 | –0.3 | –0.1 | ClimateRock CLRCU April 28/$10.00 | 9.94 | –0.6 | –1.2 |
| Investcorp India Acquisition IVCAU May 10/$10.00 | 9.99 | –0.1 | –0.2 | Ostin Technology Grp OST April 27/$4.00 | 2.12 | –47.0 | –94.7 |
| Bausch + Lomb BLCO May 6/$18.00 | 17.69 | –1.7 | –11.6 | Tenon Med TNON April 27/$5.00 | 3.49 | –30.2 | –84.5 |

Sources: Dow Jones Market Data; FactSet

## Public and Private Borrowing

### Treasurys

**Tuesday, May 31**
Auction of 13 and 26 week bills; announced on May 26; settles on June 2

**Thursday, June 2**
Auction of 4 and 8 week bills; announced on May 31; settles on June 7

## A Week in the Life of the DJIA

A look at how the Dow Jones Industrial Average component stocks did in the past week and how much each moved the index. The DJIA gained 1,951.06 points, or 6.24%, on the week. A $1 change in the price of any DJIA stock = 6.59-point change in the average. To date, a $1,000 investment on Dec. 31 in each current DJIA stock component would have returned $28,526, or a loss of 4.91%, on the $30,000 investment, including reinvested dividends.

| Pct chg (%) | Stock price change | Point chg in average* | Company | Symbol | Close | $1,000 Invested (year-end '21) |
|---|---|---|---|---|---|---|
| 11.87 | 13.93 | 91.81 | JPMorgan Chase | JPM | 131.27 | $840 |
| 10.68 | 16.36 | 107.82 | American Express | AXP | 169.60 | 1,042 |
| 9.77 | 19.32 | 127.33 | Caterpillar | CAT | 217.14 | 1,061 |
| 9.55 | 11.53 | 75.99 | Boeing | BA | 132.23 | 657 |
| 8.76 | 12.05 | 79.42 | Apple | AAPL | 149.64 | 845 |
| 8.40 | 10.79 | 71.11 | IBM | IBM | 139.27 | 1,068 |
| 8.19 | 20.68 | 136.30 | Microsoft | MSFT | 273.24 | 816 |
| 7.79 | 9.28 | 61.16 | Walmart | WMT | 128.48 | 895 |
| 7.68 | 17.96 | 118.37 | McDonald's | MCD | 251.87 | 945 |
| 7.41 | 21.27 | 140.19 | Home Depot | HD | 308.46 | 748 |
| 7.40 | 7.99 | 52.66 | Nike | NKE | 115.99 | 698 |
| 7.10 | 21.78 | 143.55 | Goldman Sachs | GS | 328.65 | 864 |
| 6.96 | 2.90 | 19.11 | Intel | INTC | 44.55 | 879 |
| 6.96 | 13.85 | 91.28 | Visa | V | 217.14 | 986 |
| 6.74 | 6.90 | 45.48 | Walt Disney | DIS | 109.32 | 706 |
| 6.71 | 2.75 | 18.12 | Walgreens | WBA | 43.71 | 857 |
| 6.24 | 2.68 | 17.66 | Cisco | CSCO | 45.62 | 729 |
| 6.23 | 10.46 | 68.94 | Chevron | CVX | 178.28 | 1,548 |
| 6.07 | 3.70 | 24.39 | Coca-Cola | KO | 64.68 | 1,101 |
| 5.70 | 9.59 | 63.21 | Travelers | TRV | 177.83 | 1,143 |
| 4.89 | 6.93 | 45.67 | Procter & Gamble | PG | 148.72 | 919 |
| 4.40 | 21.38 | 140.91 | UnitedHealth Group | UNH | 507.11 | 1,013 |
| 3.95 | 5.68 | 37.44 | 3M | MMM | 149.91 | 859 |
| 3.78 | 1.87 | 12.32 | Verizon | VZ | 51.40 | 1,013 |
| 3.48 | 6.60 | 43.50 | Honeywell | HON | 196.35 | 952 |
| 3.41 | 5.45 | 35.92 | salesforce.com | CRM | 165.10 | 650 |
| 3.14 | 7.76 | 51.14 | Amgen | AMGN | 255.26 | 1,154 |
| 2.32 | 4.11 | 27.09 | Johnson & Johnson | JNJ | 181.09 | 1,072 |
| 1.39 | 0.95 | 6.26 | Dow | DOW | 69.06 | 1,244 |
| –0.50 | –0.47 | –3.10 | Merck | MRK | 93.08 | 1,225 |

