# **EXHIBIT B**



**NYC Department of Finance**

# Property Tax Bill
## Quarterly Statement
Activity through June 4, 2022

**Owner name:** UNAVAILABLE OWNER
**Property address:** 85 FLATBUSH AVENUE EXTE
**Borough, block & lot:** BROOKLYN (3), 00120, 7503

**Mailing address:**
OWNER/AGENT
85 FLATBUSH AVENUE EXTE
BROOKLYN NY 11201

| | |
|---|---|
| Outstanding Charges | $952.21 |
| New Charges | $13.00 |
| **Amount Due** | **$965.21** |

*Please pay by July 1, 2022. To avoid interest pay on or before July 15th.*

S - LD
)0.01
- 0 - 2
18

  Citypay Payments - Property Taxes
Pay as a Guest
Pay by Credit Card or eCheck

  NYCePay Payments - Property Taxes
User ID and Password Required
Pay by Wire or eCheck

---

 **NYC Department of Finance**

PLEASE INCLUDE THIS COUPON IF YOU PAY BY MAIL OR IN PERSON  3-00120-7503

**Pay Today The Easy Way**
**nyc.gov/payonline**

**Total amount due by July 1, 2022**                                           $965.21

**Amount enclosed:** [          ]


#8802754220b0401#

**OWNER/AGENT**
**85 FLATBUSH AVENUE EXTE**
**BROOKLYN NY 11201**

**Make checks payable & mail payment to:**
NYC Department of Finance
P.O. Box 680
Newark NJ 07101-0680

8802754220604 01 3001207503 0000000096521 0000000096521 22070111202300 3

![NYC Department of Finance]

June 4, 2022
Unavailable Owner
85 Flatbush Avenue Exte
3-00120-7503
Page 2

| Previous Charges | | | Amount |
|---|---|---|---|
| Total previous charges including interest and payments | | | $952.21 |

| Current Charges | Activity Date | Due Date | Amount |
|---|---|---|---|
| HPD-Property Registration- Fee | | 07/01/2022 | $13.00 |
| **Total current charges** | | | **$13.00** |

For information about the interest rate charged on late payments, visit nyc.gov/latepropertypayments.

Under New York City Housing Maintenance Code Article 4, Subchapter 2, the HPD-Property Registration Fee must be paid and the appropriate form must additionally be submitted to the Department of Housing Preservation and Development (HPD) in order to complete the required annual property registration for this property and have the building validly registered with HPD. For more information about registering your property with HPD, you may access the website https://www1.nyc.gov/site/hpd/owners/compliance-register-your-property.page or contact HPD s Registration Assistance Unit via email to: register@hpd.nyc.gov or by calling 212-863-7000.

---

**One City Built to Last, Compliance Notification**

**Local Law 33/18 – Disclosure of Energy Efficiency Scores and Grades**

If you have received an energy efficiency grade from the NYC Department of Buildings, you are required to post your energy efficiency grade near each public entrance to the building. For information on Local Law 33, please visit www.nyc.gov/benchmarking. For free assistance, please email the NYC Sustainability Help Center at Help@NYCsustainability.org or call (212) 566-5584.

**NYC Accelerator**

The NYC Accelerator program provides free, personalized guidance to help you comply with local laws and make cost-saving energy-efficiency upgrades. We are here to help you increase comfort and control costs in your building, while promoting occupant health and safety and fighting climate change. For more information, please visit www.nyc.gov/accelerator or contact us at (212) 656-9202.

---

**Home banking payment instructions:** Log into your bank or bill pay website and add "NYC DOF Property Tax" as the payee. Your account number is your borough-block-lot number: 3-00120-7503. Our address is P. O. Box 680, Newark, NJ 07101-0680.

When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction.

**To update your mailing address:** Visit nyc.gov/changemailingaddress or call 311.

We offer payment agreements for outstanding property taxes. Visit nyc.gov/dofpaymentplans.

