UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

In re:                                                                    Chapter 11

**85 FLATBUSH RHO MEZZ LLC,**                          Case No. 20-23280 (RDD)
                                                                                  (Jointly Administered)
                                        Debtors.

-------------------------------------------------------X

### DECLARATION OF DARYL HAGLER IN SUPPORT OF DEBTORS' OBJECTION TO CONFIRMATION OF SECOND AMENDED CHAPTER 11 PLAN FILED BY CREDITOR TH HOLDCO LLC

I, Daryl Hagler, hereby declare under penalty of perjury pursuant to 28 U.S.C. §1746 and state as follows:

1.  I, or my designee, will be the Debtors' plan funder so that the Debtors' proposed plan of reorganization may be confirmed.

2.  I submit this declaration in support of Debtors' Objection to Confirmation and Second Amended Plan filed by Creditor TH Holdco LLC.

3.  As the Debtors' plan funder, I have agreed to provide no less than $96,775,000 to pay all of the Debtors' claims under their proposed plan. A copy of my June 16, 2022 letter detailing my proposed funding is attached hereto as **Exhibit A**.

4.  Prior to the confirmation hearing, I, or my designee, will escrow a deposit in the amount of $2,500,000 to be held by Debtors' counsel or Riverside Abstract, which will serve as liquidated damages and will be nonrefundable if the Debtors' plan is confirmed and I default in my funding obligations as set forth

1

herein.  The $2,500,000 will be refundable in the event that the Debtors' plan is not confirmed.

     5.     I am also the owner of Centers Plan For Healthy Living LLC, which has sufficient funds needed to fund my equity investment in the Debtors.  A copy of an Accounting Statement for the period May 1, 2022 to May 31, 2022 from Wilmington Trust indicating that I own Centers Plan for Healthy Living LLC, and that it has sufficient liquidity to fund the Debtors' proposed plan, is attached hereto as **Exhibit B**.

     I declare under penalty of perjury of the laws of the United States, pursuant to 28 U.S.C. §1746, that the foregoing is true and correct.

Dated:  New York, New York
          June 22, 2022

_____
DARYL HAGLER

4896-2042-9861, v. 3