# **EXHIBIT B**



Corporate Headquarters
1100 North Market Street
Wilmington, DE 19890-0001

# Accounting Statement

███ 1-000 - CPHL OPERATING FUND
May 01, 2022 - May 31, 2022

## Your Portfolio at a Glance

| | |
|---|---:|
| Opening Market Value w/Accrued Income | $243,094,318.82 |
| Net of Contributions & Withdrawals | -$64,000,000.00 |
| Net Investment Change | $109,477.52 |
| **Closing Market Value w/Accrued Income** | **$179,203,796.34** |

## Accounts Included

WILMINGTON TRUST, NA AS INVESTMENT AGENT UNDER AGREEMENT
WITH CENTERS PLAN FOR HEALTHY LIVING LLC- OPERATING FUND
129421-000

## Your Relationship Team

**JOHN M LAWSON**  (212) 415-0569
Senior Investment Advisor
jlawson@wilmingtontrust.com

**SUSAN T O'NEAL**  (302) 636-6448
ICS Relationship Manager
so'neal@wilmingtontrust.com

## Important Information

This statement reflects an enhancement to pending dividend reinvestment purchases and will now report an offsetting cash payable. If you have any questions, please contact your relationship manager.

STEVEN STENDER
CENTERS PLAN FOR HEALTHY LIVING, LLC
75 VANDERBILT AVENUE
STATEN ISLAND, NY 10304