| | |
|---|---|
| LEECH TISHMAN ROBINSON BROG PLLC<br>875 Third Avenue<br>New York, New York 10022<br>A. Mitchell Greene<br>*Attorneys for the Debtors and Debtors in Possession* | Hearing Date:<br>June 30, 2022 at 10:00 a.m. |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

In re:

85 FLATBUSH RHO MEZZ LLC, *et al.*,[1]

                     Debtors.
----------------------------------------------------------X

Chapter 11

Case No.: 20-23280-rdd

(Jointly Administered)

NOTICE OF HEARING ON (I) MOTION PURSUANT TO BANKRUPTCY RULE 9006(C) FOR ORDER SHORTENING NOTICE ON MOTION FOR ORDER (I) PRELIMINARILY APPROVING DISCLOSURE STATEMENT AND (II) SCHEDULING HEARING ON THE DEBTORS' MOTION FOR AN ORDER APPROVING DISCLOSURE STATEMENT AND CONFIRMING DEBTORS' PLAN OF REORGANIZATION AND (II) MOTION PURSUANT TO BANKRUPTCY RULE 9006(C) FOR ORDER SHORTENING NOTICE ON DEBTORS' MOTION FOR ORDER PURSUANT TO 11 U.S.C. SEC. 363(K) DISQUALIFYING TH HOLDCO LLC FROM CREDIT BIDDING AND GRANTING RELATED RELIEF

**PLEASE TAKE NOTICE**, that a hearing on:

- Motion Pursuant to Bankruptcy Rule 9006(c) for Order Shortening Notice on Motion for Order (I) Preliminarily Approving Disclosure Statement and (II) Scheduling Hearing on the Debtors' Motion for an Order Approving Disclosure Statement and Confirming Debtors' Plan of Reorganization (ECF Doc. 243); and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: 85 Flatbush RHO Mezz LLC. (6184); 85 Flatbush RHO Hotel LLC (5027); and 85 Flatbush RHO Residential LLC (2261).

1

- Motion Pursuant to Bankruptcy Rule 9006(c) for Order Shortening Notice on Debtors' Motion for Order Pursuant to 11 U.S.C. Sec. 363(k) Disqualifying TH Holdco LLC From Credit Bidding and Granting Related Relief (ECF Doc. 244);

will be held before **the Honorable Robert D. Drain, United States Bankruptcy Judge, at the United States Bankruptcy Court, Southern District of New York, 300 Quarropas Street, White Plains, New York 10601 on June 30, 2022 at 10:00 a.m.**.

**PLEASE TAKE FURTHER NOTICE**, that if the Court grants the above Motions to Shorten, the Court will then hear the underlying:

- Motion for Order (I) Preliminarily Approving Disclosure Statement and (II) Scheduling Hearing on the Debtors' Motion for an Order Approving Disclosure Statement and Confirming Debtors' Plan of Reorganization (ECF Doc. 242); and

- Debtors' Motion for Order Pursuant to 11 U.S.C. Sec. 363(k) Disqualifying TH Holdco LLC From Credit Bidding and Granting Related Relief (ECF Doc. 232).

**PLEASE TAKE FURTHER NOTICE**, that any party who wishes to attend the hearing must register an appearance utilizing the Electronic Appearance portal on the Court's website at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl. The hearing will be conducted via Zoom and a link to the Zoom hearing will be provided by the Court by email in advance of the hearing. Zoom for Government

instructions can be found at https://www.nysb.uscourts.gov/zoom-video-hearing-guide.

Dated: New York, New York
      June 24, 2022

                    LEECH TISHMAN ROBINSON BROG PLLC
                    Attorneys for Debtors
                    875 Third Avenue
                    New York, New York 10022
                    (212) 603-6300

By:   <u>A. Mitchell Greene</u>
       A. Mitchell Greene

3

4873-1851-2422, v. 2