# **Exhibit 3**

(Confirmation Order Notice)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>    85 FLATBUSH RHO MEZZ LLC, et al.,[1]<br><br>Debtors | Case No. 20-23280 (RDD)<br>Confirmed Chapter 11<br><br>(Jointly Administered) |

### NOTICE OF ENTRY OF ORDER CONFIRMING SECOND AMENDED CHAPTER 11 PLAN FILED BY CREDITOR TH HOLDCO LLC RELATED TO 85 FLATBUSH RHO MEZZ, LLC, 85 FLATBUSH RHO HOTEL LLC, AND 85 FLATBUSH RHO RESIDENTIAL LLC

**PLEASE TAKE NOTICE** that on July [__] 2022, the United States Bankruptcy Court for the Southern District of New York signed the Findings of Fact, Conclusions of Law, and Order Confirming TH Holdco's Second Amended Chapter 11 Plan (the "Plan") and Fixing Deadlines for Filing Certain Claims (the "Confirmation Order"), which directed the mailing of a notice of entry of the Confirmation Order.

**PLEASE TAKE FURTHER NOTICE** that proofs of claim based on a rejection of an executory contract or unexpired lease must be filed in accordance with the provisions of Section 9.3 of the Plan.

**PLEASE TAKE FURTHER NOTICE** that the Plan and Confirmation Order contain injunctive provisions which may be applicable to you.

**PLEASE TAKE FURTHER NOTICE** that the Plan and Confirmation Order may be viewed at the Bankruptcy Court's Internet site at http://www.nysb.uscourts.gov.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, include: 85 Flatbush RHO Mezz LLC (6184) (the "Mezz Debtor"); 85 Flatbush RHO Hotel LLC (5027) (the "Hotel Debtor"); and 85 Flatbush RHO Residential LLC (2261) and (the "Residential Debtor", and together with the Mezz Debtor and the Hotel Debtor, the "Debtors").

US_ACTIVE\121805603\V-1

Dated: New York, New York
       July [__], 2022

                            **DENTONS US LLP**
                            Lauren Macksoud
                            Sarah M. Schrag
                            1221 Avenue of the Americas
                            New York, NY 10020
                            Telephone: (212) 768-6700
                            Fax: (212) 768-6800
                            Email: lauren.macksoud@dentons.com
                                       sarah.schrag@dentons.com

                            -and-

                            Robert Richards  (admitted *pro hac vice*)
                            **DENTONS US LLP**
                            233 S. Wacker Drive
                            Suite 5900
                            Chicago, IL 60606
                            Telephone: (312) 876-8000
                            Facsimile: (312) 876-7934
                            Email: robert.richards@dentons.com

                            *Counsel to TH Holdco LLC*