LEECH TISHMAN ROBINSON BROG PLLC
875 Third Avenue
New York, New York 10022
A. Mitchell Greene, Esq.
Attorneys for the Debtor and Debtor in
Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

In re:

**85 FLATBUSH RHO MEZZ LLC, et al.,**[1]

                                      Debtors.
----------------------------------------------------------X

Chapter 11

Case No.: 20-23280-rdd

(Jointly Administered)

## CERTIFICATE OF SERVICE

NATHANAEL F. MEYERS, hereby certifies under penalty of perjury:

1. I am not a party to the action, am over 18 years of age and reside in Hamilton, New Jersey.

2. On the 24th day of June, 2022, I caused to be served By Federal Express Overnight Delivery or Overnight Priority Express Mail true and correct copies of

● SECOND AMENDED CHAPTER 11 PLAN OF REORGANIZATION OF 85 FLATBUSH RHO MEZZ, LLC, 85 FLATBUSH RHO HOTEL LLC AND 85 FLATBUSH RHO RESIDENTIAL LLC [ECF Doc No. 240] (the "Amended Plan");

● DISCLOSURE STATEMENT FOR THE AMENDED PLAN [ECF Doc No. 241];

● MOTION FOR ORDER (I) PRELIMINARILY APPROVING DISCLOSURE STATEMENT AND (II) SCHEDULING HEARING ON THE DEBTORS' MOTION FOR AN ORDER APPROVING DISCLOSURE STATEMENT AND CONFIRMING DEBTORS' PLAN OF REORGANIZATION [ECF Doc No. 242] (the "Combined Motion");

● MOTION PURSUANT TO BANKRUPTCY RULE 9006(c) FOR ORDER

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: 85 Flatbush RHO Mezz LLC; (6184); 85 Flatbush RHO Hotel LLC (5027); and 85 Flatbush RHO Residential LLC 2261).

{01154745.DOC;1 }

SHORTENING NOTICE ON THE COMBINED MOTION [ECF Doc No. 243] (the "Motion to Shorten the Combined Motion");

- DEBTORS' MOTION FOR ORDER PURSUANT TO 11 U.S.C. § 363(K) DISQUALIFYING TH HOLDCO LLC FROM CREDIT BIDDING AND GRANTING RELATED RELIEF [ECF Doc No. 232] (the "Disqualification Motion");

- MOTION PURSUANT TO BANKRUPTCY RULE 9006(c) FOR ORDER SHORTENING NOTICE ON THE DISQUALIFICATION MOTION [ECF Doc No. 244] (the "Motion to Shorten the Disqualification Motion"); and

- NOTICE OF HEARING ON (I) THE MOTION TO SHORTEN THE COMBINED MOTION AND (II) THE MOTION TO SHORTEN THE DISQUAILIFICATION MOTION [ECF Doc No. 253]

by depositing true copies of same enclosed in post-paid, properly addressed wrappers in an official depository under the exclusive care and custody of the Federal Express Corporation or the United States Postal Service within the State of New York.

