**GRIFFIN HAMERSKY LLP**
420 Lexington Avenue, Suite 400
New York, New York 10170
Telephone: (646) 998-5580
Facsimile:  (646) 998-8284
Scott A. Griffin
Michael D. Hamersky

*Counsel to Daryl Hagler*
*Proposed Funder of Debtors' Chapter 11 Plan*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x
                                                   :

In re:                            :          Chapter 11
                                                   :

85 FLATBUSH RHO MEZZ LLC, et al.,     :        Case No. 20-23280 (RDD)
                                                   :

                  Debtors.       :

-------------------------------------------------------------------x

## NOTICE OF APPEARANCE AND REQUEST FOR
## SERVICE OF NOTICES AND OTHER DOCUMENTS

      **PLEASE TAKE NOTICE** that the undersigned hereby appears on behalf of Daryl

Hagler, as the proposed funder of the Second Amended Chapter 11 Plan of Reorganization

of the above-captioned Debtors and pursuant to Rules 2002, 7005, 9007 and 9010 of the

Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), requests that copies of

any and all notices, pleadings, motions, orders to show cause, applications, presentments,

petitions, memoranda, affidavits, declarations, orders, or other documents, filed or entered

in this adversary proceeding be given and served upon:

**GRIFFIN HAMERSKY LLP**
420 Lexington Avenue, Suite 400
New York, NY 10170
Telephone: (646) 998-5580
Facsimile:  (646) 998-8284
Scott A. Griffin
sgriffin@grifflegal.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules and/or title 11 of the United States Code, as applicable, but also includes, without limitation, orders and notices of, <u>any</u> application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted, conveyed by mail, hand delivery, telephone, telegraph, telex, e-mail or otherwise.

Dated:   New York, New York
         June 29, 2022

Respectfully submitted,

GRIFFIN HAMERSKY LLP

By: <u>/s/ *Scott A. Griffin*      </u>
Scott A. Griffin
Michael D. Hamersky
420 Lexington Avenue, Suite 400
New York, New York 10170
Telephone:  (646) 998-5580
Facsimile:  (646) 998-8284

*Counsel to Daryl Hagler*
*Proposed Funder of Debtors' Chapter 11 Plan*