20-23280-rdd    Doc 277-1    Filed 06/30/22    Entered 06/30/22 09:13:26    Exhibit 1
Pg 1 of 5

# **EXHIBIT 1**



Schwab One® Account of
**DARYL HAGLER**

Account Number
▇▇▇-4349

Statement Period
May 1-31, 2022

## Account Value as of 05/31/2022: $ 31,257,337.56

### Change in Account Value

| | This Period | Year to Date |
|---|---:|---:|
| Starting Value | $ 30,863,302.56 | $ 34,838,938.29 |
| Credits | 135,219.06 | 661,492.61 |
| Debits | (79,178.63) | (757,626.19) |
| Transfer of Securities (In/Out) | 0.00 | 0.00 |
| Income Reinvested | (6,361.32) | (16,568.81) |
| Change in Value of Investments | 344,355.89 | (3,468,898.34) |
| **Ending Value on 05/31/2022** | **$ 31,257,337.56** | **$ 31,257,337.56** |
| Accrued Income $^d$ | | 34,582.09 |
| Ending Value with Accrued Income $^d$ | $ 31,291,919.65 | |
| Total Change in Account Value | $ 394,035.00 | $ (3,581,600.73) |
| | 1.28% | (10.28)% |
| Total Change with Accrued Income $^d$ | $ 428,617.09 | |

### Account Value [in Hundred Thousands]



## Asset Composition

| | Market Value | % of Account Assets |
|---|---:|---:|
| Bank Sweep $^{x,z}$ | $ 36,058.04 | <1% |
| Money Market Funds [Non-Sweep] | 13,443,524.41 | 43% |
| Equities | 13,080,534.74 | 42% |
| Bond Funds | 855,219.39 | 3% |
| Equity Funds | 265,897.98 | <1% |
| Exchange Traded Funds | 3,434,632.50 | 11% |
| Other Assets | 149,043.75 | <1% |
| **Total Assets Long** | **$ 31,264,910.81** | |
| Cash (Debits) $^n$ | (7,573.25) | |
| **Total Assets Short** $^s$ | **$ (7,573.25)** | |
| Net Loan Balance | 0.00 | |
| **Total Account Value** | **$ 31,257,337.56** | **100%** |



- 43% MMFs [Non-Sweep]
- 3% Bond Funds
- 42% Equities
- 1% Remaining Assets
- 11% Exchange Traded Funds

To explore the features of this statement visit schwab.com/premiumstatement

**charles SCHWAB**

Schwab One® Trust Account of
**DARYL HAGLER TTEE
HAGLER FAMILY TRUST
U/A DTD 02/01/2019**

Account Number
■■■-2886

Statement Period
May 1-31, 2022

## Account Value as of 05/31/2022: $ 5,025,366.93

| Change in Account Value | This Period | Year to Date |
|---|---:|---:|
| Starting Value | $ 5,023,670.19 | $ 5,022,408.30 |
| Credits | 1,696.74 | 2,958.63 |
| Debits | 0.00 | 0.00 |
| Transfer of Securities (In/Out) | 0.00 | 0.00 |
| Income Reinvested | (1,696.74) | (2,958.63) |
| Change in Value of Investments | 1,696.74 | 2,958.63 |
| Ending Value on 05/31/2022 | $ 5,025,366.93 | $ 5,025,366.93 |
| Total Change in Account Value | $ 1,696.74 | $ 2,958.63 |
|  | <1% | <1% |



Account Value [in Thousands]

| Asset Composition | Market Value | % of Account Assets |
|---|---:|---:|
| Money Market Funds [Non-Sweep] | $ 5,025,366.93 | 100% |
| Total Assets Long | $ 5,025,366.93 |  |
| **Total Account Value** | **$ 5,025,366.93** | **100%** |

To explore the features of this statement visit schwab.com/premiumstatement



06/29/2022

DARYLH CONSULTING SERVICES LTD
4770 WHITE PLAINS RD
BRONX NY 10470

Account # ****-* 726
Questions: 1-800-435-4000

**Here is the requested account balance information.**

We're writing in response to a request for balance information on the account noted above. On 06/29/2022 the total account value was in excess of $3,675,323.00.

The following is Schwab's terms of withdrawal policy:

Charles Schwab doesn't restrict access to available funds and securities in the above-referenced account(s). An account holder or authorized agent can request withdrawals from an account on demand.

Please note: The balance is based on our records at the time this letter was written, and may include cash and securities. The value of the account is subject to change depending upon market conditions and/or activities in the account.

Please note: This letter is for informational purposes only and is not an official record of the account.

**Thank you for choosing Schwab.** We appreciate your business and look forward to serving you in the future. If you have any questions, please call us at +1 (800) 435-4000.

©2019 Charles Schwab & Co., Inc. All rights reserved. Member SIPC. CRS 00038 (1216-S9EE) SGC95961E-02 02/18



All      Accounts      Activity      Transfer      Bill Pay      People Pay      External Transfer      Documents



**DARYL HAGLER**  DHAGLER@FUOCO.COM

Last online session: **June 27, 2022**

( Español )

## Accounts

Customize accounts

| Deposit | Available Balance |
|---|---|
| PALLADIUM TREASURY MMKT, *8287 | $39,575,587.47 |
| POPULAR PALLADIUM CHECKING, *6338 | $10,350.07 |
| Total Deposit: | $39,585,937.54 |