# **EXHIBIT 2**

# Current Day Deposit Accounts List View | All Accounts

Bronx Center for Rehabilitation and Health Care - 100003397

**M&T Bank**

| Balance As Of | Account Name | Account # | Current Ledger | Current Available | Total Credit Amount | Total Debit Amount |
|---|---|---|---|---|---|---|
| 06/29/2022 08:39:26 | Bronx - Operating | 110009113782223 | 3,684,226.79 | 3,684,226.79 | 11,511.00 | 290.40 |
| 06/29/2022 08:39:26 | Suffolk Primary Operating | 9843864472 | 2,039,170.43 | 2,039,170.43 | 20,479.23 | 0.00 |
| 06/29/2022 08:39:26 | Hammonton Primary Operating | 9857765822 | 4,552,768.70 | 4,552,768.70 | 1,771.69 | 1,323.11 |
| 06/29/2022 08:39:26 | Deptford Primary Operating | 9856765830 | 7,970,141.27 | 7,970,141.27 | 28,452.27 | 310,000.00 |
| 06/29/2022 08:39:26 | CENTERS FC REALTY LLC | 9856765929 | 1,036,300.61 | 1,036,300.61 | 0.00 | 1,545.00 |
| 06/29/2022 08:39:26 | CPHL PR | 9860560466 | 2,323,821.40 | 2,323,821.40 | 0.00 | 26,513.29 |
| 06/29/2022 08:39:26 | CPHL Primary Oper | 9860560474 | 21,070,507.14 | 21,070,507.14 | 17,238.50 | 1,252.52 |
| 06/29/2022 08:39:26 | CPHL Claims Oper | 9860560482 | 0.00 | 0.00 | 0.00 | 0.00 |
| 06/29/2022 08:39:26 | Corning - Payroll | 9860561787 | 268,017.72 | 268,017.72 | 0.00 | 0.00 |
| 06/29/2022 08:39:26 | Brooklyn Operating | 9860562520 | 1,890,493.73 | 1,890,493.73 | 0.00 | 0.00 |
| 06/29/2022 08:39:26 | ROME CENTER LAND LLC | 9862774248 | 23,383.01 | 23,383.01 | 38,516.91 | 0.00 |
| 06/29/2022 08:39:26 | CENTERS FOR SPECIALTY CAR | 9862774511 | 21,943.74 | 21,943.74 | 0.00 | 0.00 |
| 06/29/2022 08:39:26 | BUFFALO AVE REALTY ASSOCI | 9862774545 | 1,714,151.60 | 1,714,151.60 | 0.00 | 0.00 |
| 06/29/2022 08:39:26 | CPHL MAPD Oper | 9862774750 | 1,443,518.02 | 1,443,518.02 | 0.00 | 0.00 |
| 06/29/2022 08:39:26 | CPHL MAPD Claims | 9862774768 | 0.00 | 0.00 | 0.00 | 0.00 |
| 06/29/2022 08:39:26 | CPHL FIDA Oper | 9862774776 | 581,424.59 | 581,424.59 | 0.00 | 0.00 |
| 06/29/2022 08:39:26 | CPHL FIDA Claims | 9862774784 | 0.00 | 0.00 | 0.00 | 0.00 |
| 06/29/2022 08:39:26 | CFSC Maintenance - Operating | 9862775302 | 135,698.95 | 135,698.95 | 0.00 | 0.00 |
| 06/29/2022 08:39:26 | CENTERS BUSINESS OFFICE I | 9862775617 | 233,057.64 | 233,057.64 | 0.00 | 0.00 |
| 06/29/2022 08:39:26 | HOPE CENTER OPERATIONS LL | 9865581939 | 1,227,125.34 | 1,227,125.34 | 0.00 | 0.00 |
| 06/29/2022 08:39:26 | ALP STAFFING | 9865582291 | 121,968.61 | 121,968.61 | 0.00 | 0.00 |
| 06/29/2022 08:39:26 | Corning - Petty Cash | 9865583331 | 697.89 | 697.89 | 0.00 | 0.00 |
| 06/29/2022 08:39:26 | STEUBEN OPERATIONS ASSOCI | 9865583380 | 14,853.73 | 14,853.73 | 0.00 | 0.00 |
| 06/29/2022 08:39:26 | EQUILIBRIUM HEALTH SOLUTI | 9865583620 | 5,749,260.52 | 5,749,260.52 | 0.00 | 0.00 |
| 06/29/2022 08:39:26 | UPSIDE SERVICES LLC | 9866936395 | 962,089.69 | 962,089.69 | 0.00 | 0.00 |
| 06/29/2022 08:39:26 | UPSIDE SERVICES LLC | 9866936460 | 107,628.47 | 107,628.47 | 0.00 | 0.00 |
| 06/29/2022 08:39:26 | Ellicott Center | 9868937286 | 41,048.50 | 41,048.50 | 0.00 | 0.00 |
| 06/29/2022 08:39:26 | Fulton - Operating | 9868937294 | 3,662,542.06 | 3,662,542.06 | 17,474.68 | 0.00 |
| 06/29/2022 08:39:26 | CARE SOLUTIONS | 9868937484 | 16,379.23 | 16,379.23 | 10,673.90 | 1,649.58 |
| 06/29/2022 08:39:26 | DEPTFORD CENTER FOR REHAB | 9868937492 | 0.00 | 0.00 | 0.00 | 0.00 |
| 06/29/2022 08:39:26 | HAMMONTON CENTER FOR REHA | 9868937500 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | 172,502,160.69 | 172,502,160.69 | | |

