# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0208−7 | User: admin | Date Created: 7/1/2022 |
| Case: 20−23280−shl | Form ID: 144 | Total: 47 |

**Recipients of Notice of Electronic Filing:**
ust     United States Trustee     USTPRegion02.NYECF@USDOJ.GOV
aty     Andrea Beth Schwartz     andrea.b.schwartz@usdoj.gov
aty     Fred B. Ringel     fringel@leechtishman.com
aty     Lori A. Schwartz     lschwartz@leechtishman.com

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db              85 Flatbush RHO Mezz LLC        c/o GC REALTY ADVISORS, LLC        3284 N 29th Court        Hollywood, FL 33020
smg             United States Attorney's Office        Southern District of New York        Attention: Tax & Bankruptcy Unit        86 Chambers Street, Third Floor        New York, NY 10007
smg             Westchester County Sheriff's Dept.        Room L 217        110 Dr. Martin Luther King Blvd.        White Plains, NY 10601−2519
smg             N.Y. State Dept. Of Taxation And Finance        Bankruptcy/Special Procedures Section        P.O. Box 5300        Albany, NY 12205−0300
smg             New York City Department of Finance        Office of Legal Affairs        375 Pearl Street, 30th Floor        New York, NY 10038
smg             Parking Violations Bureau        210 Joralemon Avenue        Brooklyn, NY 11201
smg             Internal Revenue Service        PO Box 7346        Philadelphia, PA 19101−7346
smg             N.Y. State Unemployment Insurance Fund        P.O. Box 551        Albany, NY 12201−0551
smg             New York State Tax Commission        Bankruptcy/Special Procedures Section        P.O. Box 5300        Albany, NY 12205−0300
smg             United States Attorney's Office        Southern District of New York        Attention: Tax & Bankruptcy Unit        86 Chambers Street, Third Floor        New York, NY 10007
7797432         85 FLATBUSH AVENUE 1 LLC        520 MADISON AVENUE        SUITE 3501        NEW YORK, NY 10022
7797433         85 FLATBUSH RHO HOTEL LLC        C/O GC REALTY ADVISORS        3284 N 29TH COURT        HOLLYWOOD, FL 33020
7797294         85 Flatbush Avenue 1 LLC        c/o Kriss & Feuerstein LLP        360 Lexington Avenue, Suite 1200        New York, New York 10017
7830496         85 Flatbush Mezz LLC        560 Mission Street, Suite 3100        San Francisco, CA 94105        1−415−544−1013
7797434         CON EDISON        P.O. BOX 1701        NEW YORK, NY 10116
7799840         CONSOLIDATED EDISON COMPANY OF NEW YORK, INC        BANKRUPTCY GROUP        4 IRVING PLACE 18TH FL        NEW YORK, NY 10003
7797435         CORP. COUNSEL FOR NYC        100 CHURCH STREET        NEW YORK, NY 10007
7834263         Corporation Service Company        251 Little Falls Drive        Wilmington, DE 19808
7834984         EEMD Inc.        9 Waccabuc River Lane        South Salem, NY 10590
7953373         Fair Harbor Capital, LLC        Ansonia Finance Station        PO Box 237037        New York, NY 10023
7834985         Green & White Boutique Linen        410 Garibaldi Avenue        Lodi, NJ 07644
7953395         Hardvard Stars Inc        38 West 32nd St 1605        New York, NY 10001
7953396         House of Kooser        416 Kent Ave, 1405        Brooklynn, NY 11249
7953397         ID Cleaners & Carpeting        167 Madison Ave        New York, NY 10016
7797436         INTERNAL REVENUE SERVICE        PO BOX 7346        PHILADELPHIA, PA 19101−7346
7797909         Jerry A. Montag, Esq.        SEYFARTH SHAW LLP        620 Eighth Avenue        New York, NY 10018        (212) 218−5500        jmontag@seyfarth.com
7825129         John Mini Distinctive Landscapes        250 Brenner Drive        Congers, NY 10920
7797437         KRISS & FEUERSTEIN        360 LEXINGTON AVENUE        SUITE 1200        NEW YORK, NY 10017
7797438         LIPA RUBIN        860 BEDFORD AVENUE        BROOKLYN, NY 11205
7858675         Manhattan Beer Distributors, LLC        955 East 149th Street        Bronx, NY 10445
7834574         Mariel A. Colon Miro        60 Duffield Street        Apt. 8A        Brooklyn, NY 11201
7797439         NATIONAL GRID        P.O. BOX 11741        NEWARK, NJ 07101
7797440         NY STATE DEPT. OF FINANCE        ATTN: BANKRUPTCY SPECIAL        PO BOX 5300        ALBANY, NY 12205
7797441         NYC DEPT. OF FINANCE        345 ADAMS STREET, 3RD FL.        ATTN: LEGAL AFFAIRS        BROOKLYN, NY 11201
7870193         NYC Department of Finance        Legal Affairs        Collection Unit−Real Property Taxes        375 Pearl Street, 30th Fl.        New York, New York 10038
7818457         National Grid        300 Erie Boulevard West        Syracuse, NY 13202
7849467         New York City Dept of Finance        Office of Legal Affairs Collection Unit Rpt Taxes        Office of Legal Affairs−Collection Unit        375 Pearl Street, 30th Floor        New York, NY 10038
7797442         OFFICE OF THE ATTY GEN        28 LIBERTY ST.        NEW YORK, NY 10005
7849840         Office of Administrative Trials and Hearing/ ECB        OATH 100 Church Street 12th Floor        New York, 10007
7836277         Oracle America, Inc.        c/o Shawn M. Christianson, Esq.        425 Market St., Suite 2900        San Francisco, CA 94105

| | | | | | |
|---|---|---|---|---|---|
| 7906633 | Sarah M. Schrag | Dentons US LLP | 1221 Avenue of the Americas | 25th Floor | New York, New York 10020–1089 |
| 7953398 | T–Y Group LLC | PO Box 538033 | Atlanta, GA 30353 | | |
| 7797443 | US ATTY OFFICE –SDNY | 86 CHAMBERS STREET | ATTN: TAX AND BANKRUPTCY | NEW YORK, NY 10007 | |

TOTAL: 43