**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**300 Quarropas Street**
**White Plains, NY 10601**

---

| | |
|---|---|
| IN RE: 85 Flatbush RHO Mezz LLC | CASE NO.: 20−23280−shl |
| Social Security/Taxpayer ID/Employer ID/Other Nos.: 84−2696184 | CHAPTER: 11 |

---

## NOTICE OF CASE REASSIGNMENT

The above referenced case was reassigned to Judge Sean H. Lane on July 1, 2022 for administration. Please style all future captions with the appropriate judicial suffix (shl ).

Dated: July 1, 2022

Vito Genna
Clerk of the Court

United States Bankruptcy Court
Southern District of New York

In re:                                                                 Case No. 20-23280-shl
85 Flatbush RHO Mezz LLC                                               Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0208-7                        User: admin                        Page 1 of 4
Date Rcvd: Jul 01, 2022               Form ID: 144                 Total Noticed: 40

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 03, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | 85 Flatbush RHO Mezz LLC, c/o GC REALTY ADVISORS, LLC, 3284 N 29th Court, Hollywood, FL 33020-1320 |
| 7797432 | + | 85 FLATBUSH AVENUE 1 LLC, 520 MADISON AVENUE, SUITE 3501, NEW YORK, NY 10022-4434 |
| 7797433 | + | 85 FLATBUSH RHO HOTEL LLC, C/O GC REALTY ADVISORS, 3284 N 29TH COURT, HOLLYWOOD, FL 33020-1320 |
| 7797294 | + | 85 Flatbush Avenue 1 LLC, c/o Kriss & Feuerstein LLP, 360 Lexington Avenue, Suite 1200, New York, New York 10017-6502 |
| 7830496 | + | 85 Flatbush Mezz LLC, 560 Mission Street, Suite 3100, San Francisco, CA 94105, 1 94105-2992 |
| 7797434 | + | CON EDISON, P.O. BOX 1701, NEW YORK, NY 10116-1701 |
| 7799840 | + | CONSOLIDATED EDISON COMPANY OF NEW YORK, INC, BANKRUPTCY GROUP, 4 IRVING PLACE 18TH FL, NEW YORK, NY 10003-3502 |
| 7797435 | + | CORP. COUNSEL FOR NYC, 100 CHURCH STREET, NEW YORK, NY 10007-2668 |
| 7834263 | + | Corporation Service Company, 251 Little Falls Drive, Wilmington, DE 19808-1674 |
| 7834984 | + | EEMD Inc., 9 Waccabuc River Lane, South Salem, NY 10590-1117 |
| 7953373 | + | Fair Harbor Capital, LLC, Ansonia Finance Station, PO Box 237037, New York, NY 10023-0028 |
| 7834985 | + | Green & White Boutique Linen, 410 Garibaldi Avenue, Lodi, NJ 07644-3763 |
| 7953396 | + | House of Kooser, 416 Kent Ave, 1405, Brooklynn, NY 11249-6216 |
| 7953397 | + | ID Cleaners & Carpeting, 167 Madison Ave, New York, NY 10016-5430 |
| 7797909 | + | Jerry A. Montag, Esq., SEYFARTH SHAW LLP, 620 Eighth Avenue, New York, NY 10018, (212) 218-5500 jmontag@seyfarth.com 10018-1618 |
| 7825129 | + | John Mini Distinctive Landscapes, 250 Brenner Drive, Congers, NY 10920-1304 |
| 7797437 | + | KRISS & FEUERSTEIN, 360 LEXINGTON AVENUE, SUITE 1200, NEW YORK, NY 10017-6555 |
| 7797438 | + | LIPA RUBIN, 860 BEDFORD AVENUE, BROOKLYN, NY 11205-2859 |
| 7834574 | + | Mariel A. Colon Miro, 60 Duffield Street, Apt. 8A, Brooklyn, NY 11201-2270 |
| 7797439 | + | NATIONAL GRID, P.O. BOX 11741, NEWARK, NJ 07101-4741 |
| 7797442 | + | OFFICE OF THE ATTY GEN, 28 LIBERTY ST., NEW YORK, NY 10005-1400 |
| 7849840 | + | Office of Administrative Trials and Hearing/ ECB, OATH 100 Church Street 12th Floor, New York 10007-2620 |
| 7836277 | + | Oracle America, Inc., c/o Shawn M. Christianson, Esq., 425 Market St., Suite 2900, San Francisco, CA 94105-2491 |
| 7906633 | + | Sarah M. Schrag, Dentons US LLP, 1221 Avenue of the Americas, 25th Floor, New York, New York 10020-1001 |
| 7953398 | + | T-Y Group LLC, PO Box 538033, Atlanta, GA 30353-8033 |

