UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | Chapter 11 |
| --- | --- |
| 85 FLATBUSH RHO MEZZ LLC, *et al.*,[1] | Case No. 20-23280 (SHL) |
| Debtors. | Jointly Administered |

## ORDER SHORTENING NOTICE WITH RESPECT TO MOTION FOR STAY PENDING APPEAL OR, ALTERNATIVELY, STAY PENDING RESOLUTION OF ADVERSARY PROCEEDING

Upon the Motion to Shorten Notice, dated July 22, 2022 (the "Motion to Shorten") filed by Secured Creditor 85 Flatbush Mezz LLC ("Mezzanine Lender") for entry of an order shortening time for notice and resolution of Mezzanine Lender's Motion for Stay Pending Appeal or, Alternatively, Stay Pending Resolution of Adversary Proceeding (the "Stay Motion"), all as more fully set forth in the Motion to Shorten; and the Court having jurisdiction to decide the Motion to Shorten and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334(b), and the Amended Standing Order of Reference M-431, dated January 31, 2012 (Preska, C.J.); and consideration of the Motion to Shorten and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having determined that the legal and factual bases set forth in the Motion to Shorten establish just cause for the relief granted herein; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1. The Motion to Shorten is granted.

---

[1] The debtors in these chapter 11 cases are 85 Flatbush RHO Mezz LLC, 85 Flatbush RHO Hotel LLC, and 85 Flatbush RHO Residential LLC (collectively, the "Debtors").

2. A hearing on the Motion for Stay will be held on **August 3, 2022, at 3:00 p.m.** (Eastern Time) (the "Hearing Date").

*3.* All objections to the Motion for Stay must be asserted in writing, ~~conform to the Federal Rules of Bankruptcy Procedure and the Court's Local Bankruptcy Rules~~, and be filed ~~and served~~ no later than 3:00 p.m. (Eastern Time) on August 1, 2022. *Any reply should be filed by 3:00 p.m. on August 2, 2022.*

*4.* *The Movant shall serve today a copy of this Order and the Stay Motion on all parties entitled to notice by overnight mail and email (where available)*

5. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and/or enforcement of this Order.

White Plains, New York
Dated: July 26, 2022

*/s/ Sean H. Lane*
THE HONORABLE SEAN H. LANE
UNITED STATES BANKRUPTCY JUDGE