**LEECH TISHMAN ROBINSON BROG, PLLC**
875 Third Avenue, 9th Floor
New York, New York 10022
Tel. No.: 212-603-6300
Fred B. Ringel, Esq.
*Attorneys for the Debtors and Debtors in Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 20-23280-shl |
| **85 FLATBUSH RHO MEZZ LLC,** *et al.*,[1] | (Jointly Administered) |
| Debtor. | |

---------------------------------------------------------------X

## CERTIFICATE OF SERVICE

**TINA FOGEL** hereby certifies under penalty of perjury:

1. I am not a party to the action, am over 18 years of age and reside in New York, New York.

2. On the **30th day of September, 2022,** I caused to be served *VIA FIRST CLASS MAIL* true and correct copies of

- ***NOTICE OF HEARING ON MOTION FOR AMENDED ORDER APPROVING INSURANCE PREMIUM FINANCING AGREEMENT AND FOR RELATED RELIEF [ECF Doc. No. 318-3];*** and

- ***MOTION FOR AMENDED ORDER APPROVING INSURANCE PREMIUM FINANCING AGREEMENT AND FOR RELATED RELIEF*** with ***EXHIBITS*** attached ***[ECF Doc. No. 318]***

upon all parties on the annexed service list by depositing true copies of same enclosed in post-paid, properly addressed wrappers in an official depository under the exclusive care and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are 85 Flatbush RHO Mezz LLC (6184); 85 Flatbush RHO Hotel LLC (5027); and 85 Flatbush RHO Residential LLC (2261).

custody of the United States Postal Service within the State of New York.

**Dated:** September 30, 2022                                                                 /s/ **Tina Fogel**
                                                                                              **TINA FOGEL**