*Based on Composite price. DJIA is calculated on primary-market price.
Source: Dow Jones Market Data; FactSet.

## Key Interest Rates
Data delayed due to holiday.

ADVERTISEMENT

**The Marketplace**
To advertise: 800-366-3975 or wsj.com/classifieds

**BUSINESS OPPORTUNITIES**



Will pay commission for a phone call with America's foremost Corporate Raider to pitch my plan.
Jim Carr - 916 214 9460



THE WALL STREET JOURNAL
THE MARKETPLACE
ADVERTISE TODAY
(800) 366-3975
For more information visit:
wsj.com/classifieds

© 2022 Dow Jones & Company, Inc. All Rights Reserved.

**NOTICE OF SALE**

UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK
In re 85 FLATBUSH RHO MEZZ LLC, et al.,¹ Debtors.
Case No. 20-23280 (RDD) Chapter 11
(Jointly Administered)

NOTICE OF AUCTION SALE
The estates of 85 Flatbush RHO Mezz LLC, and its affiliated debtors (collectively, the "Debtors") will hold a public auction on August 5, 2022 at the offices of Dentons US LLP, 1221 Avenue of the Americas, New York, New York at 11:00 a.m., pursuant to Bankruptcy Court Order for the sale of their properties (collectively, the "Properties") set forth below. Pursuant to the Sale and Bid Procedures set forth as Exhibit E to TH Holdco LLC's Disclosure Statement [Docket No. 212], the Properties will be sold to the highest and best offeror "As Is, Where Is" with no representations and/or warranties, other than as set forth in the purchase agreement attached to the Disclosure Statement as Exhibit F. The minimum bid at the auction for all of the Properties shall be no less than $94,000,000.00.
The Properties are as follows: (i) 85 Flatbush Extension, Brooklyn, New York (Block 120; Lots 1201, 1202) (the "Hotel Property"); and (ii) 85 Flatbush Extension, Brooklyn, New York (Block 120; Lot 1203) (the "Residential Property").
All such offers must have "No Financing" or other contingencies and will require a 10% deposit to participate in the auction. All bids must be served upon and actually received by Jones Lang LaSalle, Hotels & Hospitality Group, 330 Madison Ave New York, NY 10021, Attn: KC Patel, on or before July 29, 2022 at 4:00 p.m.
For further information about how to participate in the auction and the specifics of the Sale and Bid Procedures, you should contact Jones Lang LaSalle at (212) 632-1814 or kc.patel@am.jll.com.
Dated: New York, NY, May 31, 2022, BY ORDER OF THE UNITED STATES BANKRUPTCY COURT, THE HONORABLE ROBERT D. DRAIN, UNITED STATES BANKRUPTCY JUDGE, [DOCKET No. 210]
¹ The Debtors (as defined) in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, include: 85 Flatbush RHO Mezz LLC (6184); 85 Flatbush RHO Hotel LLC (5027); and 85 Flatbush RHO Residential LLC (2261).
² The New York City Department of Finance also utilizes the designation of Block 120, Lot 7503 for both the Hotel Property and the Residential Property.