**Register to receive your property tax payment receipts by email!** Visit nyc.gov/contactdof to sign up.





# Property Tax Bill
## Quarterly Statement
Activity through June 4, 2022

**Owner name:** 85 FLATBUSH RHO HOTEL LLC
**Property address:** 85 FLATBUSH AVENUE EXTE APT. CU
**Borough, block & lot:** BROOKLYN (3), 00120, 1201

**Mailing address:**
85 FLATBUSH RHO HOTEL LLC
65 S. 11TH ST. APT. 2C
BROOKLYN NY  11249-7003

| | |
|---|---|
| Outstanding Charges | $4,026.10 |
| New Charges | $11,005.06 |
| **Amount Due** | **$15,031.16** |

*Please pay by July 1, 2022*



S - LD
)0.01
- 0 - 4
i3

 Citypay Payments - Property Taxes
Pay as a Guest
Pay by Credit Card or eCheck

 NYCePay Payments - Property Taxes
User ID and Password Required
Pay by Wire or eCheck

---



PLEASE INCLUDE THIS COUPON IF YOU PAY BY MAIL OR IN PERSON  3-00120-1201

| | |
|---|---|
| **Total amount due by July 1, 2022** | $15,031.16 |
| If you want to pay everything you owe by July 1, 2022 please pay | $25,926.17 |

**Amount enclosed:** [               ]

#8802749220604401#

85 FLATBUSH RHO HOTEL LLC
65 S. 11TH ST. APT. 2C
BROOKLYN NY  11249-7003

**Make checks payable & mail payment to:**
NYC Department of Finance
P.O. Box 680
Newark NJ  07101-0680

8802749220604  01  3001201201  0000001503116  0000002592617  2207011120230000         4

**NYC Department of Finance**

Statement Details

June 4, 2022
85 Flatbush Rho Hotel LLC
85 Flatbush Avenue Exte Apt. CU
3-00120-1201
Page 2

| Billing Summary | Activity Date | Due Date | Amount |
|---|---|---|---|
| Outstanding charges including interest and payments | | | $4,026.10 |
| Finance-Property Tax | | 07/01/2022 | $11,005.06 |
| **Total amount due** | | | **$15,031.16** |

| Tax Year Charges Remaining | Activity Date | Due Date | Amount |
|---|---|---|---|
| Finance-Property Tax | | 01/01/2023 | $11,005.06 |
| **Total tax year charges remaining** | | | **$11,005.06** |
| **If you want to pay everything you owe by July 1, 2022 please pay** | | | **$25,926.17** |
| If you pay everything you owe by July 1, 2022, you would save: | | | $110.05 |

## Annual Property Tax Detail

Tax class  4 -  Commercial Or Industrial
 Current tax rate
**Estimated Market Value   $2,130,000**

Overall Tax Rate
10.7550%

| | | Taxes |
|---|---|---|
| **Billable Assessed Value** | $936,720 | |
|  421a (15 Yr Not Cap) | -732,070.00 | |
| **Taxable Value** | $204,650 x 10.7550% | |
| **Tax Before Abatements and STAR** | $22,010.12 | $22,010.12 |
| **Annual property tax** | | $22,010.12 |

For information about the interest rate charged on late payments, visit nyc.gov/latepropertypayments.

PLEASE NOTE: There are outstanding charges, other than real estate taxes, that have been billed against your building, on common condo billing lot 3-00120-7503. These charges are partially your responsibility. Please contact your managing agent, so that these delinquent charges are paid.

---

**Home banking payment instructions:** Log into your bank or bill pay website and add "NYC DOF Property Tax" as the payee. Your account number is your borough-block-lot number: 3-00120-1201. Our address is P. O. Box 680, Newark, NJ 07101-0680.

When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction.

**To update your mailing address:** Visit nyc.gov/changemailingaddress or call 311.

We offer payment agreements for outstanding property taxes. Visit nyc.gov/dofpaymentplans.