Dated: June 28, 2022

/s/ Nathanael F. Meyers
**Nathanael F. Meyers**

<u>85 FLATBUSH RHO MASTER SERVICE LIST AS OF 6/9/22</u>

4 SYLVAN WAY LLC
5516 11TH AVE
BROOKLYN, NY 11219

85 FLATBUSH AVENUE 1 LLC
520 MADISON AVENUE
SUITE 3501
NEW YORK, NY 10022

85 FLATBUSH RHO
RESIDENTIAL LLC
C/O GC REALTY ADVISORS
3284 N 29TH COURT
HOLLYWOOD, FL 33020

AC ELITE STEEL INC.
124 SCHOLES STREET
BROOKLYN, NY 11206

ADP, LLC
P.O BOX 842875
BOSTON, MA 02284

AFLAC WORLDWIDE HEADQUART
1932 WYNNTON RD.
COLUMBUS, GA 31999

AIR AROMA USA DIST LLC
263 38TH STREET
LEVEL 12
NEW YORK, NY 10018

ANYA'S LICORICE INC.
261 HUDSON ST.
#10V
NEW YORK, NY 10013

BACKSTAGE AS
36 CONSELYEA ST.
APT. 1A
BROOKLYN, NY 11211

BP ENVIRONMENTAL SERVICES
P.O. BOX 188
CHALFONT, PA 18914

C&A MARKETING INC.
30 VAN BUREN DRIVE
#201
MONROE, NY 10950

CASHIER DEPOT CORP.
PO BOX 373
MARLBORO, NJ 07746

CHAIM HAGER
1253 47 STREET
BROOKLYN, NY 11219

CHAMPION COMBUSTION
850 ELBE AVE
STATEN ISLAND, NY 10304

CHATHAM HEDGING ADVIORS
670 MYRTLE AVE
SUITE 575
BROOKLYN, NY 11205

CHESKIEL BERKOWITZ
70 UNION AVE
APT. 1
BROOKLYN, NY 11206

COMFORT BEDDING
13 CHRISTOPHER AVE.
BROOKLYN, NY 11212

CON EDISON
P.O. BOX 1701
NEW YORK, NY 10116

CORP. COUNSEL FOR NYC
100 CHURCH STREET
NEW YORK, NY 10007

CROKER FIRE DRILL CORPORA
235 BROOKSITE DRIVE
HAUPPAUGE, NY 11788

CSC
P.O.BOX 13397
PHILADELPHIA, PA 19101

DUETTO RESEARCH INC.
2001 GATEWAY PLACE
#520W
SAN JOSE, CA 95110

DURA-LIFT INC.
201 HARTLE STREET
SUITE B
SAYREVILLE, NJ 08872

EEMD INC.
9 WACCABUC RIVER LANE
SOUTH SALEM, NY 10590

ENERCON TECHNICAL SERVICE
1233 MCDONALD AVENUE
BROOKLYN, NY 11230

FEDEX
P.O. BOX 371461
PITTSBURGH, PA 15250

FIRST INSURANCE FUNDING
P.O. BOX 7000
CAROL STREAM, IL 60197

GEORGE KENEDY LLC
P.O. BOX 40498
BROOKLYN, NY 11204

GREATER SHIELD
P.O. BOX 110836
BROOKLYN, NY 11211

GREEN & WHITE BOUTIQUE
LINEN
410 GARIBALDI AVENUE
LODI, NJ 07644

GUESTTEK INTERACTIVE
ENTERTAINMENT INC.
1501 NORTH PLANO ROAD
STE 100
RICHARDSON, TX 75081

HARBOR LINEN
P.O. BOX 3510
CHERRY HILL, NJ 08034

HARDVARD STARS INC.
38 WEST 32ND ST.
#1605
NEW YORK, NY 10001

HERMAN RUBIN
175 CLYMER STREET
BROOKLYN, NY 11211

HOTELS BY DAY, LLC
64 BEAVER STREET
NEW YORK, NY 10004

HOUSE OF KOOSER
P.O. BOX 3184
NEW YORK, NY 10163

ID CLEANERS & CARPETING
167 MADISON AVENUE
NEW YORK, NY 10016

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA 19101-7346

JACOB RUBIN
858 BEDFORD AVENUE
BROOKLYN, NY 11205

JOHN MINI DISTINCTIVE
LANDSCAPES
250 BRENNER DRIVE
CONGERS, NY 10920

KRISS & FEUERSTEIN
ATTN: JEROLD C. FEUERSTEIN, ESQ.
360 LEXINGTON AVENUE
SUITE 1200
NEW YORK, NY 10017

LIPA RUBIN
860 BEDFORD AVENUE
BROOKLYN, NY 11205

M3 ACCOUNTTING + ANALYTIC
1715 N BROWN ROAD
BLDG. A, SUITE 200
LAWRENCEVILLE, GA 30043

M6IT CONSULTING
2067 BROADWAY
ROOM 69
NEW YORK, NY 10023-2806