# Current Day Deposit Accounts List View | All Accounts

Bronx Center for Rehabilitation and Health Care - 100003397

M&T Bank

| Balance As Of | Account Name | Account # | Current Ledger | Current Available | Total Credit Amount | Total Debit Amount |
|---|---|---|---|---|---|---|
| 06/29/2022 08:39:26 | CBO JERSEY | 9868937526 | 1,719,457.35 | 1,719,457.35 | 12,500.00 | 0.00 |
| 06/29/2022 08:39:26 | CBO FUNDING LLC | 9868937831 | 6,046,837.92 | 6,046,837.92 | 0.00 | 0.00 |
| 06/29/2022 08:39:26 | Granville - HUD | 9868937914 | 0.00 | 0.00 | 0.00 | 0.00 |
| 06/29/2022 12:08:56 | Granville - Operating | 9868937930 | 2,438,177.16 | 2,438,177.16 | 910.34 | 1,102.34 |
| 06/29/2022 08:39:26 | Granville - Payroll | 9868939548 | 145,816.05 | 145,816.05 | 0.00 | 0.00 |
| 06/29/2022 08:39:26 | CLR MINOA LLC | 9868939555 | 2,000.00 | 2,000.00 | 0.00 | 0.00 |
| 06/29/2022 08:39:26 | BROOKLYN GOV RECEIVABLES | 9868939688 | 979.65 | 979.65 | 979.65 | 0.00 |
| 06/29/2022 08:39:26 | New Paltz - Petty Cash | 9868939696 | 5,000.00 | 5,000.00 | 0.00 | 0.00 |
| 06/29/2022 08:39:26 | CENTERSLINK LLC | 9868939860 | 760,832.03 | 760,832.03 | 0.00 | 0.00 |
| 06/29/2022 08:39:26 | SKILLED STAFFING LLC | 9868939886 | 2,339,980.50 | 2,339,980.50 | 0.00 | 0.00 |
| 06/29/2022 08:39:26 | DELAWARE OPERATING | 9868939928 | 6,067,721.39 | 6,067,721.39 | 133,417.43 | 1,487.80 |
| 06/29/2022 08:39:26 | DELAWARE GOVERNMENT RECEIVABLES | 9868939936 | 4,152.56 | 4,152.56 | 4,152.56 | 0.00 |
| 06/29/2022 08:39:26 | Edge Plus - Operating | 9868940108 | 354,761.77 | 354,761.77 | 0.00 | 0.00 |
| 06/29/2022 08:39:26 | CENTERS FOR SPECIALTY CAR | 9868940157 | 15,824,092.70 | 15,824,092.70 | 0.00 | 100.00 |
| 06/29/2022 08:39:26 | CENTERS FOR SPECIALTY CAR | 9868940165 | 0.00 | 0.00 | 0.00 | 0.00 |
| 06/29/2022 08:39:26 | UTICA OPERATIONS ASSOCIAT | 9868940215 | 111,411.28 | 111,411.28 | 6,375.00 | 0.00 |
| 06/29/2022 15:59:06 | UTICA OPERATIONS ASSOCIAT | 9868940223 | 266,095.68 | 266,095.68 | 0.00 | 0.00 |
| 06/29/2022 08:39:26 | UTICA OPERATIONS ASSOCIAT | 9868940231 | 153,476.44 | 153,476.44 | 153,476.44 | 139,022.57 |
| 06/29/2022 08:39:26 | OTSEGO SNF OPERATIONS AS | 9868940868 | 580,708.23 | 580,708.23 | 22,720.00 | 0.00 |
| 06/29/2022 08:39:26 | OTSEGO SNF OPERATIONS AS | 9868940884 | 151,870.37 | 151,870.37 | 535.12 | 0.00 |
| 06/29/2022 12:34:19 | AIRTAC LLC | 9869101981 | 196,045.53 | 196,045.53 | 2,162.00 | 43,502.80 |
| 06/29/2022 08:39:26 | CENTRAL RESPONSE | 9870575462 | 553,447.40 | 553,447.40 | 0.00 | 0.00 |
| 06/29/2022 08:39:26 | HOPE CENTER FOR HIV AND N | 9875195118 | 71,139.14 | 71,139.14 | 0.00 | 0.00 |
| 06/29/2022 08:39:26 | MEDICAL DIRECTOR SERVICES | 9875195142 | 3,795,931.51 | 3,795,931.51 | 0.00 | 0.00 |
| 06/29/2022 08:39:26 | BURLINGTON LAND HOLDING C | 9875195225 | 999,585.64 | 999,585.64 | 97,594.92 | 0.00 |
| 06/29/2022 08:39:26 | CENTERS HEALTH CARE | 9875195407 | 2,140,608.94 | 2,140,608.94 | 0.00 | 0.00 |
| 06/29/2022 08:39:26 | CFSC DOWNSTATE LLC | 9875195456 | 314,342.02 | 314,342.02 | 0.00 | 0.00 |
| 06/29/2022 08:39:26 | CFSC UPSTATE LLC | 9875195464 | 238,552.37 | 238,552.37 | 0.00 | 0.00 |
| 06/29/2022 08:39:26 | CFSC AGENCY LLC | 9875195522 | 230,793.74 | 230,793.74 | 0.00 | 0.00 |
| 06/29/2022 08:39:26 | Fulton - HUD | 9875195605 | 0.00 | 0.00 | 0.00 | 0.00 |
| 06/29/2022 08:39:26 | UTICA AH OPERATIONS ASSOC | 9875195738 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | 172,502,160.69 | 172,502,160.69 | | |