TOTAL: 25

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Jul 01 2022 19:50:00 | N.Y. State Dept. Of Taxation And Finance, Bankruptcy/Special Procedures Section, P.O. Box 5300, Albany, NY 12205-0300 |
| smg | | Email/Text: labor.sm.ui.bankruptcy@labor.ny.gov | Jul 01 2022 19:48:00 | N.Y. State Unemployment Insurance Fund, P.O. Box 551, Albany, NY 12201-0551 |
| smg | + | Email/Text: DOFBankruptcy@finance.nyc.gov | Jul 01 2022 19:49:00 | New York City Department of Finance, Office of Legal Affairs, 375 Pearl Street, 30th Floor, New York, NY 10038-1442 |
| smg | | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Jul 01 2022 19:50:00 | New York State Tax Commission, Bankruptcy/Special Procedures Section, P.O. Box 5300, Albany, NY 12205-0300 |

20-23280-shl    Doc 279    Filed 07/03/22    Entered 07/04/22 00:19:04    Imaged
Certificate of Notice    Pg 3 of 5

| District/off: 0208-7 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jul 01, 2022 | Form ID: 144 | Total Noticed: 40 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: DOFBankruptcy@finance.nyc.gov | Jul 01 2022 19:49:00 | Parking Violations Bureau, 210 Joralemon Avenue, Brooklyn, NY 11201-3743 |
| smg | + | Email/Text: USANYS.Bankruptcy@usdoj.gov | Jul 01 2022 19:48:00 | United States Attorney's Office, Southern District of New York, Attention: Tax & Bankruptcy Unit, 86 Chambers Street, Third Floor, New York, NY 10007-1825 |
| smg | | Email/Text: DPS-CivilBankruptcy@westchestergov.com | Jul 01 2022 19:49:00 | Westchester County Sheriff's Dept., Room L 217, 110 Dr. Martin Luther King Blvd., White Plains, NY 10601-2519 |
| 7797436 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 01 2022 19:49:00 | INTERNAL REVENUE SERVICE, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 7858675 | | Email/Text: avogel@manhattanbeer.net | Jul 01 2022 19:48:00 | Manhattan Beer Distributors, LLC, 955 East 149th Street, Bronx, NY 10445 |
| 7797440 | + | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Jul 01 2022 19:50:00 | NY STATE DEPT. OF FINANCE, ATTN: BANKRUPTCY SPECIAL, PO BOX 5300, ALBANY, NY 12205-0300 |
| 7797441 | + | Email/Text: DOFBankruptcy@finance.nyc.gov | Jul 01 2022 19:49:00 | NYC DEPT. OF FINANCE, 345 ADAMS STREET, 3RD FL., ATTN: LEGAL AFFAIRS, BROOKLYN, NY 11201-3739 |
| 7870193 | + | Email/Text: DOFBankruptcy@finance.nyc.gov | Jul 01 2022 19:49:00 | NYC Department of Finance, Legal Affairs, Collection Unit-Real Property Taxes, 375 Pearl Street, 30th Fl., New York, New York 10038-1442 |
| 7818457 | + | Email/Text: apbankruptcy@nationalgrid.com | Jul 01 2022 19:51:00 | National Grid, 300 Erie Boulevard West, Syracuse, NY 13202-4250 |
| 7849467 | + | Email/Text: DOFBankruptcy@finance.nyc.gov | Jul 01 2022 19:49:00 | New York City Dept of Finance, Office of Legal Affairs Collection Unit, Office of Legal Affairs-Collection Unit, 375 Pearl Street, 30th Floor, New York, NY 10038-1442 |
| 7797443 | + | Email/Text: USANYS.Bankruptcy@usdoj.gov | Jul 01 2022 19:48:00 | US ATTY OFFICE -SDNY, 86 CHAMBERS STREET, ATTN: TAX AND BANKRUPTCY, NEW YORK, NY 10007-1825 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| smg | *+ | United States Attorney's Office, Southern District of New York, Attention: Tax & Bankruptcy Unit, 86 Chambers Street, Third Floor, New York, NY 10007-1825 |
| 7953395 | ##+ | Hardvard Stars Inc, 38 West 32nd St 1605, New York, NY 10001-3851 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 03, 2022                Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 1, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrea Beth Schwartz | on behalf of U.S. Trustee United States Trustee andrea.b.schwartz@usdoj.gov |
| Benjamin Stephen Owen Paull | on behalf of Creditor TH Holdco LLC ben.paull@friedfrank.com managingattorneysdepartment@friedfrank.com |
| Benjamin Stephen Owen Paull | on behalf of Defendant TH Holdco LLC ben.paull@friedfrank.com managingattorneysdepartment@friedfrank.com |
| Emilie Cooper | on behalf of Creditor TH Holdco LLC emilie.cooper@friedfrank.com managingattorneysdepartment@friedfrank.com |
| Emilie Cooper | on behalf of Defendant TH Holdco LLC emilie.cooper@friedfrank.com managingattorneysdepartment@friedfrank.com |
| Enid Nagler Stuart | on behalf of Creditor New York State Department Of Taxation and Finance enid.stuart@ag.ny.gov leo.gagion@ag.ny.gov |
| Fred B. Ringel | on behalf of Debtor 85 Flatbush RHO Hotel LLC fringel@leechtishman.com |
| Fred B. Ringel | on behalf of Debtor 159 Broadway Member LLC fringel@leechtishman.com |
| Fred B. Ringel | on behalf of Debtor 85 Flatbush RHO Residential LLC fringel@leechtishman.com |
| Fred B. Ringel | on behalf of Unknown 85 Flatbush RHO Hotel LLC fringel@leechtishman.com |
| Fred B. Ringel | on behalf of Debtor 85 Flatbush RHO Mezz LLC fringel@leechtishman.com |
| Fred B. Ringel | on behalf of Unknown 85 Flatbush RHO Residential LLC fringel@leechtishman.com |
| Hugh H. Shull, III | on behalf of Unknown NYC Dept of Fin. and Water Board hughs@law.nyc.gov hhshull@gmail.com |
| J. Ted Donovan | on behalf of Plaintiff 85 Flatbush Mezz LLC TDonovan@GWFGlaw.com |
| J. Ted Donovan | on behalf of Creditor 85 Flatbush Mezz LLC TDonovan@GWFGlaw.com |
| Jerold C. Feuerstein | on behalf of Interested Party 159 Broadway 1 LLC jfeuerstein@kandfllp.com skossar@kandfllp.com;litigation@kandfllp.com;cvalenzuela@kandfllp.com;dzinman@kandfllp.com |
| Jerold C. Feuerstein | on behalf of Interested Party 85 Flatbush Avenue 1 LLC jfeuerstein@kandfllp.com skossar@kandfllp.com;litigation@kandfllp.com;cvalenzuela@kandfllp.com;dzinman@kandfllp.com |
| Jerold C. Feuerstein | on behalf of Creditor 85 Flatbush Avenue 1 LLC jfeuerstein@kandfllp.com skossar@kandfllp.com;litigation@kandfllp.com;cvalenzuela@kandfllp.com;dzinman@kandfllp.com |
| Jerry A. Montag | on behalf of Creditor 85 Flatbush Mezz LLC jmontag@seyfarth.com Nycmanagingclerksoffice@seyfarth.com |
| Jerry A. Montag | on behalf of Creditor 159 Broadway Mezz LLC jmontag@seyfarth.com Nycmanagingclerksoffice@seyfarth.com |
| Kevin J. Nash | on behalf of Plaintiff 85 Flatbush Mezz LLC kjnash@gwfglaw.com kjnash@gwfglaw.com |
| Lauren M. Macksoud | on behalf of Creditor TH Holdco LLC lauren.macksoud@dentons.com docket.general.lit.wdc@dentons.com |
| Lori A. Schwartz | on behalf of Unknown 85 Flatbush RHO Residential LLC lschwartz@leechtishman.com |
| Lori A. Schwartz | on behalf of Debtor 85 Flatbush RHO Mezz LLC lschwartz@leechtishman.com |