**85 FLATBUSH RHO TOP 20 LIST as of 9-30-22**

**4 SYLVAN WAY LLC**
**5516 11TH AVE**
**BROOKLYN, NY 11219**

**85 FLATBUSH MEZZ LLC**
**225 BROADWAY**
**32ND FLOOR**
**NEW YORK, NY 10007**

**C&A MARKETING INC.**
**30 VAN BUREN DRIVE**
**#201**
**MONROE, NY 10950**

**CHAIM HAGER**
**1253 47 STREET**
**BROOKLYN, NY 11219**

**CHESKIEL BERKOWITZ**
**70 UNION AVE**
**APT 1**
**BROOKLYN, NY 11206**

**JACOB RUBIN**
**858 BEDFORD AVE.**
**BROOKLYN, NY 11205**

**TOYS FOR YOU INC.**
**1172 59TH STREET**
**BROOKLYN, NY 11219**

**CON EDISON**
**P.O. BOX 1701**
**NEW YORK, NY 10116**

**DUETTO RESEARCH INC.**
**2001 GATEWAY PLACE**
**#520W**
**SAN JOSE, CA 95110**

**DURA-LIFT INC.**
**201 HARTLE STREET**
**SUITE B**
**SAYREVILLE, NJ 08872**

4887-1273-0678, v. 1

ENERCON TECHNICAL SERVICE
1233 MCDONALD AVENUE
BROOKLYN, NY 11230

GREATER SHIELD
P.O. BOX 110836
BROOKLYN, NY 11211

GREEN & WHITE BOUTIQUE LINEN
410 GARIBALDI AVENUE
LODI, NJ 07644

HERMAN RUBIN
175 CLYMER STREET
BROOKLYN, NY 11211

HOUSE OF KOOSER
P.O. BOX 3184
NEW YORK, NY 10163

NYC DEPT. OF FINANCE
345 ADAMS STREET, 3RD FL.
ATTN: LEGAL AFFAIRS
BROOKLYN, NY 11201

NYS SALES TAX PROCESSING
P.O. BOX 15168
ALBANY, NY 12212

ORACLE AMERICA, INC.
P.O. BOX 203448
DALLAS, TX 75320

RIGHTWAY RESTORATION LLC
98 BEARD ST.
BROOKLYN, NY 11231

SIMON'S INDUSTRIAL SUPPLY
45-02 37TH AVENUE
LONG ISLAND CITY, NY 11101

TRAVELCLICK INC.
P.O. BOX 71199
CHICAGO, IL 60694

85 FLATBUSH AVENUE 1 LLC
520 MADISON AVENUE
SUITE 3501
NEW YORK, NY 10022

AKIVA HERSH KLEIN
30 VAN BUREN DRIVE #201
MONROE, NY  10950

NATIONAL GRID
P.O. BOX 11741
NEWARK, NJ 07101

William K. Harrington, US Trustee
U.S. Department of Justice
Office of the US Trustee
201 Varick Street, Room 1006
New York, NY 10014
(Attn.: Andrea B. Schwartz, Esq.)

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA 19101-7346

US ATTY OFFICE -SDNY
86 CHAMBERS STREET
ATTN: TAX AND BANKRUPTCY
NEW YORK, NY 10007

CORP. COUNSEL FOR NYC
100 CHURCH STREET
NEW YORK, NY 10007

NY STATE DEPT. OF FINANCE
ATTN: BANKRUPTCY SPECIAL
PO BOX 5300
ALBANY, NY 12205

OFFICE OF THE ATTY GEN
28 LIBERTY ST.
NEW YORK, NY 10005

KRISS & FEUERSTEIN
ATTN: JEROLD C. FEUERSTEIN, ESQ.
360 LEXINGTON AVENUE, SUITE 1200
NEW YORK, NY 10017

4887-1273-0678, v. 1

SEYFARTH SHAW LLC
ATTN: JERRY A. MONTAG, ESQ
620 EIGHTH AVENUE
NEW YORK, NY 10018-1405

85 FLATBUSH RHO MEZZ LLC
C/O GC REALTY ADVISORS
3284 N 29TH COURT
HOLLYWOOD FL 33020

85 RHO LLC
C/O GC REALTY ADVISORS
3284 N 29TH COURT
HOLLYWOOD FL 33020

ROBERT E. RICHARDS
DENTONS US LLP
233 SOUTH WACKER DRIVE, SUITE 5900
CHICAGO, IL  60606

NYC LAW DEPARTMENT
TAX AND BANKRUPTCY LITIGATION DIVISION
100 CHURCH STREET
NEW YORK, NY 10007

EMILIE B. COOPER, ESQ.
FRIED, FRANK, HARRIS,
SHRIVER & JACOBSON LLP
ONE NEW YORK PLAZA
NEW YORK, NEW YORK 10004

BEN PAULL, ESQ,
FRIED, FRANK, HARRIS,
SHRIVER & JACOBSON LLP
ONE NEW YORK PLAZA
NEW YORK, NEW YORK 10004

GRIFFIN HAMERSKY LLP
420 LEXINGTON AVENUE, SUITE 400
NEW YORK, NY 10170
ATTN: SCOTT A. GRIFFIN

M. Ryan Pinkston
**SEYFARTH SHAW LLP**
560 Mission Street, Suite 3100
San Francisco, California 94105

Kevin J. Nash
**GOLDBERG WEPRIN FINKEL GOLDSTEIN LLP**
1501 Broadway, 22nd Floor
New York, New York 10036

**SHAWN M. CHRISTIANSON, ESQ.**
**BUCHALTER, A PROFESSIONAL CORPORATION**
**425 MARKET STREET, SUITE 2900**
**SAN FRANCISCO, CA 94105**

**LAUREN MACKSOUD, CHARLES E. DORKEY, III**
**SARAH M. SCHRAG**
**DENTONS US LLP**
**1221 AVENUE OF THE AMERICAS, 25TH FLOOR**
**NEW YORK, NEW YORK 10020**

**JOHN GINOCHIIO, JAMES COLE**
**EDDIE YU**
**TH HOLDCO LLC**
**C/O OHAMA REAL ESTATE INVESTORS**
**1991 BROADWAY, SUITE 100**
**REDWOOD CITY, CA 94063**