## Dow Jones Industrial Average

**33212.96** ▲ 1951.06, or 6.24% last week
High, low, open and close for each of the past 52 weeks

| | Last | Year ago |
|---|---|---|
| Trailing P/E ratio | 18.89 | 29.53 |
| P/E estimate | 17.13 | 20.36 |
| Dividend yield | 2.14 | 1.75 |
| All-time high | 36799.65, 01/04/22 | |



Current divisor 0.15172752595384


Bars measure the point change from Monday's open


NYSE weekly volume, in billions of shares

*Weekly P/E data based on as-reported earnings from Birinyi Associates Inc.; †Based on Nasdaq-100 Index

## S&P 500 Index

**4158.24** ▲ 256.88, or 6.58% last week
High, low, open and close for each of the past 52 weeks

| | Last | Year ago |
|---|---|---|
| Trailing P/E ratio | 21.09 | 37.24 |
| P/E estimate | 17.63 | 22.55 |
| Dividend yield | 1.54 | 1.38 |
| All-time high | 4796.56, 01/03/22 | |





**Track the Markets**
Compare the performance of selected global stock indexes, bond ETFs, currencies and commodities at **WSJ.com/TrackTheMarkets**



## Major U.S. Stock-Market Indexes

| | High | Low | Latest Week Close | Net chg | % chg | 52-Week Low | High | % chg YTD | 3-yr. ann. |
|---|---|---|---|---|---|---|---|---|---|
| **Dow Jones** | | | | | | | | | |
| Industrial Average | 33213.62 | 31365.59 | 33212.96 | 1951.06 | 6.24 | 31253.13 | 36799.65 | –3.8 | 9.1 |
| Transportation Avg | 14447.81 | 13334.01 | 14444.66 | 953.69 | 7.07 | 13439.21 | 17039.38 | –8.3 | 12.5 |
| Utility Average | 1035.40 | 993.68 | 1035.30 | 44.44 | 4.48 | 869.74 | 1071.75 | 15.4 | 8.8 |
| Total Stock Market | 41840.89 | 38881.57 | 41840.51 | 2564.65 | 6.53 | 39275.86 | 48929.18 | –4.6 | 12.9 |
| Barron's 400 | 978.37 | 911.84 | 978.37 | 67.73 | 7.44 | 900.96 | 1127.2 | –3.2 | 13.8 |
| **Nasdaq Stock Market** | | | | | | | | | |
| Nasdaq Composite | 12131.66 | 11092.48 | 12131.13 | 776.51 | 6.84 | 11264.45 | 16057.44 | –11.8 | 16.7 |
| Nasdaq-100 | 12682.58 | 11576.11 | 12681.42 | 845.80 | 7.15 | 11769.84 | 16573.34 | –7.3 | 20.2 |
| **S&P** | | | | | | | | | |
| 500 Index | 4158.49 | 3875.13 | 4158.24 | 256.88 | 6.58 | 3900.79 | 4796.56 | –1.1 | 13.7 |
| MidCap 400 | 2540.03 | 2338.64 | 2539.84 | 155.03 | 6.50 | 2348.01 | 2910.7 | –6.9 | 10.9 |
| SmallCap 600 | 1248.94 | 1148.39 | 1248.94 | 76.95 | 6.57 | 1147.42 | 1466.02 | –9.0 | 10.8 |
| **Other Indexes** | | | | | | | | | |
| Russell 2000 | 1887.90 | 1736.11 | 1887.90 | 114.63 | 6.46 | 1718.14 | 2442.74 | –16.8 | 7.6 |
| NYSE Composite | 15942.84 | 15056.42 | 15942.62 | 861.64 | 5.71 | 14902.14 | 17353.76 | –3.7 | –7.1 |
| Value Line | 588.70 | 543.80 | 588.70 | 33.52 | 6.04 | 543.51 | 696.4 | –12.5 | 4.5 |
| NYSE Arca Biotech | 4730.96 | 4449.45 | 4730.96 | 176.33 | 3.87 | 4265.88 | 6022.37 | –15.1 | 1.6 |
| NYSE Arca Pharma | 854.68 | 836.85 | 854.68 | 17.83 | 2.13 | 714.12 | 887.27 | 17.6 | 13.5 |
| KBW Bank | 116.29 | 107.84 | 116.28 | 9.77 | 9.17 | 106.10 | 147.56 | –13.0 | 6.7 |
| PHLX§ Gold/Silver | 133.05 | 129.03 | 132.09 | 2.57 | 1.98 | 117.06 | 167.76 | –19.4 | 25.7 |
| PHLX§ Oil Service | 83.28 | 74.57 | 83.18 | 8.797 | 11.83 | 48.31 | 87.06 | 35.6 | 57.8 | 2.2 |
| PHLX§ Semiconductor | 3120.89 | 2797.90 | 3115.35 | 232.70 | 8.07 | 2811.94 | 4039.51 | –2.2 | –21.1 | 33.4 |
| Cboe Volatility | 31.07 | 25.57 | 25.72 | –3.71 | –12.61 | | 15.01 | 36.45 | 53.5 | 49.4 | 17.5 |