**Register to receive your property tax payment receipts by email!** Visit nyc.gov/contactdof to sign up.





**NYC Department of Finance**

# Property Tax Bill
## Quarterly Statement
Activity through June 4, 2022

**Owner name:** 85 FLATBUSH RHO HOTEL LLC
**Property address:** 85 FLATBUSH AVENUE EXTE APT. HU
**Borough, block & lot:** BROOKLYN (3), 00120, 1202

**Mailing address:**
85 FLATBUSH RHO HOTEL LLC
65 S. 11TH ST. APT. 2C
BROOKLYN NY 11249-7003

| | |
|---|---|
| Outstanding Charges | $1,625,760.50 |
| New Charges | $394,584.82 |
| **Amount Due** | **$2,020,345.32** |

*Please pay by July 1, 2022*



S - HD
)0.01
- 0 - 4
14

 Citypay Payments - Property Taxes
Pay as a Guest
Pay by Credit Card or eCheck

 NYCePay Payments - Property Taxes
User ID and Password Required
Pay by Wire or eCheck

---



**NYC Department of Finance**

PLEASE INCLUDE THIS COUPON IF YOU PAY BY MAIL OR IN PERSON  3-00120-1202

| | |
|---|---|
| **Total amount due by July 1, 2022** | $2,020,345.32 |
| If you want to pay everything you owe by July 1, 2022 please pay | $2,410,984.29 |

**Amount enclosed:** [          ]

#880275022060401#

85 FLATBUSH RHO HOTEL LLC
65 S. 11TH ST. APT. 2C
BROOKLYN NY 11249-7003

**Make checks payable & mail payment to:**
NYC Department of Finance
P.O. Box 680
Newark NJ 07101-0680

8802750220604  01  3001201202  0000202034532  0000241098429  22070111202300  4

NYC Department of Finance

22-...280-shl    Doc 229-2    Filed 06/22/22    Entered 06/22/22 18:59:21    Exhibit B
Statement Details    Pg 7 of 9

June 4, 2022
85 Flatbush Rho Hotel LLC
85 Flatbush Avenue Exte Apt. Hu
3-00120-1202
Page 2

| Billing Summary | Activity Date | Due Date | Amount |
|---|---|---|---|
| Outstanding charges including interest and payments | | | $1,625,760.50 |
| Finance-Property Tax | | 07/01/2022 | $394,584.82 |
| **Total amount due** | | | **$2,020,345.32** |

| Tax Year Charges Remaining | Activity Date | Due Date | Amount |
|---|---|---|---|
| Finance-Property Tax | | 01/01/2023 | $394,584.82 |
| **Total tax year charges remaining** | | | **$394,584.82** |
| If you want to pay everything you owe by July 1, 2022 please pay | | | $2,410,984.29 |
| If you pay everything you owe by July 1, 2022, you would save: | | | $3,945.85 |

## Annual Property Tax Detail

Tax class  4 -  Commercial Or Industrial
Current tax rate
Estimated Market Value   $16,306,000

|  | Overall Tax Rate | Taxes |
|---|---|---|
|  | 10.7550% |  |
| **Billable Assessed Value** | $7,337,700 |  |
| **Taxable Value** | $7,337,700 x 10.7550% |  |
| **Tax Before Abatements and STAR** | $789,169.64 | $789,169.64 |
| **Annual property tax** |  | $789,169.64 |

For information about the interest rate charged on late payments, visit nyc.gov/latepropertypayments.

PLEASE NOTE: There are outstanding charges, other than real estate taxes, that have been billed against your building, on common condo billing lot 3-00120-7503. These charges are partially your responsibility. Please contact your managing agent, so that these delinquent charges are paid.

**Home banking payment instructions:** Log into your bank or bill pay website and add "NYC DOF Property Tax" as the payee. Your account number is your borough-block-lot number: 3-00120-1202. Our address is P. O. Box 680, Newark, NJ 07101-0680.

When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction.

**To update your mailing address:** Visit nyc.gov/changemailingaddress or call 311.

We offer payment agreements for outstanding property taxes. Visit nyc.gov/dofpaymentplans.