MANHATTAN BEER DISTRIBUTORS
955 EAST 149TH STREET
BRONX, NY 10455

MR LINEN SERVICES LLC
575 LEXINGTON AVE
4TH FL.
NEW YORK, NY 10022

NATIONAL GRID
P.O. BOX 11741
NEWARK, NJ 07101

NY STATE DEPT. OF FINANCE
ATTN: BANKRUPTCY SPECIAL
PO BOX 5300
ALBANY, NY 12205

NYC DEPT. OF FINANCE
345 ADAMS STREET, 3RD FL.
ATTN: LEGAL AFFAIRS
BROOKLYN, NY 11201

NYS SALES TAX PROCESSING
P.O. BOX 15168
ALBANY, NY 12212

OFFICE OF THE ATTY GEN
28 LIBERTY ST.
NEW YORK, NY 10005

ORACLE AMERICA, INC.
P.O. BOX 203448
DALLAS, TX 75320

ORACLE AMERICA, INC.
C/O SHAWN M. CHRISTIANSON, ESQ.
BUCHALTER PC
425 MARKET STREET, SUITE 2900
SAN FRANCISCO, CA 94105

PERSONNEL CONCEPTS
P.O. BOX 3353
SAN DIMAS, CA 91773

POWER PRO NY
100A BROADWAY
#233
BROOKLYN, NY 11249

PREMIUM PEST CONTROL
P.O. BOX 1261
LINDEN, NJ 07036

PROTEL VOICE DATA
SECURITY CORP.
709 CHURCH AVENUE
BROOKLYN, NY 11218

PURCHASE POWER
PO BOX 371874
PITTSBURGH, PA 15250-7874

RIGHTWAY RESTORATION LLC
98 BEARD ST.
BROOKLYN, NY 11231

RISE ELEVATOR INSPECTIONS
2008 OCEAN AVE
SUITE 2C
BROOKLYN, NY 11230

SAVECOM
709 CHURCH AVE
BROOKLYN, NY 11218

SIMON'S INDUSTRIAL SUPPLY
45-02 37TH AVENUE
LONG ISLAND CITY, NY 11101

T-Y GROUP, LLC
P.O BOX 538033
ATLANTA, GA 30353

THE NEW YORK TIMES
P.O. BOX 371427
PITTSBURGH, PA 15250

THE REGENCY GROUP
32 WEST 39TH STREET
12TH FLOOR
NEW YORK, NY 10018

TIMEPAYMENT CORP
P.O. BOX 3069
WOBURN, MA 01888

TOYS FOR YOU INC.
1172 59TH STREET
BROOKLYN, NY 11219

TRAORE CLEANING LLC
1187 ANDERSON AVE
APT. 6E
BRONX, NY 10452

Pg 10 of 14

TRAVEL MEDIA GROUP
P.O. BOX 775523
CHICAGO, IL 60677

TRAVELCLICK INC.
P.O. BOX 71199
CHICAGO, IL 60694

US ATTY OFFICE -SDNY
86 CHAMBERS STREET
ATTN: TAX AND BANKRUPTCY
NEW YORK, NY 10007

WOLF GORDON
333 SEVENTH AVE
6TH FL
NEW YORK, NY 10001

WILLIAM K. HARRINGTON, UNITED STATES TRUSTEE
U.S. DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014
(ATTN.: ANDREA B. SCHWARTZ, ESQ.)

85 FLATBUSH MEZZ LLC
225 BROADWAY
32ND FLOOR
NEW YORK, NY 10007

85 FLATBUSH MEZZ LLC
560 MISSION STREET, SUITE 3100
SAN FRANCISCO, CA 94105

SEYFARTH SHAW LLC
ATTN: JERRY A. MONTAG, ESQ
620 EIGHTH AVENUE
NEW YORK, NY 10018-1405

TOYS FOR YOU INC.
1172 59TH STREET
BROOKLYN, NY 11219

85 FLATBUSH RHO HOTEL LLC
C/O GC REALTY ADVISORS
3284 N 29TH COURT
HOLLYWOOD, FL 33020

ALLISON CHETRIT
85 FLATBUSH AVE. EXT.
10J
BROOKLYN, NY 11201

BRENDA DELORES BALLARD
85 FLATBUSH AVE. EXT.
11F
BROOKLYN, NY 11201

JONATHAN DAVID HAYGOOD
85 FLATBUSH AVE. EXT.
8F
BROOKLYN, NY 11201

MARIEL A. COLON MIRO
85 FLATBUSH AVE. EXT.
8A
BROOKLYN, NY 11201

MONIQUE N. HENLEY
85 FLATBUSH AVE. EXT.
7H
BROOKLYN, NY 11201

AKIVA HERSH KLEIN
30 VAN BUREN DRIVE #201
MONROE, NY 10950

STEPHANIE FABIEN
C/O AUGUSTIN D. TELLA
LAW OFFICE OF AUGUSTIN D. TELLA, PLLC
89-08A SUTPHIN BOULEVARD
JAMAICA, NEW YORK 11435