# Current Day Deposit Accounts List View | All Accounts

**Bronx Center for Rehabilitation and Health Care - 100003397**

M&T Bank

| Balance As Of | Account Name | Account # | Current Ledger | Current Available | Total Credit Amount | Total Debit Amount |
|---|---|---|---|---|---|---|
| 06/29/2022 08:39:26 | UTICA AH OPERATIONS ASSOC | 9875195746 | 319,925.11 | 319,925.11 | 0.00 | 66.00 |
| 06/29/2022 08:39:26 | 5297 W COPANS ROAD LLC | 9875195811 | 176,914.43 | 176,914.43 | 0.00 | 0.00 |
| 06/29/2022 12:34:19 | AandB Services - Payroll | 9875195860 | 21,847.03 | 21,847.03 | 28,339.19 | 2,162.00 |
| 06/29/2022 08:39:26 | Edge Plus - Payroll | 9875195878 | 6,415.35 | 6,415.35 | 0.00 | 0.00 |
| 06/29/2022 10:14:07 | CandD Global - Payroll | 9875195894 | 21,501.41 | 21,501.41 | 5,000.00 | 0.00 |
| 06/29/2022 08:39:26 | CHC SPECIAL CHECKING | 9875736911 | 11,034.29 | 11,034.29 | 0.00 | 0.00 |
| 06/29/2022 08:39:26 | TOPEKA OPERATING | 9875737208 | 3,251,170.83 | 3,251,170.83 | 5,952.42 | 0.00 |
| 06/29/2022 08:39:26 | TOPEKA PAYROLL | 9875737216 | 23,035.14 | 23,035.14 | 0.00 | 0.00 |
| 06/29/2022 08:39:26 | WICHITA OPERATING | 9875737224 | 1,015,004.65 | 1,015,004.65 | 6,180.16 | 0.00 |
| 06/29/2022 08:39:26 | WICHITA PAYROLL | 9875737232 | 16,577.15 | 16,577.15 | 0.00 | 0.00 |
| 06/29/2022 08:39:26 | COOPERSTOWN CENTER FOR RE | 9875737240 | 1,740.32 | 1,740.32 | 1,740.32 | 0.00 |
| 06/29/2022 08:39:26 | CPHL MAP Claims | 9875737448 | 0.00 | 0.00 | 0.00 | 0.00 |
| 06/29/2022 08:39:26 | CPHL MAP Operating | 9875737455 | 13,915,738.53 | 13,915,738.53 | 0.00 | 0.00 |
| 06/29/2022 09:48:38 | CENTERS LAB - Operating | 9875737554 | 420,839.30 | 420,839.30 | 0.00 | 0.00 |
| 06/29/2022 08:39:26 | CENTERS LAB - Payroll | 9875737638 | 71,030.28 | 71,030.28 | 0.00 | 103.07 |
| 06/29/2022 08:39:26 | DELAWARE REAL PROPERTY AS | 9875737711 | 48,184.09 | 48,184.09 | 0.00 | 0.00 |
| 06/29/2022 08:39:26 | Fulton Land - Payroll | 9875737729 | 49,375.23 | 49,375.23 | 0.00 | 0.00 |
| 06/29/2022 08:39:26 | HOLLIS REAL ESTATE CO LLC | 9875737737 | 97,692.97 | 97,692.97 | 0.00 | 0.00 |
| 06/29/2022 08:39:26 | APEX LICENSED HOME CARE A | 9875737752 | 271,543.71 | 271,543.71 | 0.00 | 0.00 |
| 06/29/2022 08:39:26 | APEX LICENSED HOME CARE A | 9875737760 | 167,034.16 | 167,034.16 | 0.00 | 0.00 |
| 06/29/2022 13:13:45 | Kendl. Services - Payroll | 9875737851 | 109,080.55 | 109,080.55 | 115,021.52 | 0.00 |
| 06/29/2022 08:39:26 | CORNING OPERATING | 9875737885 | 1,297,746.99 | 1,297,746.99 | 3,181.05 | 8,873.29 |
| 06/29/2022 08:39:26 | CORNING GOVERNMENT RECEIVABLES | 9875737893 | 0.00 | 0.00 | 0.00 | 22,560.00 |
| 06/29/2022 08:39:26 | STEUBEN CENTER FOR REHAB | 9875737901 | 3,571,407.78 | 3,571,407.78 | 3,288.64 | 0.00 |
| 06/29/2022 08:39:26 | STEUBEN CENTER FOR REHAB | 9877200742 | 0.00 | 0.00 | 0.00 | 0.00 |
| 06/29/2022 13:01:01 | One70 Group - Operating | 9877200791 | 963,878.27 | 963,878.27 | 0.00 | 0.00 |
| 06/29/2022 10:13:45 | One70 Group - Payroll | 9877200809 | 6,173.55 | 6,173.55 | 5,000.00 | 125,021.52 |
| 06/29/2022 08:39:26 | Airtac - Operating | 9877200817 | 0.00 | 0.00 | 5,000.00 | 0.00 |
| 06/29/2022 10:13:51 | Airtac - Payroll | 9877200825 | 5,845.12 | 5,845.12 | 5,000.00 | 0.00 |
| 06/29/2022 08:39:26 | Core Melrose Operating | 9878552646 | 16,140.36 | 16,140.36 | 0.00 | 0.00 |
| 06/29/2022 08:39:26 | CENTREK TRANSPORTATION LL | 9878552703 | 1,855,998.73 | 1,855,998.73 | 0.00 | 0.00 |
|  |  |  | 172,502,160.69 | 172,502,160.69 |  |  |