| District/off: 0208-7 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Jul 01, 2022 | Form ID: 144 | Total Noticed: 40 |

Lori A. Schwartz
    on behalf of Debtor 85 Flatbush RHO Hotel LLC lschwartz@leechtishman.com

Lori A. Schwartz
    on behalf of Debtor 85 Flatbush RHO Residential LLC lschwartz@leechtishman.com

Lori A. Schwartz
    on behalf of Unknown 85 Flatbush RHO Hotel LLC lschwartz@leechtishman.com

Michael Kwiatkowski
    on behalf of Creditor Consolidated Edison Company of New York  Inc. mkwiatkowski@cullenanddykman.com,
    lgomez@cullenanddykman.com

Michael Ryan Pinkston
    on behalf of Creditor 85 Flatbush Mezz LLC rpinkston@seyfarth.com
    jmcdermott@seyfarth.com,5314522420@filings.docketbird.com,bankruptcydocket@seyfarth.com

Michael Ryan Pinkston
    on behalf of Creditor 159 Broadway Mezz LLC rpinkston@seyfarth.com
    jmcdermott@seyfarth.com,5314522420@filings.docketbird.com,bankruptcydocket@seyfarth.com

Sarah M. Schrag
    on behalf of Creditor TH Holdco LLC sarah.schrag@dentons.com

Scott Anthony Griffin
    on behalf of Interested Party Daryl Hagler sgriffin@grifflegal.com  Kwarren@grifflegal.com

Shawn M. Christianson
    on behalf of Creditor Oracle America  Inc. schristianson@buchalter.com, cmcintire@buchalter.com

Thomas R. Slome
    on behalf of Creditor Consolidated Edison Company of New York  Inc. tslome@cullenanddykman.com,
    cmohan@cullenanddykman.com

United States Trustee
    USTPRegion02.NYECF@USDOJ.GOV

TOTAL: 35