§Nasdaq PHLX                                                                                                              Sources: FactSet; Dow Jones Market Data

### Nasdaq Composite
▲ 776.51, or 6.84% last week

### DJ US TSM
▲ 2564.65, or 6.53% last week



## International Stock Indexes

| Region/Country | Index | Close | Latest Net chg | % chg | YTD % chg |
|---|---|---|---|---|---|
| **World** | MSCI ACWI | 656.87 | 4.03 | 0.62 | –13.0 |
| | MSCI ACWI ex-USA | 304.80 | 4.75 | 1.58 | –11.5 |
| | MSCI World | 2814.74 | 12.15 | 0.43 | –12.9 |
| | MSCI Emerging Markets | 1065.09 | 21.92 | 2.10 | –13.5 |
| **Americas** | MSCI AC Americas | 1589.23 | 1.10 | 0.07 | –13.0 |
| Canada | S&P/TSX Comp | 20919.40 | 170.82 | 0.82 | –1.4 |
| Latin Amer. | MSCI EM Latin America | 2469.45 | –17.81 | –0.72 | 15.9 |
| Brazil | BOVESPA | 111032.11 | –909.57 | –0.81 | 5.9 |
| Chile | S&P IPSA | 3359.57 | –0.85 | –0.03 | 19.7 |
| Mexico | S&P/BMV IPC | 52162.08 | –301.47 | –0.57 | –2.1 |
| **EMEA** | STOXX Europe 600 | 446.57 | 2.64 | 0.59 | –8.5 |
| Eurozone | Euro STOXX | 428.42 | 3.28 | 0.77 | –10.5 |
| Belgium | Bel-20 | 3947.73 | 2.42 | 0.06 | –8.4 |
| Denmark | OMX Copenhagen 20 | 1707.72 | 68.14 | 4.16 | –8.4 |
| France | CAC 40 | 6562.39 | 46.64 | 0.72 | –8.3 |
| Germany | DAX | 14575.98 | 113.79 | 0.79 | –8.2 |
| Israel | Tel Aviv | 1907.09 | –15.18 | –0.79 | –3.6 |
| Italy | FTSE MIB | 24808.65 | 172.39 | 0.70 | –9.3 |
| Netherlands | AEX | 708.34 | 6.06 | 0.86 | –11.2 |
| Russia | RTS Index | 1215.74 | 81.80 | 7.21 | –23.8 |
| South Africa | FTSE/JSE All-Share | 71958.15 | 1472.69 | 2.09 | –2.4 |
| Spain | IBEX 35 | 8930.80 | –2.80 | –0.03 | 2.5 |
| Sweden | OMX Stockholm | 845.69 | 8.81 | 1.05 | –18.5 |
| Switzerland | Swiss Market | 11736.26 | 89.09 | 0.76 | –8.8 |
| Turkey | BIST 100 | 2527.15 | 88.31 | 3.62 | 36.0 |
| U.K. | FTSE 100 | 7600.06 | 14.60 | 0.19 | 2.9 |
| U.K. | FTSE 250 | 20546.89 | 174.37 | 0.86 | –12.5 |
| **Asia-Pacific** | MSCI AC Asia Pacific | 169.14 | 3.18 | 1.92 | –12.4 |
| Australia | S&P/ASX 200 | 7286.60 | 103.89 | 1.45 | –2.1 |
| China | Shanghai Composite | 3149.06 | 18.82 | 0.60 | –13.5 |
| Hong Kong | Hang Seng | 21123.93 | 426.57 | 2.06 | –9.7 |
| India | S&P BSE Sensex | 55925.74 | 1041.09 | 1.90 | –4.0 |
| Japan | NIKKEI 225 | 27369.43 | 587.75 | 2.19 | –4.9 |
| Singapore | Straits Times | 3238.92 | 8.36 | 0.26 | 3.7 |
| South Korea | KOSPI | 2669.66 | 31.61 | 1.20 | –10.3 |
| Taiwan | TAIEX | 16610.62 | 344.40 | 2.12 | –8.8 |
| Thailand | SET | 1653.61 | 14.86 | 0.91 | –0.2 |