**Register to receive your property tax payment receipts by email!** Visit nyc.gov/contactdof to sign up.




**Department of Finance**

# Property Tax Bill
## Quarterly Statement
### Activity through June 4, 2022

**Owner name:** 85 FLATBUSH RHO RESIDENTIAL LLC
**Property address:** 60 DUFFIELD STREET APT. RU
**Borough, block & lot:** BROOKLYN (3), 00120, 1203

**Mailing address:**
85 FLATBUSH RHO RESIDENTIAL LLC
65 S. 11TH ST. APT. 2C
BROOKLYN NY 11249-7003

| | |
|---|---|
| Outstanding Charges | $42,222.19 |
| New Charges | $109,570.92 |
| **Amount Due** | **$151,793.11** |

*Please pay by July 1, 2022*

S - LD
)0.01
- 0 - 2
15

  Citypay Payments - Property Taxes
Pay as a Guest
Pay by Credit Card or eCheck

  NYCePay Payments - Property Taxes
User ID and Password Required
Pay by Wire or eCheck

---


**Department of Finance**

PLEASE INCLUDE THIS COUPON IF YOU PAY BY MAIL OR IN PERSON  3-00120-1203

**Total amount due by July 1, 2022**                                                $151,793.11
If you want to pay everything you owe by July 1, 2022 please pay     $260,268.32

**Amount enclosed:** _____

#8802751220b0401#

85 FLATBUSH RHO RESIDENTIAL LLC
65 S. 11TH ST. APT. 2C
BROOKLYN NY 11249-7003

**Make checks payable & mail payment to:**
NYC Department of Finance
P.O. Box 680
Newark NJ 07101-0680

8802751220b04 01 3001201203 0000015179311 000002b02b832 22070111202300 1

# NYC Department of Finance

**Statement Details**

June 4, 2022
85 Flatbush Rho Residential LLC
60 Duffield Street Apt. Ru
3-00120-1203
Page 2

| Billing Summary | Activity Date | Due Date | Amount |
|---|---|---|---|
| Outstanding charges including interest and payments | | | $42,222.19 |
| Finance-Property Tax | | 07/01/2022 | $109,570.92 |
| **Total amount due** | | | **$151,793.11** |

| Tax Year Charges Remaining | Activity Date | Due Date | Amount |
|---|---|---|---|
| Finance-Property Tax | | 01/01/2023 | $109,570.92 |
| **Total tax year charges remaining** | | | **$109,570.92** |
| If you want to pay everything you owe by July 1, 2022 please pay | | | $260,268.32 |
| If you pay everything you owe by July 1, 2022, you would save: | | | $1,095.71 |

## Annual Property Tax Detail

Tax class  2 -  Residential More Than 10 Units
 Current tax rate
**Estimated Market Value**   $18,114,000

| | Overall Tax Rate | |
|---|---|---|
| | 12.2350% | |
| | | Taxes |
| **Billable Assessed Value** | $8,151,300 | |
|  421a (15 Yr Not Cap) | -6,360,194.00 | |
| **Taxable Value** | $1,791,106 x 12.2350% | |
| **Tax Before Abatements and STAR** | $219,141.84 | $219,141.84 |
| **Annual property tax** | | $219,141.84 |

For information about the interest rate charged on late payments, visit nyc.gov/latepropertypayments.

PLEASE NOTE: There are outstanding charges, other than real estate taxes, that have been billed against your building, on common condo billing lot 3-00120-7503. These charges are partially your responsibility. Please contact your managing agent, so that these delinquent charges are paid.

**Home banking payment instructions:** Log into your bank or bill pay website and add "NYC DOF Property Tax" as the payee. Your account number is your borough-block-lot number: 3-00120-1203. Our address is P. O. Box 680, Newark, NJ 07101-0680.

When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction.

**To update your mailing address:** Visit nyc.gov/changemailingaddress or call 311.

We offer payment agreements for outstanding property taxes. Visit nyc.gov/dofpaymentplans.

**Register to receive your property tax payment receipts by email!** Visit nyc.gov/contactdof to sign up.