NATIONAL GRID
300 ERIE BOULEVARD WEST
SYRACUSE, NY 13202

NYS DEPARTMENT OF LABOR
STATE CAMPUS
BLDG. 12 ROOM 256
ALBANY, NY 12240

CONSOLIDATED EDISON COMPANY
OF NEW YORK, INC
BANKRUPTCY GROUP
4 IRVING PLACE 18TH FL
NEW YORK, NY 10003

BSPRT CRE FINANCE, LLC
LEE B. HART, ESQ. C/O NELSON MULLINS
201 17TH STREET NW, SUITE 1700
ATLANTA, GA 30363

BENEFIT STREET PARTNERS REALTY
OPERATING PARTNERSHIP
LEE B. HART, ESQ., C/O NELSON MULLINS
201 17TH STREET NW, SUITE 1700
ATLANTA, GA 30363

CORPORATION SERVICE COMPANY
251 LITTLE FALLS DRIVE
WILMINGTON, DE 19808

TIMOTHY R. JONES, ESQ.
NYC OFFICE OF ADMINISTRATIVE
TRIALS AND HEARINGS
OATH 100 CHURCH STREET 12TH FLOOR
NEW YORK, NY  10007

85 RHO LLC
C/O GC REALTY ADVISORS
3284 N 29TH COURT
HOLLYWOOD, FL 33020

SIGNATURE BANK
565 FIFTH AVENUE
12TH FLOOR
NEW YORK, NY 10017

PLAZA MANAGEMENT USA, INC.
199 LEE AVENUE PMB 381
ATTN: JACOB BERNAT, PRESIDENT
BROOKLYN, NY 11211

NYC DEPT. OF FINANCE
OFFICE OF LEGAL AFFAIRS – COLLECTIONS
375 PEARL ST., 30TH FLOOR
NEW YORK, NY 10038

BENEFIT ST. PARTNERS REALTY OP
C/O NELSON MULLINS RILEY
280 PARK AVE., 15TH FL. WEST
NEW YORK, NY 10017

BSPRT CRE FINANCE, LLC
C/O NELSON MULLINS RILEY
280 PARK AVE., 15TH FL. WEST
NEW YORK, NY 10017

MARIEL ALEXANDRA COLON MIRO
60 DUFFIELD STREET
APT. 8A
BROOKLYN, NY 11201

TH HOLDCO LLC
C/O OHAMA REAL ESTATE INVESTORS
1991 BROADWAY, SUITE 100
REDWOOD CITY, CA 94063
ATTN: JOHN GINOCHIIO, JAMES COLE
 & EDDIE YU

LAUREN MACKSOUD
CHARLES E. DORKEY, III
SARAH M. SCHRAG
DENTONS US LLP
1221 AVE OF THE AMERICAS
25TH FLOOR
NEW YORK, NY 10020

ROBERT E. RICHARDS
DENTONS US LLP
233 SOUTH WACKER DRIVE
SUITE 5900
CHICAGO, IL  60606

NYC LAW DEPARTMENT
TAX AND BANKRUPTCY LITIGATION DIVISION
100 CHURCH STREET
NEW YORK, NY 10007

EMILIE B. COOPER, ESQ.
FRIED, FRANK, HARRIS,
SHRIVER & JACOBSON LLP
ONE NEW YORK PLAZA
NEW YORK, NEW YORK 10004

BEN PAULL, ESQ,
FRIED, FRANK, HARRIS,
SHRIVER & JACOBSON LLP
ONE NEW YORK PLAZA
NEW YORK, NEW YORK 10004