# Current Day Deposit Accounts List View | All Accounts

Bronx Center for Rehabilitation and Health Care - 100003397

M&T Bank

| Balance As Of | Account Name | Account # | Current Ledger | Current Available | Total Credit Amount | Total Debit Amount |
|---|---|---|---|---|---|---|
| 06/29/2022 11:51:06 | MedLabs - Operating | 9878553545 | 11,873,756.00 | 11,873,756.00 | 178,991.01 | 1,055.14 |
| 06/29/2022 08:39:26 | MedLabs - Payroll | 9878553552 | 658,398.14 | 658,398.14 | 0.00 | 0.00 |
| 06/29/2022 08:39:26 | Concord Payroll | 9878553560 | 122,575.69 | 122,575.69 | 0.00 | 0.00 |
| 06/29/2022 14:35:42 | Concord Operating | 9878553610 | 16,296,347.22 | 16,296,347.22 | 9,185.00 | 1,774.07 |
| 06/29/2022 08:39:26 | HOPE CENTER REALTY OPERAT | 9878553834 | 153,058.92 | 153,058.92 | 0.00 | 0.00 |
| 06/29/2022 08:39:26 | CONCORD PETTY CASH | 9878554022 | 0.00 | 0.00 | 0.00 | 0.00 |
| 06/29/2022 08:39:26 | CENTERS BUSINESS OFFICE L | 9878554097 | 680,725.26 | 680,725.26 | 0.00 | 0.00 |
| 06/29/2022 08:39:26 | CENTERS CHILD CARE LLC | 9878554238 | 0.00 | 0.00 | 0.00 | 0.00 |
| 06/29/2022 08:39:26 | CENTERS CHILD CARE LLC | 9878554246 | 6,827.75 | 6,827.75 | 0.00 | 0.00 |
| 06/29/2022 08:39:26 | DELMAR OPERATING | 9879841527 | 2,665,778.16 | 2,665,778.16 | 70,891.55 | 0.00 |
| 06/29/2022 08:39:26 | DELMAR PAYROLL | 9879841535 | 371,045.14 | 371,045.14 | 190,000.00 | 190,000.00 |
| 06/29/2022 08:39:26 | DELMAR AH OPERATING | 9879841543 | 319,866.03 | 319,866.03 | 5,900.00 | 0.00 |
| 06/29/2022 08:39:26 | DELMAR AH PAYROLL | 9879841550 | 25,833.15 | 25,833.15 | 25,000.00 | 25,000.00 |
| 06/29/2022 14:44:14 | TABERNACLE LLC Operating | 9879841576 | 327,664.58 | 327,664.58 | 28,917.21 | 0.00 |
| 06/29/2022 08:39:26 | CenTrek Payroll | 9879842145 | 3,092.48 | 3,092.48 | 897.89 | 27,522.60 |
| 06/29/2022 08:39:26 | Call Systems Center Operating | 9879842152 | 81,119.59 | 81,119.59 | 0.00 | 0.00 |
| 06/29/2022 08:39:26 | Call Systems Center Payroll | 9879842160 | 7,822.61 | 7,822.61 | 72.18 | 0.00 |
| 06/29/2022 08:39:26 | TABERNACLE LLC Payroll | 9879842426 | 0.00 | 0.00 | 0.00 | 0.00 |
| 06/29/2022 10:41:40 | AIRTAC MECHANICAL SERVICE | 9879843424 | 83,114.18 | 83,114.18 | 0.00 | 1,273.39 |
| 06/29/2022 08:39:26 | CENTERS MSO LLC | 9882514921 | 22,541.83 | 22,541.83 | 0.00 | 0.00 |
| 06/29/2022 08:39:26 | CENTERS MSO | 9882514939 | 219,262.86 | 219,262.86 | 0.00 | 0.00 |
| 06/29/2022 08:39:26 | WESTGATE OPERATIONS ASSOC - Operati | 9882514962 | 1,430,050.26 | 1,430,050.26 | 1,032.58 | 927.80 |
| 06/29/2022 08:39:26 | WESTGATE OPERATIONS ASSOC - Payroll | 9882514970 | 453,332.81 | 453,332.81 | 0.00 | 0.00 |
| 06/29/2022 08:39:26 | WESTGATE REALTY ASSOCIATE | 9882515241 | 1,897,306.92 | 1,897,306.92 | 0.00 | 0.00 |
| 06/29/2022 08:39:26 | 6300 OFFICE CENTER LLC | 9882515324 | 79,023.00 | 79,023.00 | 0.00 | 0.00 |
| 06/29/2022 08:39:26 | UTICA AH OPERATIONS ASSOC | 9882515423 | 212,057.71 | 212,057.71 | 0.00 | 31,292.42 |
| 06/29/2022 08:39:26 | MedLabs - Cash Reserve | 9882515639 | 0.00 | 0.00 | 0.00 | 0.00 |
| 06/29/2022 08:39:26 | GOLDENCARE - Payroll | 9882516132 | 0.00 | 0.00 | 0.00 | 0.00 |
| 06/29/2022 08:39:26 | GOLDENCARE - Deposit | 9882516140 | 2,259.00 | 2,259.00 | 2,259.00 | 0.00 |
| 06/29/2022 08:39:26 | GOLDENCARE - Operating | 9882516157 | 316,059.65 | 316,059.65 | 0.00 | 0.00 |
| 06/29/2022 08:39:26 | DOJ PARKING ASSOCIATES LL | 9886216531 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | 172,502,160.69 | 172,502,160.69 | | |

# Current Day Deposit Accounts List View | All Accounts

## Bronx Center for Rehabilitation and Health Care - 100003397

**M&T Bank**

| Balance As Of | Account Name | Account # | Current Ledger | Current Available | Total Credit Amount | Total Debit Amount |
|---|---|---|---|---|---|---|
| 06/29/2022 08:39:26 | CENTERS BUSINESS OFFICE L | 9886216820 | 54,229.67 | 54,229.67 | 4,708.34 | 0.00 |
| | | | 172,502,160.69 | 172,502,160.69 | | |

 **POPULAR.**  Business Online Banking

## Balances - Deposit Accounts

| | |
|---|---|
| Report created: | 06/29/2022 04:30:37 PM (ET) |
| Accounts: | All accounts |
| Date range: | 6/29/2022 |
| Account sort: | Account number |
| Summary information: | All information |



**026008811 • *0558 • Checking • JOSEF SCHENKER, M.D., P.C. Bronx Urgent • Available $0.00**

| As of Date | Accessible Balance | Current Balance | Available Balance |
|---|---|---|---|
| 06/29/2022 04:30 PM (ET) | $0.00 | $0.00 | $0.00 |

**026008811 • *0626 • Checking • JOSEF SCHENKER, M.D., P.C. Harlem Urgent • Available $0.00**

| As of Date | Accessible Balance | Current Balance | Available Balance |
|---|---|---|---|
| 06/29/2022 04:30 PM (ET) | $0.00 | $0.00 | $0.00 |

**026008811 • *0686 • Checking • JOSEF SCHENKER, M.D., P.C. Elton Urgent • Available $0.00**

| As of Date | Accessible Balance | Current Balance | Available Balance |
|---|---|---|---|
| 06/29/2022 04:30 PM (ET) | $0.00 | $0.00 | $0.00 |

**026008811 • *1028 • Checking • Williamsbridge Manor PR NEW 21 • Available $136,569.47**

| As of Date | Accessible Balance | Current Balance | Available Balance |
|---|---|---|---|
| 06/29/2022 04:30 PM (ET) | $136,569.47 | $136,569.47 | $136,569.47 |