Sources: FactSet; Dow Jones Market Data

## Commodities and Currencies

| | Monday Close | Net chg | % Chg | YTD % chg |
|---|---|---|---|---|
| WSJ Dollar Index | 94.09 | –0.22 | –0.23 | 5.07 |
| Euro, per dollar | 0.9276 | –0.0039 | –0.42 | 5.49 |
| Yen, per dollar | 127.56 | 0.45 | 0.35 | 10.82 |
| U.K. pound, in dollars | 1.27 | 0.002 | 0.17 | –6.47 |

| | Last Week Close | Net chg | % Chg | YTD |
|---|---|---|---|---|
| DJ Commodity | 1235.47 | 26.01 | 2.15 | 30.57 |
| Refinitiv/CC CRB Index | 320.52 | 7.80 | 2.49 | 37.94 |
| Crude oil, $ per barrel | 115.07 | 4.79 | 4.34 | 53.00 |
| Natural gas, $/MMBtu | 8.727 | 0.549 | 6.71 | 133.97 |
| Gold, $ per troy oz. | 1851.30 | 9.20 | 0.50 | 1.30 |
| U.S. Dollar Index | 101.66 | –1.49 | –1.44 | 5.94 |
| WSJ Dollar Index | 94.31 | –1.13 | –1.18 | 5.31 |
| Euro, per dollar | 0.9315 | –0.015 | –1.59 | 5.93 |
| Yen, per dollar | 127.11 | –0.77 | –0.60 | 10.43 |
| U.K. pound, in dollars | 1.26 | 0.014 | 1.11 | –6.62 |

| | 52-Week Low | High | % Chg |
|---|---|---|---|
| DJ Commodity | 853.12 | 1264.48 | 38.45 |
| Refinitiv/CC CRB Index | 204.24 | 320.52 | 55.82 |
| Crude oil, $ per barrel | 62.32 | 123.70 | 73.51 |
| Natural gas, $/MMBtu | 2.986 | 8.971 | 192.26 |
| Gold, $ per troy oz. | 1721.50 | 2040.10 | –2.69 |
| U.S. Dollar Index | 89.83 | 104.85 | 12.92 |
| WSJ Dollar Index | 85.09 | 96.95 | 10.61 |
| Euro, per dollar | 0.8179 | 0.9632 | 13.59 |
| Yen, per dollar | 109.03 | 130.82 | 15.70 |
| U.K. pound, in dollars | 1.22 | 1.42 | –10.98 |



**Scan this code** to get real-time U.S. stock quotes and track most-active stocks, new highs/lows, mutual funds and ETFs.
All are available free at **WSJMarkets.com**