**026008811 • *1317 • Checking • Boro Park Land Payroll • Available $409,299.13**

| As of Date | Accessible Balance | Current Balance | Available Balance |
|---|---|---|---|
| 06/29/2022 04:30 PM (ET) | $409,299.13 (circled) | $409,299.13 | $409,299.13 |

**026008811 • *1341 • Checking • Dynamic Health Care • Available $17,469.89**

| As of Date | Accessible Balance | Current Balance | Available Balance |
|---|---|---|---|
| 06/29/2022 04:30 PM (ET) | $17,469.89 | $17,469.89 | $17,469.89 |

**026008811 • *3585 • Checking • Onondaga (Minoa) Payroll • Available $34,193.48**

| As of Date | Accessible Balance | Current Balance | Available Balance |
|---|---|---|---|
| 06/29/2022 04:30 PM (ET) | $34,193.48 | $34,193.48 | $34,193.48 |

**026008811 • *3593 • Checking • Glens Falls Payroll • Available $283,098.01**

| As of Date | Accessible Balance | Current Balance | Available Balance |
|---|---|---|---|
| 06/29/2022 04:30 PM (ET) | $283,098.01 | $283,098.01 | $283,098.01 |

**026008811 • *3649 • Checking • Clinton Square Operating • Available $1,000,294.39**

| As of Date | Accessible Balance | Current Balance | Available Balance |
|---|---|---|---|
| 06/29/2022 04:30 PM (ET) | $1,000,294.39 | $1,000,294.39 | $1,000,294.39 |

**026008811 • *3684 • Checking • Slate Valley Payroll • Available $238,087.97**

| As of Date | Accessible Balance | Current Balance | Available Balance |
|---|---|---|---|
| 06/29/2022 04:30 PM (ET) | $238,087.97 | $238,087.97 | $238,087.97 |

**026008811 • *3692 • Checking • Troy Payroll • Available $301,888.68**

| As of Date | Accessible Balance | Current Balance | Available Balance |
|---|---|---|---|

06/29/2022
04:30 PM (ET)                                                    $301,888.68

### 026008811 • *3709 • Checking • Schenectady Payroll • Available $110,762.45

| As of Date | Accessible Balance | Current Balance | Available Balance |
|---|---|---|---|
| 06/29/2022 04:30 PM (ET) | $110,762.45 | $110,762.45 | $110,762.45 |

### 026008811 • *3721 • Checking • Clinton Square Payroll • Available $0.00

| As of Date | Accessible Balance | Current Balance | Available Balance |
|---|---|---|---|
| 06/29/2022 04:30 PM (ET) | $0.00 | $0.00 | $0.00 |

### 026008811 • *3726 • Checking • DOJ Land

No data to display

### 026008811 • *3727 • Checking • Triboro Operating • Available $8,496,800.06

| As of Date | Accessible Balance | Current Balance | Available Balance |
|---|---|---|---|
| 06/29/2022 04:30 PM (ET) | $8,496,800.06 | $8,496,800.06 | $8,496,800.06 |

### 026008811 • *3735 • Checking • DOJ LAND ASSOCIATES • Available $306,347.89

| As of Date | Accessible Balance | Current Balance | Available Balance |
|---|---|---|---|
| 06/29/2022 04:30 PM (ET) | ⟨$306,347.89⟩ | $306,347.89 | $306,347.89 |

### 026008811 • *3743 • Checking • DOJ ALP Operations Associates LLC • Available $1,725,229.24

| As of Date | Accessible Balance | Current Balance | Available Balance |
|---|---|---|---|
| 06/29/2022 04:30 PM (ET) | $1,725,229.24 | $1,725,229.24 | $1,725,229.24 |

### 026008811 • *3759 • Checking • New Paltz Payroll • Available $270,595.03

| As of Date | Accessible Balance | Current Balance | Available Balance |
|---|---|---|---|
| 06/29/2022 04:30 PM (ET) | $270,595.03 | $270,595.03 | $270,595.03 |

### 026008811 • *3767 • Checking • Carthage Payroll • Available $26,352.95

| As of Date | Accessible Balance | Current Balance | Available Balance |
|---|---|---|---|
| 06/29/2022 04:30 PM (ET) | $26,352.95 | $26,352.95 | $26,352.95 |

### 026008811 • *3815 • Checking • Clinton Square Gov't Rcv • Available $0.00

| As of Date | Accessible Balance | Current Balance | Available Balance |
|---|---|---|---|
| 06/29/2022 04:30 PM (ET) | $1,000,294.39 | $0.00 | $0.00 |

### 026008811 • *3825 • Checking • DOJ Operations Associates LLC • Available $670,332.60

| As of Date | Accessible Balance | Current Balance | Available Balance |
|---|---|---|---|
| 06/29/2022 04:30 PM (ET) | $9,167,132.68 | $670,332.60 | $670,332.60 |

### 026008811 • *3872 • Checking • Clinton Square Non-Gov't Rcv • Available $0.00

| As of Date | Accessible Balance | Current Balance | Available Balance |
|---|---|---|---|
| 06/29/2022 04:30 PM (ET) | $1,000,294.39 | $0.00 | $0.00 |

### 026008811 • *4436 • Checking • Schenectady Gov. ZBA • Available $3,203.14

| As of Date | Accessible Balance | Current Balance | Available Balance |
|---|---|---|---|
| 06/29/2022 04:30 PM (ET) | $2,109,131.82 | $3,203.14 | $3,203.14 |

### 026008811 • *4444 • Checking • Schenectady Operating • Available $2,105,928.68

| As of Date | Accessible Balance | Current Balance | Available Balance |
|---|---|---|---|
| 06/29/2022 04:30 PM (ET) | $2,105,928.68 | $2,109,904.68 | $2,105,928.68 |

**026008811 • *4591 • Checking • Glens Falls Operating • Available $383,806.35**

| As of Date | Accessible Balance | Current Balance | Available Balance |
|---|---|---|---|
| 06/29/2022 04:30 PM (ET) | $383,806.35 | $384,905.35 | $383,806.35 |