## Consumer Rates and Returns to Investor

### U.S. consumer rates
A consumer rate against its benchmark over the past year

### Selected rates
5-year CDs

| | |
|---|---|
| Bankrate.com avg': | 1.21% |
| State Bank of India California | 1.21% |
| Los Angeles, CA | 877-707-1995 |
| TAB Bank | 2.15% |
| Ogden, UT | 800-355-3063 |
| Colorado Federal Savings Bank | 2.70% |
| Greenwood Village, CO | 877-484-2372 |
| CFG Community Bank | 2.72% |
| Baltimore, MD | 888-205-8388 |
| First Internet Bank of Indiana | 2.73% |
| Indianapolis, IN | 888-873-3424 |

| Interest rate | Yield/Rate (%) Last | Week ago | 52-Week Range Low 0 2 4 6 8 High | 3-yr chg (pct pts) |
|---|---|---|---|---|
| Federal-funds rate target | 0.75-1.00 | 0.75-1.00 | 0.00 | 1.00 | -1.50 |
| Prime rate* | 4.00 | 4.00 | 3.25 | 4.00 | -1.50 |
| Libor, 3-month | 1.60 | 1.51 | 0.11 | 1.60 | -0.93 |
| Money market, annual yield | 0.08 | 0.08 | 0.07 | 0.08 | -0.9 |
| Five-year CD, annual yield | 1.21 | 1.15 | 0.41 | 1.21 | -0.75 |
| 30-year mortgage, fixed' | 5.55 | 5.51 | 3.00 | 5.64 | 1.27 |
| 15-year mortgage, fixed' | 4.67 | 4.85 | 2.28 | 4.88 | 1.14 |
| Jumbo mortgages, $647,200-plus' | 5.34 | 5.52 | 3.03 | 5.65 | 1.03 |
| Five-year adj mortgage (ARM)' | 3.91 | 3.86 | 2.37 | 3.92 | -0.19 |
| New-car loan, 48-month | 4.48 | 4.44 | 3.41 | 4.45 | -0.33 |

Bankrate.com rates based on survey of over 4,800 online banks. *Base rate posted by 70% of the nation's largest banks. ¹ Excludes closing costs.
Sources: FactSet; Dow Jones Market Data; Bankrate.com

## Benchmark Yields and Rates

### Treasury yield curve
Yield to maturity of current bills, notes and bonds

### Forex Race
Yen, euro vs. dollar; dollar vs. major U.S. trading partners

Sources: Tradeweb ICE U.S. Treasury Close; Tullett Prebon; Dow Jones Market Data

## Corporate Borrowing Rates and Yields

| Bond total return index | Yield (%) Last | Wk ago | Spread +/- Treasurys, in basis pts, 52-wk Range Last Low High | Total Return 52-wk | 3-yr |
|---|---|---|---|---|---|
| U.S. Treasury, Bloomberg | 2.720 | 2.790 | | -6.85 | 0.30 |
| U.S. Treasury Long, Bloomberg | 3.130 | 3.140 | | -12.48 | -0.46 |
| Aggregate, Bloomberg | 3.300 | 3.420 | 48 | 30 | 53 | -7.65 | 0.48 |
| Fixed-Rate MBS, Bloomberg | 3.380 | 3.490 | 34 | 16 | 48 | -7.08 | -0.32 |
| High Yield 100, ICE BofA | 6.441 | 7.305 | 361 | 247 | 449 | -4.730 | 2.226 |
| Muni Master, ICE BofA | 2.632 | 3.119 | 3 | -8 | 11 | -6.285 | 0.660 |
| EMBI Global, J.P. Morgan | 6.775 | 7.112 | 390 | 303 | 452 | -13.440 | -1.302 |

Sources: J.P. Morgan; S&P Dow Jones Indices; Bloomberg Fixed Income Indices; ICE BofA