**026008811 • *4519 • Checking • Troy Operating • Available $519,832.37**

| As of Date | Accessible Balance | Current Balance | Available Balance |
|---|---|---|---|
| 06/29/2022 04:30 PM (ET) | $519,832.37 | $526,747.37 | $519,832.37 |

**026008811 • *4527 • Checking • Carthage Operating • Available $765,172.55**

| As of Date | Accessible Balance | Current Balance | Available Balance |
|---|---|---|---|
| 06/29/2022 04:30 PM (ET) | $765,172.55 | $859,210.55 | $765,172.55 |

**026008811 • *4535 • Checking • New Paltz Operating • Available $1,140,272.85**

| As of Date | Accessible Balance | Current Balance | Available Balance |
|---|---|---|---|
| 06/29/2022 04:30 PM (ET) | $1,140,272.85 | $1,152,586.85 | $1,140,272.85 |

**026008811 • *4543 • Checking • Onondaga (Minoa) - Operating • Available $389,872.30**

| As of Date | Accessible Balance | Current Balance | Available Balance |
|---|---|---|---|
| 06/29/2022 04:30 PM (ET) | $389,872.30 | $389,872.30 | $389,872.30 |

**026008811 • *4550 • Checking • Slate Valley Operating • Available $202,325.40**

| As of Date | Accessible Balance | Current Balance | Available Balance |
|---|---|---|---|
| 06/29/2022 04:30 PM (ET) | $202,325.40 | $206,716.40 | $202,325.40 |

**026008811 • *4667 • Checking • CLR Carthage LLC • Available $16,853.62**

| As of Date | Accessible Balance | Current Balance | Available Balance |
|---|---|---|---|
| 06/29/2022 04:30 PM (ET) | $782,028.17 | $16,853.62 | $16,853.62 |

**026008811 • *4675 • Checking • Glens Falls Gov. ZBA • Available $0.00**

| As of Date | Accessible Balance | Current Balance | Available Balance |
|---|---|---|---|
| 06/29/2022 04:30 PM (ET) | $383,806.35 | $0.00 | $0.00 |

**026008811 • *4683 • Checking • CLR Minoa LLC • Available $0.00**

| As of Date | Accessible Balance | Current Balance | Available Balance |
|---|---|---|---|
| 06/29/2022 04:30 PM (ET) | $389,872.30 | $0.00 | $0.00 |

**026008811 • *4691 • Checking • New Paltz Gov. ZBA • Available $0.00**

| As of Date | Accessible Balance | Current Balance | Available Balance |
|---|---|---|---|
| 06/29/2022 04:30 PM (ET) | $1,140,272.85 | $0.00 | $0.00 |

**026008811 • *4709 • Checking • Troy Gov. ZBA • Available $12,164.77**

| As of Date | Accessible Balance | Current Balance | Available Balance |
|---|---|---|---|
| 06/29/2022 04:30 PM (ET) | $531,997.14 | $12,164.77 | $12,164.77 |

**026008811 • *4717 • Checking • Slate Valley Gov. ZBA • Available $21,801.58**

| As of Date | Accessible Balance | Current Balance | Available Balance |
|---|---|---|---|
| 06/29/2022 04:30 PM (ET) | $224,126.98 | $21,801.58 | $21,801.58 |

**026008811 • *5031 • Checking • SV LAND THREE LLC • Available $40,347.83**

| As of Date | Accessible Balance | Current Balance | Available Balance |
|---|---|---|---|
| 06/29/2022 04:30 PM (ET) | $40,347.83 | $40,347.83 | $40,347.83 |

### 026008811 • *5049 • Checking • SV OPERATING THREE • Available $5,591,527.44

| As of Date | Accessible Balance | Current Balance | Available Balance |
|---|---|---|---|
| 06/29/2022 04:30 PM (ET) | $5,591,527.44 | $5,591,527.44 | $5,591,527.44 |

### 026008811 • *5066 • Checking • SV LAND 1 LLC PAYROLL • Available $111,491.24

| As of Date | Accessible Balance | Current Balance | Available Balance |
|---|---|---|---|
| 06/29/2022 04:30 PM (ET) | $111,491.24 | $111,491.24 | $111,491.24 |

### 026008811 • *5064 • Checking • SV LAND I LLC OPERATING • Available $717,768.09

| As of Date | Accessible Balance | Current Balance | Available Balance |
|---|---|---|---|
| 06/29/2022 04:30 PM (ET) | $717,768.09 | $717,768.09 | $717,768.09 |

### 026008811 • *5106 • Checking • SV OPERATING THREE GOVT ACCOUNT • Available $0.00

| As of Date | Accessible Balance | Current Balance | Available Balance |
|---|---|---|---|
| 06/29/2022 04:30 PM (ET) | $5,591,527.44 | $0.00 | $0.00 |

### 026008811 • *6604 • Checking • Bath Center ALP, LLC • Available $8,461.38

| As of Date | Accessible Balance | Current Balance | Available Balance |
|---|---|---|---|
| 06/29/2022 04:30 PM (ET) | $8,461.38 | $8,461.38 | $8,461.38 |

### 026008811 • *6990 • Checking • Steuben Land Associates, LLC

No data to display

### 026008811 • *7006 • Checking • Bath Center ALP, LLC • Available $43,700.49

| As of Date | Accessible Balance | Current Balance | Available Balance |
|---|---|---|---|
| 06/29/2022 04:30 PM (ET) | $43,700.49 | $43,700.49 | $43,700.49 |

### 026008811 • *7014 • Checking • Bath Center ALP, LLC • Available $0.00

| As of Date | Accessible Balance | Current Balance | Available Balance |
|---|---|---|---|
| 06/29/2022 04:30 PM (ET) | $0.00 | $0.00 | $0.00 |

### 026008811 • *7360 • Checking • DOJ Operations Associates LLC • Available $20,000.00

| As of Date | Accessible Balance | Current Balance | Available Balance |
|---|---|---|---|
| 06/29/2022 04:30 PM (ET) | $20,000.00 | $20,000.00 | $20,000.00 |

### 026008811 • *7477 • Checking • INTERGEN HEALTH LLC • Available $387,050.00

| As of Date | Accessible Balance | Current Balance | Available Balance |
|---|---|---|---|
| 06/29/2022 04:30 PM (ET) | $387,050.00 | $387,050.00 | $387,050.00 |

### 026008811 • *7493 • Checking • SENIORCARE EMERGENCY MEDICAL SERVICES, I • Available $502,410.00

| As of Date | Accessible Balance | Current Balance | Available Balance |
|---|---|---|---|
| 06/29/2022 04:30 PM (ET) | $502,410.00 | $502,410.00 | $502,410.00 |

### 026008811 • *7501 • Checking • CREOH USA, LLC • Available $58,370.90

| As of Date | Accessible Balance | Current Balance | Available Balance |
|---|---|---|---|
| 06/29/2022 04:30 PM (ET) | $58,370.90 | $58,370.90 | $58,370.90 |

### 026008811 • *7519 • Checking • Valmar Surgical Supplies Operating • Available $118,617.49

| As of Date | Accessible Balance | Current Balance | Available Balance |
|---|---|---|---|
| 06/29/2022 04:30 PM (ET) | $118,617.49 | $118,617.49 | $118,617.49 |

### 026008811 • *7540 • Checking • Ontario Operations Associates LLC • Available $0.00

| As of Date | Accessible Balance | Current Balance | Available Balance |
|---|---|---|---|

## 026008811 • *7557 • Checking • Seniorride Transportation LLC • Available $20,680.00

| As of Date | Accessible Balance | Current Balance | Available Balance |
|---|---|---|---|
| 06/29/2022 04:30 PM (ET) | $20,680.00 | $20,680.00 | $20,680.00 |

## 026008811 • *7565 • Checking • JOSEF SCHENKER, M.D., P.C - Operating • Available $3,848,094.25

| As of Date | Accessible Balance | Current Balance | Available Balance |
|---|---|---|---|
| 06/29/2022 04:30 PM (ET) | $3,848,094.25 | $3,848,094.25 | $3,848,094.25 |

## 026008811 • *7599 • Checking • Val-Mar Surgical Supplies, Inc • Available $0.00

| As of Date | Accessible Balance | Current Balance | Available Balance |
|---|---|---|---|
| 06/29/2022 04:30 PM (ET) | $0.00 | $0.00 | $0.00 |

## 026008811 • *7722 • Checking • Supplyline Medical Operating • Available $569,593.57

| As of Date | Accessible Balance | Current Balance | Available Balance |
|---|---|---|---|
| 06/29/2022 04:30 PM (ET) | $569,593.57 | $569,593.57 | $569,593.57 |

## 026008811 • *7723 • Checking • Capital Real Estate 6, LLC • Available $44,238.76

| As of Date | Accessible Balance | Current Balance | Available Balance |
|---|---|---|---|
| 06/29/2022 04:30 PM (ET) | $44,238.76 | $44,238.76 | $44,238.76 |

## 026008811 • *7748 • Checking • Valmar Insurance • Available $29,103.38

| As of Date | Accessible Balance | Current Balance | Available Balance |
|---|---|---|---|
| 06/29/2022 04:30 PM (ET) | $29,103.38 | $29,103.38 | $29,103.38 |

## 026008811 • *7749 • Checking • Schenectady SNF Realty LLC • Available $113,062.51

| As of Date | Accessible Balance | Current Balance | Available Balance |
|---|---|---|---|
| 06/29/2022 04:30 PM (ET) | $113,062.51 | $113,062.51 | $113,062.51 |

## 026008811 • *7755 • Checking • INTERGEN HEALTH LLC • Available $0.00

| As of Date | Accessible Balance | Current Balance | Available Balance |
|---|---|---|---|
| 06/29/2022 04:30 PM (ET) | $0.00 | $0.00 | $0.00 |

## 026008811 • *7763 • Checking • INTERGEN HEALTH LLC • Available $0.00

| As of Date | Accessible Balance | Current Balance | Available Balance |
|---|---|---|---|
| 06/29/2022 04:30 PM (ET) | $0.00 | $0.00 | $0.00 |

## 026008811 • *7771 • Checking • INTERGEN HEALTH LLC • Available $0.00

| As of Date | Accessible Balance | Current Balance | Available Balance |
|---|---|---|---|
| 06/29/2022 04:30 PM (ET) | $0.00 | $0.00 | $0.00 |

## 026008811 • *7789 • Checking • Supplyline Customer Deposit • Available $47,167.02

| As of Date | Accessible Balance | Current Balance | Available Balance |
|---|---|---|---|
| 06/29/2022 04:30 PM (ET) | $47,167.02 | $47,167.02 | $47,167.02 |

## 026008811 • *7797 • Checking • Global Holdings 70, LLC • Available $74,571.13

| As of Date | Accessible Balance | Current Balance | Available Balance |
|---|---|---|---|
| 06/29/2022 04:30 PM (ET) | $74,571.13 | $74,571.13 | $74,571.13 |

## 026008811 • *7805 • Checking • Northern Metropolitan Inc. • Available $2,905,888.55

| As of Date | Accessible Balance | Current Balance | Available Balance |
|---|---|---|---|

**026008811 • *7813 • Checking • Northern Manor Mutlicare Center In • Available $5,274,990.00**

| As of Date | Accessible Balance | Current Balance | Available Balance |
|---|---|---|---|
| 06/29/2022 04:30 PM (ET) | $5,274,990.00 | $5,274,990.00 | $5,274,990.00 |

**026008811 • *7821 • Checking • Northern Riverview Health Care Center, I • Available $3,835,290.00**

| As of Date | Accessible Balance | Current Balance | Available Balance |
|---|---|---|---|
| 06/29/2022 04:30 PM (ET) | $3,835,290.00 | $3,835,290.00 | $3,835,290.00 |

**026008811 • *8027 • Checking • Assisted Living at Northern Riverview, I • Available $626,080.00**

| As of Date | Accessible Balance | Current Balance | Available Balance |
|---|---|---|---|
| 06/29/2022 04:30 PM (ET) | $626,080.00 | $626,080.00 | $626,080.00 |

**026008811 • *8035 • Checking • Fountainview at College Road, Inc. • Available $215,480.00**

| As of Date | Accessible Balance | Current Balance | Available Balance |
|---|---|---|---|
| 06/29/2022 04:30 PM (ET) | $215,480.00 | $215,480.00 | $215,480.00 |

**026008811 • *8043 • Checking • Northern Metropolitan Foundation for He • Available $74,770.00**

| As of Date | Accessible Balance | Current Balance | Available Balance |
|---|---|---|---|
| 06/29/2022 04:30 PM (ET) | $74,770.00 | $74,770.00 | $74,770.00 |

**026008811 • *8050 • Checking • Centers For Care Health Plan • Available $45,025,625.63**

| As of Date | Accessible Balance | Current Balance | Available Balance |
|---|---|---|---|
| 06/29/2022 04:30 PM (ET) | $45,025,625.63 | $45,025,625.63 | $45,025,625.63 |

**026008811 • *8076 • Checking • Care Partners Medical Management, LLC Op • Available $941,564.31**

| As of Date | Accessible Balance | Current Balance | Available Balance |
|---|---|---|---|
| 06/29/2022 04:30 PM (ET) | $941,564.31 | $941,564.31 | $941,564.31 |

**026008811 • *8084 • Checking • Josef Schenker MD PC Deposit ZBA • Available $78,296.17**

| As of Date | Accessible Balance | Current Balance | Available Balance |
|---|---|---|---|
| 06/29/2022 04:30 PM (ET) | $3,926,390.42 | $78,296.17 | $78,296.17 |

**026008811 • *8092 • Checking • Josef Schenker MD PC Payroll • Available $32,300.76**

| As of Date | Accessible Balance | Current Balance | Available Balance |
|---|---|---|---|
| 06/29/2022 04:30 PM (ET) | $32,300.76 | $32,300.76 | $32,300.76 |

**026008811 • *8142 • Checking • Care Partners Cash Reserve • Available $5,500,000.00**

| As of Date | Accessible Balance | Current Balance | Available Balance |
|---|---|---|---|
| 06/29/2022 04:30 PM (ET) | $5,500,000.00 | $5,500,000.00 | $5,500,000.00 |

**026008811 • *8159 • Checking • Boro Park Land Co., LLC • Available $1,486,294.70**

| As of Date | Accessible Balance | Current Balance | Available Balance |
|---|---|---|---|
| 06/29/2022 04:30 PM (ET) | $1,486,294.70 | $1,486,294.70 | $1,486,294.70 |

**026008811 • *8167 • Checking • Boro Park Operating • Available $14,016,588.34**

| As of Date | Accessible Balance | Current Balance | Available Balance |
|---|---|---|---|
| 06/29/2022 04:30 PM (ET) | $14,016,588.34 | $14,016,588.34 | $14,016,588.34 |

**026008811 • *8175 • Checking • Boro Park Government • Available $30,232.25**

| As of Date | Accessible Balance | Current Balance | Available Balance |
|---|---|---|---|

**026008811 • *8183 • Checking • Boro Park - PR NEW 21 • Available $598,028.81**

| As of Date | Accessible Balance | Current Balance | Available Balance |
|---|---|---|---|
| 06/29/2022 04:30 PM (ET) | $598,028.81 | $598,028.81 | $598,028.81 |

**026008811 • *8191 • Checking • Bronx Center PR NEW 21 • Available $499,736.18**

| As of Date | Accessible Balance | Current Balance | Available Balance |
|---|---|---|---|
| 06/29/2022 04:30 PM (ET) | $499,736.18 | $499,736.18 | $499,736.18 |

**026008811 • *8209 • Checking • Triboro PR New 21 • Available $252,874.94**

| As of Date | Accessible Balance | Current Balance | Available Balance |
|---|---|---|---|
| 06/29/2022 04:30 PM (ET) | $252,874.94 | $252,874.94 | $252,874.94 |

**026008811 • *8217 • Checking • Holliswood PR NEW 21 • Available $591,745.09**

| As of Date | Accessible Balance | Current Balance | Available Balance |
|---|---|---|---|
| 06/29/2022 04:30 PM (ET) | $591,745.09 | $591,745.09 | $591,745.09 |

**026008811 • *8225 • Checking • Prospect Park Brooklyn PR NEW 21 • Available $87,000.68**

| As of Date | Accessible Balance | Current Balance | Available Balance |
|---|---|---|---|
| 06/29/2022 04:30 PM (ET) | $87,000.68 | $87,000.68 | $87,000.68 |

**026008811 • *8233 • Checking • Far Rockaway PR NEW 21 • Available $45,578.41**

| As of Date | Accessible Balance | Current Balance | Available Balance |
|---|---|---|---|
| 06/29/2022 04:30 PM (ET) | $45,578.41 | $45,578.41 | $45,578.41 |

**026008811 • *8241 • Checking • Richmond PR NEW 21 • Available $443,531.61**

| As of Date | Accessible Balance | Current Balance | Available Balance |
|---|---|---|---|
| 06/29/2022 04:30 PM (ET) | $443,531.61 | $443,531.61 | $443,531.61 |

**026008811 • *8258 • Checking • University Nursing Home PR NEW 21 • Available $129,977.16**

| As of Date | Accessible Balance | Current Balance | Available Balance |
|---|---|---|---|
| 06/29/2022 04:30 PM (ET) | $129,977.16 | $129,977.16 | $129,977.16 |

**026008811 • *8266 • Checking • Bushwick PR NEW 21 • Available $555,738.71**

| As of Date | Accessible Balance | Current Balance | Available Balance |
|---|---|---|---|
| 06/29/2022 04:30 PM (ET) | $555,738.71 | $555,738.71 | $555,738.71 |

**026008811 • *8380 • Checking • Creoh DBA Definity Marketing • Available $15,340.00**

| As of Date | Accessible Balance | Current Balance | Available Balance |
|---|---|---|---|
| 06/29/2022 04:30 PM (ET) | $15,340.00 | $15,340.00 | $15,340.00 |