## Second Supplement to Exhibit A

(Second Supplement to Email Chains Requesting the Debtors' Cooperation)

**From:** Lori Schwartz <lschwartz@leechtishman.com>
**Sent:** Tuesday, November 08, 2022 2:28 PM
**To:** Richards, Robert E. <robert.richards@dentons.com>; Charles McKeen <cmckeen@leechtishman.com>
**Cc:** Macksoud, Lauren <lauren.macksoud@dentons.com>; Milenkevich, Christopher
<christopher.milenkevich@dentons.com>; Resnick, Avi M. <avi.resnick@dentons.com>
**Subject:** RE: 85 Flatbush closing - Open Items

**[WARNING: EXTERNAL SENDER]**

See attached.

**Lori Schwartz | Partner**
lschwartz@leechtishmanrb.com



**LEECH TISHMAN ROBINSON BROG, PLLC**
leechtishmanrb.com

875 Third Avenue, 9th Floor
New York, NY 10022
T: 212.603.6300 | F: 212.956.2164
Direct: 212.603.6334 | Toll-Free 844.750.1600

**PITTSBURGH | CHICAGO | LOS ANGELES | NEW YORK | PHILADELPHIA | SARASOTA | WASHINGTON, D.C.**

**Privileged and Confidential:** The information contained in this email is (1) subject to attorney-client privilege; (2) attorney work product; and/or (3) confidential. It is intended only for the individual(s) designated above. You are notified that any use, copying, disclosure or distribution of the information contained in this transmission by anyone other than the recipient(s) named above is unauthorized and strictly prohibited. If you have received this transmission in error, please notify us immediately by telephone at 412.261.1600. Unauthorized interception of this e-mail is a violation of federal criminal law.

*Please note my new email address.*

**From:** Richards, Robert E. <robert.richards@dentons.com>
**Sent:** Tuesday, November 8, 2022 1:42 PM
**To:** Lori Schwartz <lschwartz@leechtishman.com>; Charles McKeen <cmckeen@leechtishman.com>
**Cc:** Macksoud, Lauren <lauren.macksoud@dentons.com>; Milenkevich, Christopher
<christopher.milenkevich@dentons.com>; Resnick, Avi M. <avi.resnick@dentons.com>
**Subject:** RE: 85 Flatbush closing - Open Items

Lori – just got your voice mail.  Please call me on my mobile 630 235 2470 as soon as you can this afternoon.

**DENTONS ▶ Robert E. Richards**
Global Chair, Restructuring, Insolvency & Bankruptcy

What's Next? The answer is Talent. With more than 20,000 people, 12,000 lawyers and 200 locations, Dentons has the talent for what you need, where you need it.

D +1 312 876 7396  |  M +1 630 235 2470  |  US Internal 17396
robert.richards@dentons.com
Bio  |  Website

Dentons US LLP
233 South Wacker Drive, Suite 5900, Chicago, IL 60606-6361

LuatViet > Fernanda Lopes & Associados > Guevara & Gutierrez > Paz Horowitz Abogados > Sirote > Adepetun Caxton-Martins Agbor & Segun > Davis Brown > East African Law Chambers > Eric Silwamba, Jalasi and Linyama > Durham Jones & Pinegar > LEAD Advogados > For more information on the firms that have come together to form Dentons, go to dentons.com/legacyfirms

Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. This email may be confidential and protected by legal privilege. If you are not the intended recipient, disclosure, copying, distribution and use are prohibited; please notify us immediately and delete this copy from your system. Please see dentons.com for Legal Notices.

---

**From:** Lori Schwartz <lschwartz@leechtishman.com>
**Sent:** Monday, November 07, 2022 1:54 PM
**To:** Richards, Robert E. <robert.richards@dentons.com>; Charles McKeen <cmckeen@leechtishman.com>
**Cc:** Macksoud, Lauren <lauren.macksoud@dentons.com>; Milenkevich, Christopher <christopher.milenkevich@dentons.com>; Resnick, Avi M. <avi.resnick@dentons.com>
**Subject:** RE: 85 Flatbush closing - Open Items

**[WARNING: EXTERNAL SENDER]**

---

See attached spreadsheet received from management of bank transactions for the Nov MTD operating account.  We are advised that the other accounts had no activity.

Regarding planned disbursements, the utility invoices will be generated around Nov 10th and in addition to that there will be 75k in payables this week.   I have requested they generate a list.
I am advised this amount does not include payroll for the past pay period.

Josh Spillman will meet James Cole at the premises for the turnover of keys, etc.:
josh@thetillaryhotel.com


**Lori Schwartz | Partner**
lschwartz@leechtishmanrb.com



**LEECH TISHMAN ROBINSON BROG, PLLC**
leechtishmanrb.com

875 Third Avenue, 9th Floor
New York, NY 10022
T: 212.603.6300 | F: 212.956.2164
Direct: 212.603.6334 | Toll-Free 844.750.1600

**PITTSBURGH  |  CHICAGO  |  LOS ANGELES  |  NEW YORK  |  PHILADELPHIA  |  SARASOTA  |  WASHINGTON, D.C.**

**Privileged and Confidential:** The information contained in this email is (1) subject to attorney-client privilege; (2) attorney work product; and/or (3) confidential. It is intended only for the individual(s) designated above. You are notified that any use, copying, disclosure or distribution of the information contained in this transmission by anyone other than the recipient(s) named above is unauthorized and strictly prohibited. If you have received this transmission in error, please notify us immediately by telephone at 412.261.1600. Unauthorized interception of this e-mail is a violation of federal criminal law.

*Please note my new email address.*

---

**From:** Lori Schwartz
**Sent:** Monday, November 7, 2022 12:33 PM
**To:** Richards, Robert E. <robert.richards@dentons.com>; Charles McKeen <cmckeen@leechtishman.com>
**Cc:** Macksoud, Lauren <lauren.macksoud@dentons.com>; Milenkevich, Christopher <christopher.milenkevich@dentons.com>; Resnick, Avi M. <avi.resnick@dentons.com>
**Subject:** RE: 85 Flatbush closing - Open Items

A.  1(iii) payment was from Exodus
    2(i) we are advised this is a month to month agreement.  We do not have a copy of any written agreement or contract.
    3(iii) and (iv) – requested, will follow up
    4 – requested, will follow up
    5(i) – requested, will follow up
    5(ii),  (iv)  and (viii)– this are new requests that I will forward on now
    5 (vii) and (xi) – requested, will follow up
B.  1 and 2 – David Goldwasser to sign.  My understanding is that Charlie and Chris are in touch on this and the documents are ready to be signed.
    3 and 4 – requested, will follow up.

Thank you,

**Lori Schwartz | Partner**
lschwartz@leechtishmanrb.com

**LEECH**TISHMAN
ROBINSON **BROG**

**LEECH TISHMAN ROBINSON BROG, PLLC**
leechtishmanrb.com

875 Third Avenue, 9th Floor
New York, NY 10022
T: 212.603.6300 | F: 212.956.2164
Direct: 212.603.6334 | Toll-Free 844.750.1600

**PITTSBURGH | CHICAGO | LOS ANGELES | NEW YORK | PHILADELPHIA | SARASOTA | WASHINGTON, D.C.**

**Privileged and Confidential:** The information contained in this email is (1) subject to attorney-client privilege; (2) attorney work product; and/or (3) confidential. It is intended only for the individual(s) designated above. You are notified that any use, copying, disclosure or distribution of the information contained in this transmission by anyone other than the recipient(s) named above is unauthorized and strictly prohibited. If you have received this transmission in error, please notify us immediately by telephone at 412.261.1600. Unauthorized interception of this e-mail is a violation of federal criminal law.

*Please note my new email address.*

---

**From:** Richards, Robert E. <robert.richards@dentons.com>
**Sent:** Monday, November 7, 2022 11:13 AM
**To:** Lori Schwartz <lschwartz@leechtishman.com>; Charles McKeen <cmckeen@leechtishman.com>

**Cc:** Macksoud, Lauren <lauren.macksoud@dentons.com>; Milenkevich, Christopher
<christopher.milenkevich@dentons.com>; Resnick, Avi M. <avi.resnick@dentons.com>
**Subject:** RE: 85 Flatbush closing - Open Items

Below in <mark>yellow</mark> is what I am showing as still open items.

 **Robert E. Richards**
Global Chair, Restructuring, Insolvency & Bankruptcy

What's Next? The answer is Talent. With more than 20,000 people, 12,000 lawyers and 200 locations,
Dentons has the talent for what you need, where you need it.

D +1 312 876 7396   |   M +1 630 235 2470   |   US Internal 17396
robert.richards@dentons.com
Bio   |   Website

Dentons US LLP
233 South Wacker Drive, Suite 5900, Chicago, IL 60606-6361

LuatViet > Fernanda Lopes & Associados > Guevara & Gutierrez > Paz Horowitz Abogados > Sirote >
Adepetun Caxton-Martins Agbor & Segun > Davis Brown > East African Law Chambers > Eric
Silwamba, Jalasi and Linyama > Durham Jones & Pinegar > LEAD Advogados > For more information
on the firms that have come together to form Dentons, go to dentons.com/legacyfirms

Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. This
email may be confidential and protected by legal privilege. If you are not the intended recipient, disclosure,
copying, distribution and use are prohibited; please notify us immediately and delete this copy from your system.
Please see dentons.com for Legal Notices.

---

**From:** Lori Schwartz <lschwartz@leechtishman.com>
**Sent:** Sunday, November 06, 2022 8:21 AM
**To:** Milenkevich, Christopher <christopher.milenkevich@dentons.com>; Charles McKeen
<cmckeen@leechtishman.com>
**Cc:** Richards, Robert E. <robert.richards@dentons.com>; Macksoud, Lauren <lauren.macksoud@dentons.com>
**Subject:** RE: 85 Flatbush closing - Open Items

<span style="color:red">**[WARNING: EXTERNAL SENDER]**</span>

See below and attached items responsive to checklist items A. 1(iii) and 1(iv), 2(ii) and (iii), 3(vi), 5(iii), (iv), (vi), (viii), (ix)
and (x).

Information will continue be provided on a rolling basis as it is received.

Thank you,

<span style="color:green">**Lori Schwartz | Partner**</span>
lschwartz@leechtishmanrb.com



**LEECH TISHMAN ROBINSON BROG, PLLC**
leechtishmanrb.com

875 Third Avenue, 9th Floor
New York, NY 10022
T: 212.603.6300 | F: 212.956.2164
Direct: 212.603.6334 | Toll-Free 844.750.1600

**PITTSBURGH | CHICAGO | LOS ANGELES | NEW YORK | PHILADELPHIA | SARASOTA | WASHINGTON, D.C.**

**Privileged and Confidential:** The information contained in this email is (1) subject to attorney-client privilege; (2) attorney work product; and/or (3) confidential. It is intended only for the individual(s) designated above. You are notified that any use, copying, disclosure or distribution of the information contained in this transmission by anyone other than the recipient(s) named above is unauthorized and strictly prohibited. If you have received this transmission in error, please notify us immediately by telephone at 412.261.1600. Unauthorized interception of this e-mail is a violation of federal criminal law.

*Please note my new email address.*

**From:** Milenkevich, Christopher <christopher.milenkevich@dentons.com>
**Sent:** Friday, October 28, 2022 4:13 PM
**To:** Charles McKeen <cmckeen@leechtishman.com>; Lori Schwartz <lschwartz@leechtishman.com>
**Cc:** Richards, Robert E. <robert.richards@dentons.com>; Macksoud, Lauren <lauren.macksoud@dentons.com>
**Subject:** RE: 85 Flatbush closing - Open Items

Charles & Lori –

To keep organized as we move towards the 85 Flatbush closing, below is my list of open items and requests. Kindly forward these items and information as soon as you have them available.

Note that this list remains subject to update.

**OPEN ITEMS**

**A.  Requested Information and Documents**

    1.  Leases/DHS

        i.  Copies of current leases for the two occupied units, 8A and 11F (understanding from Lori that such leases are now month-to-month).

        ii.  Confirmation whether there are any defaults under such leases.

        iii.  Detail on what time period the recent payment from NYDHS relates to.  Payment of $1,928,240 was for May, June and July 2022 WAS THIS PAYMENT FROM NYDHS OR EXODUS OR SOMEONE ELSE

        iv.  Information on amounts accrued but not invoiced to DHS, and timing and process for invoicing the same.  $1,273,680 is due for August and September 2022, see attached invoices.  We are advised $647,280 is due for October 2022 and will be invoiced next week.

    2.  Contracts, Permits and Licenses

        i.  Copies of all current contracts (understanding that copies of various contracts have been provided in the past; please confirm which, if any, contracts remain effective). HAVE ALL CONTRACTS NOW BEEN PROVIDED.  IS THERE ANY CONTRACT WITH EXODUS?

ii.  Copies of all current permits and licenses, if any (understanding that copies of various permits and licenses have been provided in the past; please confirm which, if any, contracts remain effective).  See attached.

iii.  Copy of the current liquor license (if any), and information regarding its status (in light of statements made in court that the same has not expired). See attached.  We are advised liquor license is under renewal

3.  Employee Information:

i.  List of current employees working at or in relation to the Properties.

ii.  Current employee handbook.

iii.  Employee files.

iv.  Payroll register with paid time off (PTO) accruals.

v.  Executive team member resumes.

vi.  List of all Equal Employment Opportunity Commission (EEOC) claims, New York Department of Human Resources (DOHR) claims, and all other labor or wage claims. none

4.  Hardware:  List of onsite hardware (e.g., computers, servers, and network infrastructure).

5.  Financial/Operational Information:

i.  August 2022 and September 2022 monthly operating reports with corresponding bank statement attachments and affidavits of post-confirmation disbursements.

ii.  Month-to-date October 2022 bank statements (online version is fine).  NOVEMBER MTD ONLINE BANK STATEMENTS

iii.  Statement of total cash on hand by Estate.

| | |
|---|---|
| Hotel - Operating Account ending in 2783 | $125,644.75 |
| Restaurant Operating Account ending in 2791 | $100.12 |
| Hotel - Depository Account ending in 2808 | $41.18 |
| FFE Reserves Account ending in 3848 | $11.98 |
| Travel Agency Account ending in 1079 | $10.00 |
| Legal Tax Reserve Account ending in 1417 | $375.32 |
| Mezz Account ending in 2767 | $9.46 |
| Residential Account ending in 2775 | $34.32 |

iv.  List of pending disbursements and any further planned disbursements prior to the closing date by Estate.  See attached outstanding check schedules  PLEASE UPDATE TO TODAY

v.  All open post-petition invoices and payment information related to post-petition vendors and suppliers by Estate.

vi.   Current funding level in each reserve account.   See above chart

vii.   Information on what any reserve funds already disbursed in 2022 were used to pay, including, without limitation, from the real estate tax reserve account.

viii.   Information regarding the nature and purpose of disbursements to Greater Shield.   We are advised that Greater Shield provides contract labor service for front desk, housekeeping, security and cleaning supplies ANY CONNECTIONS WITH DEBTORS INSIDERS

ix.   Current data from existing PMS (Opera Hotel Property Management Solutions)   we are advised that nothing is currently being recorded in OPERA

x.   Historical loss runs under all insurance policies. none

xi.   List of the historical top twenty accounts.


**B.  Closing Items**

1.   Closing Logistics:

a.   Date and time of closing. SET PER LAST WEEK'S PHONE CALL WITH THE TITLE COMPANY AT 10 AM ON WEDNESDAY, NOVEMBER 9 AT DENTONS NY OFFICE WITH SIGNATURES BEING DELIVERED IN ADVANCE ON TUESDAY

b.   Place of closing (we suggest Dentons's offices at 1221 Avenue of the Americas in Manhattan).

c.   Name and title of authorized signatory for the Sellers.

2.   Closing Documents:

*Please confirm that the Sellers are prepared to execute these documents in the respective forms previously provided AND TO SIGN AND DELIVER ON TUESDAY:*

a.   Purchase and Sale Agreement

b.   Bargain and Sale Deed

c.   Bill of Sale (Hotel and Commercial Units)

d.   Bill of Sale (Residential Unit)

e.   Assignment and Assumption of Lease and Security Deposit

f.   Affidavit in Lieu of Registration Statement – NYC HPD
i.   Lot 1201
ii.   Lot 1202
iii.   Lot 1203

g.   Affidavit of Compliance with Smoke Detector Requirement

h.   Real Property Transfer Tax Return (NYC) and related Certification

    i.   Real Property Transfer Report (NYS) and related Certification

    j.   Combined Real Estate Transfer Tax Return

3. **Flow of Funds:**

    a.   Confirmation that all cash on hand and reserves of the Sellers will be funded into the closing escrow.

    b.   List of payment addresses/information for all of the vendors or other creditors to whom payments are to be made at closing pursuant to the Plan.  (We have the invoice from JLL that Lori forwarded.)

4. **Deliverables:**   NEED NAME AND CONTACT INFORMATION FOR PERSON JAMES COLE OF OHANA SHOULD MEET AT THE PROPERTY ON WEDNESDAY MORNING

    a.   Keys

    b.   All printed marketing materials.

    c.   Computer Systems:

        i.   Passwords to onsite hardware.

        ii.   Reputation management handles and administration, including Google My Business Listing.

        iii.   Registrant information and account access information for all URLs and domains.

Feel free to call me with any questions regarding the above.

Regards,

Chris

---

**DENTONS** ▶ **Christopher Milenkevich**

What's Next? The answer is Talent. With more than 20,000 people, 12,000 lawyers and 200 locations, Dentons has the talent for what you need, where you need it.

D +1 212 398 7618   |   M +1 917 887 2565   |   US Internal 17618
christopher.milenkevich@dentons.com
Bio   |   Website

Dentons US LLP
1221 Avenue of the Americas, New York, NY 10020-1089

LuatViet > Fernanda Lopes & Associados > Guevara & Gutierrez > Paz Horowitz Abogados > Sirote > Adepetun Caxton-Martins Agbor & Segun > Davis Brown > East African Law Chambers > Eric Silwamba, Jalasi and Linyama > Durham Jones & Pinegar > LEAD Advogados > For more information on the firms that have come together to form Dentons, go to dentons.com/legacyfirms

Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. This email may be confidential and protected by legal privilege. If you are not the intended recipient, disclosure, copying, distribution and use are prohibited; please notify us immediately and delete this copy from your system. Please see dentons.com for Legal Notices.

**From:** Milenkevich, Christopher
**Sent:** Thursday, October 27, 2022 5:06 PM
**To:** Charles McKeen <cmckeen@leechtishman.com>
**Cc:** Lori Schwartz <lschwartz@leechtishman.com>; Richards, Robert E. <robert.richards@dentons.com>; Macksoud, Lauren <lauren.macksoud@dentons.com>; Resnick, Avi M. <avi.resnick@dentons.com>
**Subject:** RE: 85 Flatbush closing

Hi Charles –

Per my voicemail, in light of your client's authorization to close the 85 Flatbush transaction, could you please give me a call to discuss closing logistics?

We'd like to set a date, time and place for the closing so that we can line up a title company closer, notary etc.

Thanks very much,

Chris

**大成 DENTONS**     **Christopher Milenkevich**

What's Next? The answer is Talent. With more than 20,000 people, 12,000 lawyers and 200 locations, Dentons has the talent for what you need, where you need it.

D +1 212 398 7618   |   M +1 917 887 2565   |   US Internal 17618
christopher.milenkevich@dentons.com
Bio   |   Website

Dentons US LLP
1221 Avenue of the Americas, New York, NY 10020-1089

LuatViet > Fernanda Lopes & Associados > Guevara & Gutierrez > Paz Horowitz Abogados > Sirote > Adepetun Caxton-Martins Agbor & Segun > Davis Brown > East African Law Chambers > Eric Silwamba, Jalasi and Linyama > Durham Jones & Pinegar > LEAD Advogados > For more information on the firms that have come together to form Dentons, go to dentons.com/legacyfirms

Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. This email may be confidential and protected by legal privilege. If you are not the intended recipient, disclosure, copying, distribution and use are prohibited; please notify us immediately and delete this copy from your system. Please see dentons.com for Legal Notices.

**From:** Milenkevich, Christopher
**Sent:** Monday, October 24, 2022 11:48 AM
**To:** Charles McKeen <cmckeen@leechtishman.com>
**Cc:** Lori Schwartz <lschwartz@leechtishman.com>; Richards, Robert E. <robert.richards@dentons.com>; Macksoud, Lauren <lauren.macksoud@dentons.com>; Resnick, Avi M. <avi.resnick@dentons.com>
**Subject:** RE: 85 Flatbush closing

Thanks, Charles – please feel free to call me with any questions as you complete your review.

Chris

**大成 DENTONS**    **Christopher Milenkevich**

What's Next? The answer is Talent. With more than 20,000 people, 12,000 lawyers and 200 locations, Dentons has the talent for what you need, where you need it.

D +1 212 398 7618   |   M +1 917 887 2565   |   US Internal 17618
christopher.milenkevich@dentons.com
Bio   |   Website

Dentons US LLP
1221 Avenue of the Americas, New York, NY 10020-1089

LuatViet > Fernanda Lopes & Associados > Guevara & Gutierrez > Paz Horowitz Abogados > Sirote > Adepetun Caxton-Martins Agbor & Segun > Davis Brown > East African Law Chambers > Eric Silwamba, Jalasi and Linyama > Durham Jones & Pinegar > LEAD Advogados > For more information on the firms that have come together to form Dentons, go to dentons.com/legacyfirms

Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. This email may be confidential and protected by legal privilege. If you are not the intended recipient, disclosure, copying, distribution and use are prohibited; please notify us immediately and delete this copy from your system. Please see dentons.com for Legal Notices.

---

**From:** Charles McKeen <cmckeen@leechtishman.com>
**Sent:** Monday, October 24, 2022 11:32 AM
**To:** Milenkevich, Christopher <christopher.milenkevich@dentons.com>
**Cc:** Lori Schwartz <lschwartz@leechtishman.com>; Richards, Robert E. <robert.richards@dentons.com>; Macksoud, Lauren <lauren.macksoud@dentons.com>; Resnick, Avi M. <avi.resnick@dentons.com>
**Subject:** RE: 85 Flatbush closing

**[WARNING: EXTERNAL SENDER]**

---

Chris:

I'm just reaching out to my bankruptcy partner to check in regarding the status of the closing.  I'll get back to you after I've had a chance to speak with her.  In the interim I will review things in preparation of the closing.

Best regards,

**Charles E. McKeen | Partner**
cmckeen@leechtishmanrb.com



**LEECH TISHMAN ROBINSON BROG, PLLC**
leechtishmanrb.com

875 Third Avenue, 9th Floor
New York, NY 10022
T: 212.603.6300 | M: 646.580.5360 | F: 212.956.2164

Direct: 212.603.6356 | Toll-Free 844.750.1600

**PITTSBURGH | CHICAGO | LOS ANGELES | NEW YORK | PHILADELPHIA | SARASOTA | WASHINGTON, D.C.**

**Privileged and Confidential:**  The information contained in this email is (1) subject to attorney-client privilege; (2) attorney work product; and/or (3) confidential. It is intended only for the individual(s) designated above. You are notified that any use, copying, disclosure or distribution of the information contained in this transmission by anyone other than the recipient(s) named above is unauthorized and strictly prohibited. If you have received this transmission in error, please notify us immediately by telephone at 412.261.1600. Unauthorized interception of this e-mail is a violation of federal criminal law.

*Please note my new email address.*

**From:** Milenkevich, Christopher <christopher.milenkevich@dentons.com>
**Sent:** Monday, October 24, 2022 10:59 AM
**To:** Charles McKeen <cmckeen@leechtishman.com>
**Cc:** Lori Schwartz <lschwartz@leechtishman.com>; Richards, Robert E. <robert.richards@dentons.com>; Macksoud, Lauren <lauren.macksoud@dentons.com>; Resnick, Avi M. <avi.resnick@dentons.com>
**Subject:** RE: 85 Flatbush closing

Charles –

Per the voicemail I left you a few minutes ago, in anticipation of closing 85 Flatbush following expiration of the stay, please find attached a changed page to the Bargain and Sale Deed, adding a RPL § 339-0 (3) statement of use per request of our title company (Royal Abstract / Stewart Title).

Also attached are the tax forms and other closing forms prepared by the title company in preparation for the closing.

Please give me a call back when free to confirm the name of your signatory and otherwise coordinate closing logistics.

Thanks very much,

Chris

**大成 DENTONS**    **Christopher Milenkevich**

What's Next? The answer is Talent. With more than 20,000 people, 12,000 lawyers and 200 locations, Dentons has the talent for what you need, where you need it.

D +1 212 398 7618   |   M +1 917 887 2565   |   US Internal 17618
christopher.milenkevich@dentons.com
Bio   |   Website

Dentons US LLP
1221 Avenue of the Americas, New York, NY 10020-1089

LuatViet > Fernanda Lopes & Associados > Guevara & Gutierrez > Paz Horowitz Abogados > Sirote > Adepetun Caxton-Martins Agbor & Segun > Davis Brown > East African Law Chambers > Eric Silwamba, Jalasi and Linyama > Durham Jones & Pinegar > LEAD Advogados > For more information on the firms that have come together to form Dentons, go to dentons.com/legacyfirms

Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. This email may be confidential and protected by legal privilege. If you are not the intended recipient, disclosure,

copying, distribution and use are prohibited; please notify us immediately and delete this copy from your system.
Please see dentons.com for Legal Notices.

**From:** Milenkevich, Christopher
**Sent:** Friday, October 21, 2022 9:31 AM
**To:** Charles McKeen <cmckeen@leechtishman.com>
**Cc:** Lori Schwartz <lschwartz@leechtishman.com>; Richards, Robert E. <robert.richards@dentons.com>; Macksoud,
Lauren <lauren.macksoud@dentons.com>; Resnick, Avi M. <avi.resnick@dentons.com>
**Subject:** RE: 85 Flatbush closing

Charles –

Further to Bob's e-mail below, attached are the 85 Flatbush Purchase and Sale Agreement and Bargain and Sale Deed,
updated to include references to the Confirmation Order as affirmed.

Blacklines are attached against the versions circulated to you in August (with a file of changed pages only for the
Purchase and Sale Agreement, for your convenience).

Also note that "For Information Only" descriptions were added to the legal descriptions, for the avoidance of doubt.

Regards,

Chris

**大成 DENTONS**    **Christopher Milenkevich**

What's Next? The answer is Talent. With more than 20,000 people, 12,000 lawyers and 200 locations,
Dentons has the talent for what you need, where you need it.

D +1 212 398 7618   |   M +1 917 887 2565   |   US Internal 17618
christopher.milenkevich@dentons.com
Bio   |   Website

Dentons US LLP
1221 Avenue of the Americas, New York, NY 10020-1089

LuatViet > Fernanda Lopes & Associados > Guevara & Gutierrez > Paz Horowitz Abogados > Sirote >
Adepetun Caxton-Martins Agbor & Segun > Davis Brown > East African Law Chambers > Eric
Silwamba, Jalasi and Linyama > Durham Jones & Pinegar > LEAD Advogados > For more information
on the firms that have come together to form Dentons, go to dentons.com/legacyfirms

Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. This
email may be confidential and protected by legal privilege. If you are not the intended recipient, disclosure,
copying, distribution and use are prohibited; please notify us immediately and delete this copy from your system.
Please see dentons.com for Legal Notices.

**From:** Richards, Robert E. <robert.richards@dentons.com>
**Sent:** Friday, October 21, 2022 4:48 AM
**To:** Charles McKeen <cmckeen@leechtishman.com>; Lori Schwartz <lschwartz@leechtishman.com>
**Cc:** Macksoud, Lauren <lauren.macksoud@dentons.com>; Resnick, Avi M. <avi.resnick@dentons.com>; Milenkevich,

Christopher <christopher.milenkevich@dentons.com>
**Subject:** RE: 85 Flatbush closing

Charles – please contact Chris Milenkevich on the closing related items 2-8 listed below and other closing related matters this morning.  The Debtors are required to cooperate with closing under the confirmed Plan, Confirmation Order and Purchase Agreement and as fiduciaries for these estates.  We have not heard from you on these items or other closing related matters since August.

Lori – please (i) file the complete and sworn August and September MORs today, (ii) respond on the questions we discussed on our calls this week, including (a) what happened to the $500K real estate tax escrow in July, 2022, (b) what the current cash on hand and on deposit is in each estate is, (c) what periods of time the $1.9 million payment received earlier this week from NYC/DHS relates to and (d) how much NYC/DHS currently owes to the hotel estate (billed or accrued but unbilled), (iii) provide the copies of the full insurance policies and (iv) advise as to any pending checks/disbursements or planned checks/disbursements today or in the next few days including amounts, who they are payable to and what they relate to and safeguards against improper disbursements.

**大成 DENTONS**  **Robert E. Richards**
Global Chair, Restructuring, Insolvency & Bankruptcy

What's Next? The answer is Talent. With more than 20,000 people, 12,000 lawyers and 200 locations, Dentons has the talent for what you need, where you need it.

D +1 312 876 7396   |   M +1 630 235 2470   |   US Internal 17396
robert.richards@dentons.com
Bio   |   Website

Dentons US LLP
233 South Wacker Drive, Suite 5900, Chicago, IL 60606-6361

LuatViet > Fernanda Lopes & Associados > Guevara & Gutierrez > Paz Horowitz Abogados > Sirote > Adepetun Caxton-Martins Agbor & Segun > Davis Brown > East African Law Chambers > Eric Silwamba, Jalasi and Linyama > Durham Jones & Pinegar > LEAD Advogados > For more information on the firms that have come together to form Dentons, go to dentons.com/legacyfirms

Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. This email may be confidential and protected by legal privilege. If you are not the intended recipient, disclosure, copying, distribution and use are prohibited; please notify us immediately and delete this copy from your system. Please see dentons.com for Legal Notices.

**From:** Milenkevich, Christopher <christopher.milenkevich@dentons.com>
**Sent:** Monday, August 29, 2022 12:29 PM
**To:** Charles McKeen <cmckeen@leechtishman.com>
**Cc:** Lori Schwartz <lschwartz@leechtishman.com>; Richards, Robert E. <robert.richards@dentons.com>; Macksoud, Lauren <lauren.macksoud@dentons.com>; Resnick, Avi M. <avi.resnick@dentons.com>
**Subject:** RE: 85 Flatbush closing

Charles:

Further to our correspondence earlier this month, my client TH Holdco LLC, as prospective purchaser (through one or more nominees) of the 85 Flatbush Avenue Extension (Tillary Hotel) property, would like to make (or, in some cases, re-make) the below requests for items and information relating to the property, in anticipation of a closing of the sale of the property pursuant to the confirmed Plan upon the lifting or expiration of the stay.

As Lori (cc'd here) is aware, some of these items have been requested before but not yet provided, so if you all would please coordinate on securing delivery of those previously-requested items, that would be much appreciated.

After you've had a chance to review the list, please feel free to give me a call to discuss it as needed, and otherwise kindly work with your client to obtain and provide the requested items at your earliest convenience.

Thanks very much,

Chris


**ITEMS/INFORMATION REQUEST LIST**

1. **Monthly Operating Reports**:  June and July MOR's (currently delinquent).

2. **Leases & Contracts**:  Copies of:

   a. All current leases, together with information giving status of same as to (i) occupancy, (ii) rent payment, (iii) any other defaults.
   b. Copies of all current contracts.
   c. Copies of all current permits and current licenses.

3. **Utilities**:

   a. Utility account numbers.
   b. Deposit amounts for each respective utility.

4. **Physical Items for Delivery**:  Current location, and plan for delivery on closing date, of:

   a. Keys.
   b. Printed marketing collateral.

5. **Employee Information**:  Current copies, together with plan for delivery on closing date, of:

   a. List of current employees at the property.
   b. Current Employee Handbook.
   c. Employee files.
   d. Payroll Register with PTO accruals.
   e. Executive Team Member Resumes.
   f. Listing of all EEOC - NYC DOHR and all other labor or wage claims.

6. **Technology**:

   a. List of onsite hardware (computers, servers, network infrastructure, etc.), together with a plan for delivery on closing date of control of the same, including passwords to all computer terminals.
   b. Plan for delivery on closing date of control of reputation management handles and admins including Google My Business Listing.

7. **Intellectual Property**:

   a. Registrant information and account access information for URL's / domains.
   b. Plan for delivery on closing date of control of electronic files for logos and associated trademarks.

14

8. **Financial Information**:  Copies of:

    a.  Current data from existing PMS (Opera).
    b.  Historical loss runs under insurance policies.
    c.  List of historical top 20 accounts.


Regards,

Chris


**大成DENTONS**    Christopher Milenkevich

What's Next? The answer is Talent. With more than 20,000 people, 12,000 lawyers and 200 locations, Dentons has the talent for what you need, where you need it.

D +1 212 398 7618   |   M +1 917 887 2565   |   US Internal 17618
christopher.milenkevich@dentons.com
Bio   |   Website

Dentons US LLP
1221 Avenue of the Americas, New York, NY 10020-1089

LuatViet > Fernanda Lopes & Associados > Guevara & Gutierrez > Paz Horowitz Abogados > Sirote > Adepetun Caxton-Martins Agbor & Segun > Davis Brown > East African Law Chambers > Eric Silwamba, Jalasi and Linyama > Durham Jones & Pinegar > LEAD Advogados > For more information on the firms that have come together to form Dentons, go to dentons.com/legacyfirms

Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. This email may be confidential and protected by legal privilege. If you are not the intended recipient, disclosure, copying, distribution and use are prohibited; please notify us immediately and delete this copy from your system. Please see dentons.com for Legal Notices.

---

**From:** Milenkevich, Christopher
**Sent:** Wednesday, August 03, 2022 3:32 PM
**To:** Charles McKeen <cmckeen@leechtishman.com>
**Cc:** Lori Schwartz <lschwartz@leechtishman.com>; Richards, Robert E. <robert.richards@dentons.com>; Macksoud, Lauren <lauren.macksoud@dentons.com>; Resnick, Avi M. <avi.resnick@dentons.com>
**Subject:** RE: 85 Flatbush closing

Charles –

Further to our conversation yesterday and my e-mail below, please find attached execution versions of the purchase and sale documents for the 85 Flatbush closing:

- Purchase and Sale Agreement
- Bargain and Sale Deed
- Bill of Sale (Hotel and Commercial Units)
- Bill of Sale (Residential Unit)
- Assignment and Assumption of Lease and Security Deposit

Also attached is a .pdf signature page packet that you can print and have executed. I am checking with the title company as to what address executed pages should be sent to be held in escrow, and will advise as soon as I hear back from them.

Blacklines are attached against the final form of each document from the Confirmation Order, to show completion of the names of TH Holdco LLC's designees, completion of other blanks and brackets with appropriate Docket references etc., and updates to reflect that the Confirmation Order has been entered, as well as to reflect the role of JLL as broker.

In particular, please note that there are two Bills of Sale, as a separate designee entity is acquiring the personal property for the Hotel and Commercial Unit versus the Residential Unit.

Pending Lori's confirmation from the Sellers' management company, we have indicated in the Assignment and Assumption of Lease and Security Deposit that there are $0 of security deposits held, since we do not believe there is any security deposit under the DHS lease (Hotel Use Agreement), which is the only lease being assumed by the Purchaser.

Please feel free to call me with any questions.

Regards,

Chris

**DENTONS**    **Christopher Milenkevich**

What's Next? The answer is Talent. With more than 20,000 people, 12,000 lawyers and 200 locations, Dentons has the talent for what you need, where you need it.

D +1 212 398 7618   |   M +1 917 887 2565   |   US Internal 17618
christopher.milenkevich@dentons.com
Bio   |   Website

Dentons US LLP
1221 Avenue of the Americas, New York, NY 10020-1089

LuatViet > Fernanda Lopes & Associados > Guevara & Gutierrez > Paz Horowitz Abogados > Sirote > Adepetun Caxton-Martins Agbor & Segun > Davis Brown > East African Law Chambers > Eric Silwamba, Jalasi and Linyama > Durham Jones & Pinegar > LEAD Advogados > For more information on the firms that have come together to form Dentons, go to dentons.com/legacyfirms

Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. This email may be confidential and protected by legal privilege. If you are not the intended recipient, disclosure, copying, distribution and use are prohibited; please notify us immediately and delete this copy from your system. Please see dentons.com for Legal Notices.

**From:** Milenkevich, Christopher
**Sent:** Tuesday, August 02, 2022 12:50 PM
**To:** Charles McKeen <cmckeen@leechtishman.com>
**Cc:** Lori Schwartz <lschwartz@leechtishman.com>; Richards, Robert E. <robert.richards@dentons.com>; Macksoud, Lauren <lauren.macksoud@dentons.com>; Resnick, Avi M. <avi.resnick@dentons.com>
**Subject:** RE: 85 Flatbush closing

Charles –

Thank you for speaking with me just now.  As discussed, attached is a copy of the Order confirming the creditor's plan providing for sale of the Tillary Hotel (85 Flatbush Avenue Extension, Brooklyn, NY).

The approved Purchase and Sale Agreement (PSA) is attached as Exhibit 2 to the Order, and Schedule IV to the PSA sets forth the Seller closing document deliverables.  The form of Deed and other instruments of transfer are also attached as Exhibits A through C to the PSA.

We are currently preparing execution version of the PSA and the instruments of transfer.  **To that end, could you please provide us with the current signature blocks for each Seller entity, and we can then turn around to you a signature page packet for execution?**

I'll send a separate e-mail looping you in with the Fidelity team who will be assisting with this closing.

I look forward to working with you on this.

Thanks,

Chris

大成 DENTONS    **Christopher Milenkevich**

What's Next? The answer is Talent. With more than 20,000 people, 12,000 lawyers and 200 locations, Dentons has the talent for what you need, where you need it.

D +1 212 398 7618   |   M +1 917 887 2565   |   US Internal 17618
christopher.milenkevich@dentons.com
Bio   |   Website

Dentons US LLP
1221 Avenue of the Americas, New York, NY 10020-1089

LuatViet > Fernanda Lopes & Associados > Guevara & Gutierrez > Paz Horowitz Abogados > Sirote > Adepetun Caxton-Martins Agbor & Segun > Davis Brown > East African Law Chambers > Eric Silwamba, Jalasi and Linyama > Durham Jones & Pinegar > LEAD Advogados > For more information on the firms that have come together to form Dentons, go to dentons.com/legacyfirms

Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. This email may be confidential and protected by legal privilege. If you are not the intended recipient, disclosure, copying, distribution and use are prohibited; please notify us immediately and delete this copy from your system. Please see dentons.com for Legal Notices.

---

**From:** Lori Schwartz <lschwartz@leechtishman.com>
**Sent:** Tuesday, August 02, 2022 10:47 AM
**To:** Milenkevich, Christopher <christopher.milenkevich@dentons.com>
**Cc:** Charles McKeen <cmckeen@leechtishman.com>
**Subject:** 85 Flatbush closing

**[WARNING: EXTERNAL SENDER]**

Chris,

My partner, Charlie McKeen, copied here, will be handling the closing on the 85 Flatbush matters.  Here is his complete contact info:

**Charles E. McKeen | Partner**
cmckeen@leechtishmanrb.com



**LEECH TISHMAN ROBINSON BROG, PLLC**
leechtishmanrb.com

875 Third Avenue, 9th Floor
New York, NY 10022
T: 212.603.6300 | M: 646.580.5360 | F: 212.956.2164
Direct: 212.603.6356 | Toll-Free 844.750.1600

You can also reach out to me with any questions.

Thank you,

**Lori Schwartz | Partner**
lschwartz@leechtishmanrb.com



**LEECH TISHMAN ROBINSON BROG, PLLC**
leechtishmanrb.com

875 Third Avenue, 9th Floor
New York, NY 10022
T: 212.603.6300 | F: 212.956.2164
Direct: 212.603.6334 | Toll-Free 844.750.1600

**PITTSBURGH  |  CHICAGO  |  LOS ANGELES  |  NEW YORK  |  PHILADELPHIA  |  SARASOTA  |  WASHINGTON, D.C.**

**Privileged and Confidential:**  The information contained in this email is (1) subject to attorney-client privilege; (2) attorney work product; and/or (3) confidential. It is intended only for the individual(s) designated above. You are notified that any use, copying, disclosure or distribution of the information contained in this transmission by anyone other than the recipient(s) named above is unauthorized and strictly prohibited. If you have received this transmission in error, please notify us immediately by telephone at 412.261.1600. Unauthorized interception of this e-mail is a violation of federal criminal law.

*Please note my new email address.*

**From:** Lori Schwartz <lschwartz@leechtishman.com>
**Sent:** Monday, November 07, 2022 1:54 PM
**To:** Richards, Robert E. <robert.richards@dentons.com>; Charles McKeen <cmckeen@leechtishman.com>
**Cc:** Macksoud, Lauren <lauren.macksoud@dentons.com>; Milenkevich, Christopher
<christopher.milenkevich@dentons.com>; Resnick, Avi M. <avi.resnick@dentons.com>
**Subject:** RE: 85 Flatbush closing - Open Items

**[WARNING: EXTERNAL SENDER]**

See attached spreadsheet received from management of bank transactions for the Nov MTD operating account.  We are advised that the other accounts had no activity.

Regarding planned disbursements, the utility invoices will be generated around Nov 10th and in addition to that there will be 75k in payables this week.   I have requested they generate a list.
I am advised this amount does not include payroll for the past pay period.

Josh Spillman will meet James Cole at the premises for the turnover of keys, etc.:
josh@thetillaryhotel.com


**Lori Schwartz | Partner**
lschwartz@leechtishmanrb.com



**LEECH TISHMAN ROBINSON BROG, PLLC**
leechtishmanrb.com

875 Third Avenue, 9th Floor
New York, NY 10022
T: 212.603.6300 | F: 212.956.2164
Direct: 212.603.6334 | Toll-Free 844.750.1600

**PITTSBURGH | CHICAGO | LOS ANGELES | NEW YORK | PHILADELPHIA | SARASOTA | WASHINGTON, D.C.**

**Privileged and Confidential:**   The information contained in this email is (1) subject to attorney-client privilege; (2) attorney work product; and/or (3) confidential. It is intended only for the individual(s) designated above. You are notified that any use, copying, disclosure or distribution of the information contained in this transmission by anyone other than the recipient(s) named above is unauthorized and strictly prohibited. If you have received this transmission in error, please notify us immediately by telephone at 412.261.1600. Unauthorized interception of this e-mail is a violation of federal criminal law.

*Please note my new email address.*

**From:** Lori Schwartz
**Sent:** Monday, November 7, 2022 12:33 PM
**To:** Richards, Robert E. <robert.richards@dentons.com>; Charles McKeen <cmckeen@leechtishman.com>
**Cc:** Macksoud, Lauren <lauren.macksoud@dentons.com>; Milenkevich, Christopher

<christopher.milenkevich@dentons.com>; Resnick, Avi M. <avi.resnick@dentons.com>
**Subject:** RE: 85 Flatbush closing - Open Items

   A.  1(iii) payment was from Exodus
       2(i) we are advised this is a month to month agreement.  We do not have a copy of any written agreement or contract.
       3(iii) and (iv) – requested, will follow up
       4 – requested, will follow up
       5(i) – requested, will follow up
       5(ii),  (iv)  and (viii)– this are new requests that I will forward on now
       5 (vii) and (xi) – requested, will follow up
   B.  1 and 2 – David Goldwasser to sign.  My understanding is that Charlie and Chris are in touch on this and the documents are ready to be signed.
       3 and 4 – requested, will follow up.


Thank you,

**Lori Schwartz | Partner**
lschwartz@leechtishmanrb.com



**LEECH TISHMAN ROBINSON BROG, PLLC**
leechtishmanrb.com

875 Third Avenue, 9th Floor
New York, NY 10022
T: 212.603.6300 | F: 212.956.2164
Direct: 212.603.6334 | Toll-Free 844.750.1600

**PITTSBURGH | CHICAGO | LOS ANGELES | NEW YORK | PHILADELPHIA | SARASOTA | WASHINGTON, D.C.**

**Privileged and Confidential:** The information contained in this email is (1) subject to attorney-client privilege; (2) attorney work product; and/or (3) confidential. It is intended only for the individual(s) designated above. You are notified that any use, copying, disclosure or distribution of the information contained in this transmission by anyone other than the recipient(s) named above is unauthorized and strictly prohibited. If you have received this transmission in error, please notify us immediately by telephone at 412.261.1600. Unauthorized interception of this e-mail is a violation of federal criminal law.

*Please note my new email address.*

---

**From:** Richards, Robert E. <robert.richards@dentons.com>
**Sent:** Monday, November 7, 2022 11:13 AM
**To:** Lori Schwartz <lschwartz@leechtishman.com>; Charles McKeen <cmckeen@leechtishman.com>
**Cc:** Macksoud, Lauren <lauren.macksoud@dentons.com>; Milenkevich, Christopher <christopher.milenkevich@dentons.com>; Resnick, Avi M. <avi.resnick@dentons.com>
**Subject:** RE: 85 Flatbush closing - Open Items

Below in <mark>yellow</mark> is what I am showing as still open items.


 **Robert E. Richards**
Global Chair, Restructuring, Insolvency & Bankruptcy

What's Next? The answer is Talent. With more than 20,000 people, 12,000 lawyers and 200 locations, Dentons has the talent for what you need, where you need it.

D +1 312 876 7396   |   M +1 630 235 2470   |   US Internal 17396
robert.richards@dentons.com
Bio   |   Website

Dentons US LLP
233 South Wacker Drive, Suite 5900, Chicago, IL 60606-6361

LuatViet > Fernanda Lopes & Associados > Guevara & Gutierrez > Paz Horowitz Abogados > Sirote > Adepetun Caxton-Martins Agbor & Segun > Davis Brown > East African Law Chambers > Eric Silwamba, Jalasi and Linyama > Durham Jones & Pinegar > LEAD Advogados > For more information on the firms that have come together to form Dentons, go to dentons.com/legacyfirms

Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. This email may be confidential and protected by legal privilege. If you are not the intended recipient, disclosure, copying, distribution and use are prohibited; please notify us immediately and delete this copy from your system. Please see dentons.com for Legal Notices.

---

**From:** Lori Schwartz <lschwartz@leechtishman.com>
**Sent:** Sunday, November 06, 2022 8:21 AM
**To:** Milenkevich, Christopher <christopher.milenkevich@dentons.com>; Charles McKeen <cmckeen@leechtishman.com>
**Cc:** Richards, Robert E. <robert.richards@dentons.com>; Macksoud, Lauren <lauren.macksoud@dentons.com>
**Subject:** RE: 85 Flatbush closing - Open Items

**[WARNING: EXTERNAL SENDER]**

---

See below and attached items responsive to checklist items A. 1(iii) and 1(iv), 2(ii) and (iii), 3(vi), 5(iii), (iv), (vi), (viii), (ix) and (x).

Information will continue be provided on a rolling basis as it is received.

Thank you,

**Lori Schwartz | Partner**
lschwartz@leechtishmanrb.com



**LEECH TISHMAN ROBINSON BROG, PLLC**
leechtishmanrb.com

875 Third Avenue, 9th Floor
New York, NY 10022
T: 212.603.6300 | F: 212.956.2164
Direct: 212.603.6334 | Toll-Free 844.750.1600

**PITTSBURGH | CHICAGO | LOS ANGELES | NEW YORK | PHILADELPHIA | SARASOTA | WASHINGTON, D.C.**

**Privileged and Confidential:**  The information contained in this email is (1) subject to attorney-client privilege; (2) attorney work product; and/or (3) confidential. It is intended only for the individual(s) designated above. You are notified that any use, copying, disclosure or distribution of the information contained in this transmission by anyone other than the recipient(s) named above is unauthorized and strictly prohibited. If you have received this transmission in error, please notify us immediately by telephone at 412.261.1600. Unauthorized interception of this e-mail is a violation of federal criminal law.

*Please note my new email address.*

**From:** Milenkevich, Christopher <christopher.milenkevich@dentons.com>
**Sent:** Friday, October 28, 2022 4:13 PM
**To:** Charles McKeen <cmckeen@leechtishman.com>; Lori Schwartz <lschwartz@leechtishman.com>
**Cc:** Richards, Robert E. <robert.richards@dentons.com>; Macksoud, Lauren <lauren.macksoud@dentons.com>
**Subject:** RE: 85 Flatbush closing - Open Items

Charles & Lori –

To keep organized as we move towards the 85 Flatbush closing, below is my list of open items and requests.  Kindly forward these items and information as soon as you have them available.

Note that this list remains subject to update.

**OPEN ITEMS**

**A.  Requested Information and Documents**

1.  Leases/DHS

    i.  Copies of current leases for the two occupied units, 8A and 11F (understanding from Lori that such leases are now month-to-month).

    ii.  Confirmation whether there are any defaults under such leases.

    iii.  Detail on what time period the recent payment from NYDHS relates to.  Payment of $1,928,240 was for May, June and July 2022 WAS THIS PAYMENT FROM NYDHS OR EXODUS OR SOMEONE ELSE

    iv.  Information on amounts accrued but not invoiced to DHS, and timing and process for invoicing the same.  $1,273,680 is due for August and September 2022, see attached invoices.  We are advised $647,280 is due for October 2022 and will be invoiced next week.

2.  Contracts, Permits and Licenses

    i.  Copies of all current contracts (understanding that copies of various contracts have been provided in the past; please confirm which, if any, contracts remain effective). HAVE ALL CONTRACTS NOW BEEN PROVIDED.  IS THERE ANY CONTRACT WITH EXODUS?

    ii.  Copies of all current permits and licenses, if any (understanding that copies of various permits and licenses have been provided in the past; please confirm which, if any, contracts remain effective).  See attached.

    iii.  Copy of the current liquor license (if any), and information regarding its status (in light of statements made in court that the same has not expired). See attached.  We are advised liquor license is under renewal

3.  Employee Information:

    i.  List of current employees working at or in relation to the Properties.

    ii.  Current employee handbook.

    iii.  Employee files.

    iv.  Payroll register with paid time off (PTO) accruals.

    v.  Executive team member resumes.

    vi.  List of all Equal Employment Opportunity Commission (EEOC) claims, New York Department of Human Resources (DOHR) claims, and all other labor or wage claims. none

4.  Hardware:  List of onsite hardware (e.g., computers, servers, and network infrastructure).

5.  Financial/Operational Information:

    i.  August 2022 and September 2022 monthly operating reports with corresponding bank statement attachments and affidavits of post-confirmation disbursements.

    ii.  Month-to-date October 2022 bank statements (online version is fine).  NOVEMBER MTD ONLINE BANK STATEMENTS

    iii.  Statement of total cash on hand by Estate.

| | |
|---|---|
| Hotel - Operating Account ending in 2783 | $125,644.75 |
| Restaurant Operating Account ending in 2791 | $100.12 |
| Hotel - Depository Account ending in 2808 | $41.18 |
| FFE Reserves Account ending in 3848 | $11.98 |
| Travel Agency Account ending in 1079 | $10.00 |
| Legal Tax Reserve Account ending in 1417 | $375.32 |
| Mezz Account ending in 2767 | $9.46 |
| Residential Account ending in 2775 | $34.32 |

    iv.  List of pending disbursements and any further planned disbursements prior to the closing date by Estate.  See attached outstanding check schedules  PLEASE UPDATE TO TODAY

    v.  All open post-petition invoices and payment information related to post-petition vendors and suppliers by Estate.

    vi.  Current funding level in each reserve account.  See above chart

    vii.  Information on what any reserve funds already disbursed in 2022 were used to pay, including, without limitation, from the real estate tax reserve account.

    viii.  Information regarding the nature and purpose of disbursements to Greater Shield.  We are advised that Greater Shield provides contract labor service for front desk, housekeeping, security and cleaning supplies  ANY CONNECTIONS WITH DEBTORS INSIDERS

    ix.  Current data from existing PMS (Opera Hotel Property Management Solutions)  we are advised that nothing is currently being recorded in OPERA

    x.  Historical loss runs under all insurance policies. none

xi.  List of the historical top twenty accounts.

**B.  Closing Items**

1.  Closing Logistics:

a.  Date and time of closing. SET PER LAST WEEK'S PHONE CALL WITH THE TITLE COMPANY AT 10 AM ON WEDNESDAY, NOVEMBER 9 AT DENTONS NY OFFICE WITH SIGNATURES BEING DELIVERED IN ADVANCE ON TUESDAY

b.  Place of closing (we suggest Dentons's offices at 1221 Avenue of the Americas in Manhattan).

c.  Name and title of authorized signatory for the Sellers.

2.  Closing Documents:

*Please confirm that the Sellers are prepared to execute these documents in the respective forms previously provided AND TO SIGN AND DELIVER ON TUESDAY:*

a.  Purchase and Sale Agreement

b.  Bargain and Sale Deed

c.  Bill of Sale (Hotel and Commercial Units)

d.  Bill of Sale (Residential Unit)

e.  Assignment and Assumption of Lease and Security Deposit

f.  Affidavit in Lieu of Registration Statement – NYC HPD
    i.  Lot 1201
    ii.  Lot 1202
    iii.  Lot 1203

g.  Affidavit of Compliance with Smoke Detector Requirement

h.  Real Property Transfer Tax Return (NYC) and related Certification

i.  Real Property Transfer Report (NYS) and related Certification

j.  Combined Real Estate Transfer Tax Return

3.  Flow of Funds:

a.  Confirmation that all cash on hand and reserves of the Sellers will be funded into the closing escrow.

b.  List of payment addresses/information for all of the vendors or other creditors to whom payments are to be made at closing pursuant to the Plan.  (We have the invoice from JLL that Lori forwarded.)

4.  Deliverables:  NEED NAME AND CONTACT INFORMATION FOR PERSON JAMES COLE OF OHANA SHOULD MEET AT THE PROPERTY ON WEDNESDAY MORNING

   a.  Keys

   b.  All printed marketing materials.

   c.  Computer Systems:

      i.  Passwords to onsite hardware.

      ii.  Reputation management handles and administration, including Google My Business Listing.

      iii.  Registrant information and account access information for all URLs and domains.

Feel free to call me with any questions regarding the above.

Regards,

Chris

**DENTONS** **Christopher Milenkevich**

What's Next? The answer is Talent. With more than 20,000 people, 12,000 lawyers and 200 locations, Dentons has the talent for what you need, where you need it.

D +1 212 398 7618  |  M +1 917 887 2565  |  US Internal 17618
christopher.milenkevich@dentons.com
Bio  |  Website

Dentons US LLP
1221 Avenue of the Americas, New York, NY 10020-1089

LuatViet > Fernanda Lopes & Associados > Guevara & Gutierrez > Paz Horowitz Abogados > Sirote > Adepetun Caxton-Martins Agbor & Segun > Davis Brown > East African Law Chambers > Eric Silwamba, Jalasi and Linyama > Durham Jones & Pinegar > LEAD Advogados > For more information on the firms that have come together to form Dentons, go to dentons.com/legacyfirms

Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. This email may be confidential and protected by legal privilege. If you are not the intended recipient, disclosure, copying, distribution and use are prohibited; please notify us immediately and delete this copy from your system. Please see dentons.com for Legal Notices.

**From:** Milenkevich, Christopher
**Sent:** Thursday, October 27, 2022 5:06 PM
**To:** Charles McKeen <cmckeen@leechtishman.com>
**Cc:** Lori Schwartz <lschwartz@leechtishman.com>; Richards, Robert E. <robert.richards@dentons.com>; Macksoud, Lauren <lauren.macksoud@dentons.com>; Resnick, Avi M. <avi.resnick@dentons.com>
**Subject:** RE: 85 Flatbush closing

Hi Charles –

Per my voicemail, in light of your client's authorization to close the 85 Flatbush transaction, could you please give me a call to discuss closing logistics?

We'd like to set a date, time and place for the closing so that we can line up a title company closer, notary etc.

Thanks very much,

Chris


**大成 DENTONS**    **Christopher Milenkevich**

What's Next? The answer is Talent. With more than 20,000 people, 12,000 lawyers and 200 locations, Dentons has the talent for what you need, where you need it.

D +1 212 398 7618   |   M +1 917 887 2565   |   US Internal 17618
christopher.milenkevich@dentons.com
Bio   |   Website

Dentons US LLP
1221 Avenue of the Americas, New York, NY 10020-1089

LuatViet > Fernanda Lopes & Associados > Guevara & Gutierrez > Paz Horowitz Abogados > Sirote > Adepetun Caxton-Martins Agbor & Segun > Davis Brown > East African Law Chambers > Eric Silwamba, Jalasi and Linyama > Durham Jones & Pinegar > LEAD Advogados > For more information on the firms that have come together to form Dentons, go to dentons.com/legacyfirms

Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. This email may be confidential and protected by legal privilege. If you are not the intended recipient, disclosure, copying, distribution and use are prohibited; please notify us immediately and delete this copy from your system. Please see dentons.com for Legal Notices.

---

**From:** Milenkevich, Christopher
**Sent:** Monday, October 24, 2022 11:48 AM
**To:** Charles McKeen <cmckeen@leechtishman.com>
**Cc:** Lori Schwartz <lschwartz@leechtishman.com>; Richards, Robert E. <robert.richards@dentons.com>; Macksoud, Lauren <lauren.macksoud@dentons.com>; Resnick, Avi M. <avi.resnick@dentons.com>
**Subject:** RE: 85 Flatbush closing

Thanks, Charles – please feel free to call me with any questions as you complete your review.

Chris


**大成 DENTONS**    **Christopher Milenkevich**

What's Next? The answer is Talent. With more than 20,000 people, 12,000 lawyers and 200 locations, Dentons has the talent for what you need, where you need it.

D +1 212 398 7618   |   M +1 917 887 2565   |   US Internal 17618
christopher.milenkevich@dentons.com
Bio   |   Website

Dentons US LLP
1221 Avenue of the Americas, New York, NY 10020-1089

LuatViet > Fernanda Lopes & Associados > Guevara & Gutierrez > Paz Horowitz Abogados > Sirote > Adepetun Caxton-Martins Agbor & Segun > Davis Brown > East African Law Chambers > Eric Silwamba, Jalasi and Linyama > Durham Jones & Pinegar > LEAD Advogados > For more information on the firms that have come together to form Dentons, go to dentons.com/legacyfirms

Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. This email may be confidential and protected by legal privilege. If you are not the intended recipient, disclosure, copying, distribution and use are prohibited; please notify us immediately and delete this copy from your system. Please see dentons.com for Legal Notices.

---

**From:** Charles McKeen <cmckeen@leechtishman.com>
**Sent:** Monday, October 24, 2022 11:32 AM
**To:** Milenkevich, Christopher <christopher.milenkevich@dentons.com>
**Cc:** Lori Schwartz <lschwartz@leechtishman.com>; Richards, Robert E. <robert.richards@dentons.com>; Macksoud, Lauren <lauren.macksoud@dentons.com>; Resnick, Avi M. <avi.resnick@dentons.com>
**Subject:** RE: 85 Flatbush closing

**[WARNING: EXTERNAL SENDER]**

Chris:

I'm just reaching out to my bankruptcy partner to check in regarding the status of the closing.  I'll get back to you after I've had a chance to speak with her.  In the interim I will review things in preparation of the closing.

Best regards,

**Charles E. McKeen | Partner**
cmckeen@leechtishmanrb.com



**LEECH TISHMAN ROBINSON BROG, PLLC**
leechtishmanrb.com

875 Third Avenue, 9th Floor
New York, NY 10022
T: 212.603.6300 | M: 646.580.5360 | F: 212.956.2164
Direct: 212.603.6356 | Toll-Free 844.750.1600

**PITTSBURGH | CHICAGO | LOS ANGELES | NEW YORK | PHILADELPHIA | SARASOTA | WASHINGTON, D.C.**

**Privileged and Confidential:**  The information contained in this email is (1) subject to attorney-client privilege; (2) attorney work product; and/or (3) confidential. It is intended only for the individual(s) designated above. You are notified that any use, copying, disclosure or distribution of the information contained in this transmission by anyone other than the recipient(s) named above is unauthorized and strictly prohibited. If you have received this transmission in error, please notify us immediately by telephone at 412.261.1600. Unauthorized interception of this e-mail is a violation of federal criminal law.

*Please note my new email address.*

**From:** Milenkevich, Christopher <christopher.milenkevich@dentons.com>
**Sent:** Monday, October 24, 2022 10:59 AM
**To:** Charles McKeen <cmckeen@leechtishman.com>
**Cc:** Lori Schwartz <lschwartz@leechtishman.com>; Richards, Robert E. <robert.richards@dentons.com>; Macksoud,

Lauren <lauren.macsoud@dentons.com>; Resnick, Avi M. <avi.resnick@dentons.com>
**Subject:** RE: 85 Flatbush closing

Charles –

Per the voicemail I left you a few minutes ago, in anticipation of closing 85 Flatbush following expiration of the stay, please find attached a changed page to the Bargain and Sale Deed, adding a RPL § 339-0 (3) statement of use per request of our title company (Royal Abstract / Stewart Title).

Also attached are the tax forms and other closing forms prepared by the title company in preparation for the closing.

Please give me a call back when free to confirm the name of your signatory and otherwise coordinate closing logistics.

Thanks very much,

Chris

**DENTONS**

**Christopher Milenkevich**

What's Next? The answer is Talent. With more than 20,000 people, 12,000 lawyers and 200 locations, Dentons has the talent for what you need, where you need it.

D +1 212 398 7618   |   M +1 917 887 2565   |   US Internal 17618
christopher.milenkevich@dentons.com
Bio   |   Website

Dentons US LLP
1221 Avenue of the Americas, New York, NY 10020-1089

LuatViet > Fernanda Lopes & Associados > Guevara & Gutierrez > Paz Horowitz Abogados > Sirote > Adepetun Caxton-Martins Agbor & Segun > Davis Brown > East African Law Chambers > Eric Silwamba, Jalasi and Linyama > Durham Jones & Pinegar > LEAD Advogados > For more information on the firms that have come together to form Dentons, go to dentons.com/legacyfirms

Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. This email may be confidential and protected by legal privilege. If you are not the intended recipient, disclosure, copying, distribution and use are prohibited; please notify us immediately and delete this copy from your system. Please see dentons.com for Legal Notices.

---

**From:** Milenkevich, Christopher
**Sent:** Friday, October 21, 2022 9:31 AM
**To:** Charles McKeen <cmckeen@leechtishman.com>
**Cc:** Lori Schwartz <lschwartz@leechtishman.com>; Richards, Robert E. <robert.richards@dentons.com>; Macsoud, Lauren <lauren.macsoud@dentons.com>; Resnick, Avi M. <avi.resnick@dentons.com>
**Subject:** RE: 85 Flatbush closing

Charles –

Further to Bob's e-mail below, attached are the 85 Flatbush Purchase and Sale Agreement and Bargain and Sale Deed, updated to include references to the Confirmation Order as affirmed.

Blacklines are attached against the versions circulated to you in August (with a file of changed pages only for the Purchase and Sale Agreement, for your convenience).

Also note that "For Information Only" descriptions were added to the legal descriptions, for the avoidance of doubt.

Regards,

Chris

大成 DENTONS    **Christopher Milenkevich**

What's Next? The answer is Talent. With more than 20,000 people, 12,000 lawyers and 200 locations, Dentons has the talent for what you need, where you need it.

D +1 212 398 7618   |   M +1 917 887 2565   |   US Internal 17618
christopher.milenkevich@dentons.com
Bio   |   Website

Dentons US LLP
1221 Avenue of the Americas, New York, NY 10020-1089

LuatViet > Fernanda Lopes & Associados > Guevara & Gutierrez > Paz Horowitz Abogados > Sirote > Adepetun Caxton-Martins Agbor & Segun > Davis Brown > East African Law Chambers > Eric Silwamba, Jalasi and Linyama > Durham Jones & Pinegar > LEAD Advogados > For more information on the firms that have come together to form Dentons, go to dentons.com/legacyfirms

Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. This email may be confidential and protected by legal privilege. If you are not the intended recipient, disclosure, copying, distribution and use are prohibited; please notify us immediately and delete this copy from your system. Please see dentons.com for Legal Notices.

---

**From:** Richards, Robert E. <robert.richards@dentons.com>
**Sent:** Friday, October 21, 2022 4:48 AM
**To:** Charles McKeen <cmckeen@leechtishman.com>; Lori Schwartz <lschwartz@leechtishman.com>
**Cc:** Macksoud, Lauren <lauren.macksoud@dentons.com>; Resnick, Avi M. <avi.resnick@dentons.com>; Milenkevich, Christopher <christopher.milenkevich@dentons.com>
**Subject:** RE: 85 Flatbush closing

Charles – please contact Chris Milenkevich on the closing related items 2-8 listed below and other closing related matters this morning.  The Debtors are required to cooperate with closing under the confirmed Plan, Confirmation Order and Purchase Agreement and as fiduciaries for these estates.  We have not heard from you on these items or other closing related matters since August.

Lori – please (i) file the complete and sworn August and September MORs today, (ii) respond on the questions we discussed on our calls this week, including (a) what happened to the $500K real estate tax escrow in July, 2022, (b) what the current cash on hand and on deposit is in each estate is, (c) what periods of time the $1.9 million payment received earlier this week from NYC/DHS relates to and (d) how much NYC/DHS currently owes to the hotel estate (billed or accrued but unbilled), (iii) provide the copies of the full insurance policies and (iv) advise as to any pending checks/disbursements or planned checks/disbursements today or in the next few days including amounts, who they are payable to and what they relate to and safeguards against improper disbursements.

**DENTONS**    **Robert E. Richards**
Global Chair, Restructuring, Insolvency & Bankruptcy

What's Next? The answer is Talent. With more than 20,000 people, 12,000 lawyers and 200 locations, Dentons has the talent for what you need, where you need it.

D +1 312 876 7396   |   M +1 630 235 2470   |   US Internal 17396
robert.richards@dentons.com
Bio   |   Website

Dentons US LLP
233 South Wacker Drive, Suite 5900, Chicago, IL 60606-6361

LuatViet > Fernanda Lopes & Associados > Guevara & Gutierrez > Paz Horowitz Abogados > Sirote > Adepetun Caxton-Martins Agbor & Segun > Davis Brown > East African Law Chambers > Eric Silwamba, Jalasi and Linyama > Durham Jones & Pinegar > LEAD Advogados > For more information on the firms that have come together to form Dentons, go to dentons.com/legacyfirms

Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. This email may be confidential and protected by legal privilege. If you are not the intended recipient, disclosure, copying, distribution and use are prohibited; please notify us immediately and delete this copy from your system. Please see dentons.com for Legal Notices.

**From:** Milenkevich, Christopher <christopher.milenkevich@dentons.com>
**Sent:** Monday, August 29, 2022 12:29 PM
**To:** Charles McKeen <cmckeen@leechtishman.com>
**Cc:** Lori Schwartz <lschwartz@leechtishman.com>; Richards, Robert E. <robert.richards@dentons.com>; Macksoud, Lauren <lauren.macksoud@dentons.com>; Resnick, Avi M. <avi.resnick@dentons.com>
**Subject:** RE: 85 Flatbush closing

Charles:

Further to our correspondence earlier this month, my client TH Holdco LLC, as prospective purchaser (through one or more nominees) of the 85 Flatbush Avenue Extension (Tillary Hotel) property, would like to make (or, in some cases, re-make) the below requests for items and information relating to the property, in anticipation of a closing of the sale of the property pursuant to the confirmed Plan upon the lifting or expiration of the stay.

As Lori (cc'd here) is aware, some of these items have been requested before but not yet provided, so if you all would please coordinate on securing delivery of those previously-requested items, that would be much appreciated.

After you've had a chance to review the list, please feel free to give me a call to discuss it as needed, and otherwise kindly work with your client to obtain and provide the requested items at your earliest convenience.

Thanks very much,

Chris


**ITEMS/INFORMATION REQUEST LIST**

1.  **Monthly Operating Reports**:  June and July MOR's (currently delinquent).

2.  **Leases & Contracts**:  Copies of:

a. All current leases, together with information giving status of same as to (i) occupancy, (ii) rent payment, (iii) any other defaults.
b. Copies of all current contracts.
c. Copies of all current permits and current licenses.

3. **Utilities**:

a. Utility account numbers.
b. Deposit amounts for each respective utility.

4. **Physical Items for Delivery**:  Current location, and plan for delivery on closing date, of:

a. Keys.
b. Printed marketing collateral.

5. **Employee Information**:  Current copies, together with plan for delivery on closing date, of:

a. List of current employees at the property.
b. Current Employee Handbook.
c. Employee files.
d. Payroll Register with PTO accruals.
e. Executive Team Member Resumes.
f. Listing of all EEOC - NYC DOHR and all other labor or wage claims.

6. **Technology**:

a. List of onsite hardware (computers, servers, network infrastructure, etc.), together with a plan for delivery on closing date of control of the same, including passwords to all computer terminals.
b. Plan for delivery on closing date of control of reputation management handles and admins including Google My Business Listing.

7. **Intellectual Property**:

a. Registrant information and account access information for URL's / domains.
b. Plan for delivery on closing date of control of electronic files for logos and associated trademarks.

8. **Financial Information**:  Copies of:

a. Current data from existing PMS (Opera).
b. Historical loss runs under insurance policies.
c. List of historical top 20 accounts.


Regards,

Chris


**DENTONS**    Christopher Milenkevich

What's Next? The answer is Talent. With more than 20,000 people, 12,000 lawyers and 200 locations,

Dentons has the talent for what you need, where you need it.

D +1 212 398 7618   |   M +1 917 887 2565   |   US Internal 17618
christopher.milenkevich@dentons.com
Bio   |   Website

Dentons US LLP
1221 Avenue of the Americas, New York, NY 10020-1089

LuatViet > Fernanda Lopes & Associados > Guevara & Gutierrez > Paz Horowitz Abogados > Sirote > Adepetun Caxton-Martins Agbor & Segun > Davis Brown > East African Law Chambers > Eric Silwamba, Jalasi and Linyama > Durham Jones & Pinegar > LEAD Advogados > For more information on the firms that have come together to form Dentons, go to dentons.com/legacyfirms

Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. This email may be confidential and protected by legal privilege. If you are not the intended recipient, disclosure, copying, distribution and use are prohibited; please notify us immediately and delete this copy from your system. Please see dentons.com for Legal Notices.

---

**From:** Milenkevich, Christopher
**Sent:** Wednesday, August 03, 2022 3:32 PM
**To:** Charles McKeen <cmckeen@leechtishman.com>
**Cc:** Lori Schwartz <lschwartz@leechtishman.com>; Richards, Robert E. <robert.richards@dentons.com>; Macksoud, Lauren <lauren.macksoud@dentons.com>; Resnick, Avi M. <avi.resnick@dentons.com>
**Subject:** RE: 85 Flatbush closing

Charles –

Further to our conversation yesterday and my e-mail below, please find attached execution versions of the purchase and sale documents for the 85 Flatbush closing:

- Purchase and Sale Agreement
- Bargain and Sale Deed
- Bill of Sale (Hotel and Commercial Units)
- Bill of Sale (Residential Unit)
- Assignment and Assumption of Lease and Security Deposit

Also attached is a .pdf signature page packet that you can print and have executed.  I am checking with the title company as to what address executed pages should be sent to be held in escrow, and will advise as soon as I hear back from them.

Blacklines are attached against the final form of each document from the Confirmation Order, to show completion of the names of TH Holdco LLC's designees, completion of other blanks and brackets with appropriate Docket references etc., and updates to reflect that the Confirmation Order has been entered, as well as to reflect the role of JLL as broker.

In particular, please note that there are two Bills of Sale, as a separate designee entity is acquiring the personal property for the Hotel and Commercial Unit versus the Residential Unit.

Pending Lori's confirmation from the Sellers' management company, we have indicated in the Assignment and Assumption of Lease and Security Deposit that there are $0 of security deposits held, since we do not believe there is any security deposit under the DHS lease (Hotel Use Agreement), which is the only lease being assumed by the Purchaser.

Please feel free to call me with any questions.

Regards,

Chris

**DENTONS**   Christopher Milenkevich

What's Next? The answer is Talent. With more than 20,000 people, 12,000 lawyers and 200 locations, Dentons has the talent for what you need, where you need it.

D +1 212 398 7618   |   M +1 917 887 2565   |   US Internal 17618
christopher.milenkevich@dentons.com
Bio   |   Website

Dentons US LLP
1221 Avenue of the Americas, New York, NY 10020-1089

LuatViet > Fernanda Lopes & Associados > Guevara & Gutierrez > Paz Horowitz Abogados > Sirote > Adepetun Caxton-Martins Agbor & Segun > Davis Brown > East African Law Chambers > Eric Silwamba, Jalasi and Linyama > Durham Jones & Pinegar > LEAD Advogados > For more information on the firms that have come together to form Dentons, go to dentons.com/legacyfirms

Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. This email may be confidential and protected by legal privilege. If you are not the intended recipient, disclosure, copying, distribution and use are prohibited; please notify us immediately and delete this copy from your system. Please see dentons.com for Legal Notices.

---

**From:** Milenkevich, Christopher
**Sent:** Tuesday, August 02, 2022 12:50 PM
**To:** Charles McKeen <cmckeen@leechtishman.com>
**Cc:** Lori Schwartz <lschwartz@leechtishman.com>; Richards, Robert E. <robert.richards@dentons.com>; Macksoud, Lauren <lauren.macksoud@dentons.com>; Resnick, Avi M. <avi.resnick@dentons.com>
**Subject:** RE: 85 Flatbush closing

Charles –

Thank you for speaking with me just now.  As discussed, attached is a copy of the Order confirming the creditor's plan providing for sale of the Tillary Hotel (85 Flatbush Avenue Extension, Brooklyn, NY).

The approved Purchase and Sale Agreement (PSA) is attached as Exhibit 2 to the Order, and Schedule IV to the PSA sets forth the Seller closing document deliverables.  The form of Deed and other instruments of transfer are also attached as Exhibits A through C to the PSA.

We are currently preparing execution version of the PSA and the instruments of transfer.  **To that end, could you please provide us with the current signature blocks for each Seller entity, and we can then turn around to you a signature page packet for execution?**

I'll send a separate e-mail looping you in with the Fidelity team who will be assisting with this closing.

I look forward to working with you on this.

15

Thanks,

Chris

**大成 DENTONS** ▶ **Christopher Milenkevich**

What's Next? The answer is Talent. With more than 20,000 people, 12,000 lawyers and 200 locations, Dentons has the talent for what you need, where you need it.

D +1 212 398 7618   |   M +1 917 887 2565   |   US Internal 17618
christopher.milenkevich@dentons.com
Bio   |   Website

Dentons US LLP
1221 Avenue of the Americas, New York, NY 10020-1089

LuatViet > Fernanda Lopes & Associados > Guevara & Gutierrez > Paz Horowitz Abogados > Sirote > Adepetun Caxton-Martins Agbor & Segun > Davis Brown > East African Law Chambers > Eric Silwamba, Jalasi and Linyama > Durham Jones & Pinegar > LEAD Advogados > For more information on the firms that have come together to form Dentons, go to dentons.com/legacyfirms

Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. This email may be confidential and protected by legal privilege. If you are not the intended recipient, disclosure, copying, distribution and use are prohibited; please notify us immediately and delete this copy from your system. Please see dentons.com for Legal Notices.

---

**From:** Lori Schwartz <lschwartz@leechtishman.com>
**Sent:** Tuesday, August 02, 2022 10:47 AM
**To:** Milenkevich, Christopher <christopher.milenkevich@dentons.com>
**Cc:** Charles McKeen <cmckeen@leechtishman.com>
**Subject:** 85 Flatbush closing

**[WARNING: EXTERNAL SENDER]**

Chris,

My partner, Charlie McKeen, copied here, will be handling the closing on the 85 Flatbush matters.  Here is his complete contact info:

**Charles E. McKeen | Partner**
cmckeen@leechtishmanrb.com



**LEECH TISHMAN ROBINSON BROG, PLLC**
leechtishmanrb.com

875 Third Avenue, 9th Floor
New York, NY 10022
T: 212.603.6300 | M: 646.580.5360 | F: 212.956.2164
Direct: 212.603.6356 | Toll-Free 844.750.1600

You can also reach out to me with any questions.

Thank you,

**Lori Schwartz | Partner**
lschwartz@leechtishmanrb.com



**LEECH TISHMAN ROBINSON BROG, PLLC**
leechtishmanrb.com

875 Third Avenue, 9th Floor
New York, NY 10022
T: 212.603.6300 | F: 212.956.2164
Direct: 212.603.6334 | Toll-Free 844.750.1600

**PITTSBURGH | CHICAGO | LOS ANGELES | NEW YORK | PHILADELPHIA | SARASOTA | WASHINGTON, D.C.**

**Privileged and Confidential:** The information contained in this email is (1) subject to attorney-client privilege; (2) attorney work product; and/or (3) confidential. It is intended only for the individual(s) designated above. You are notified that any use, copying, disclosure or distribution of the information contained in this transmission by anyone other than the recipient(s) named above is unauthorized and strictly prohibited. If you have received this transmission in error, please notify us immediately by telephone at 412.261.1600. Unauthorized interception of this e-mail is a violation of federal criminal law.

*Please note my new email address.*

**From:** Richards, Robert E.
**Sent:** Tuesday, November 08, 2022 2:01 PM
**To:** Lori Schwartz <lschwartz@leechtishman.com>
**Cc:** Macksoud, Lauren <lauren.macksoud@dentons.com>; Milenkevich, Christopher
<christopher.milenkevich@dentons.com>
**Subject:** FW: Ohana :: Tillary Hotel

Is there someone else who can be on site tomorrow for the Debtors?  Josh apparently is not available tomorrow.

大成 DENTONS    **Robert E. Richards**
Global Chair, Restructuring, Insolvency & Bankruptcy

What's Next? The answer is Talent. With more than 20,000 people, 12,000 lawyers and 200 locations,
Dentons has the talent for what you need, where you need it.

D +1 312 876 7396   |   M +1 630 235 2470   |   US Internal 17396
robert.richards@dentons.com
Bio    |    Website

Dentons US LLP
233 South Wacker Drive, Suite 5900, Chicago, IL 60606-6361

LuatViet > Fernanda Lopes & Associados > Guevara & Gutierrez > Paz Horowitz Abogados > Sirote >
Adepetun Caxton-Martins Agbor & Segun > Davis Brown > East African Law Chambers > Eric
Silwamba, Jalasi and Linyama > Durham Jones & Pinegar > LEAD Advogados > For more information
on the firms that have come together to form Dentons, go to dentons.com/legacyfirms

Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. This
email may be confidential and protected by legal privilege. If you are not the intended recipient, disclosure,
copying, distribution and use are prohibited; please notify us immediately and delete this copy from your system.
Please see dentons.com for Legal Notices.

**From:** James Cole <jcole@ohanare.com>
**Sent:** Tuesday, November 08, 2022 1:58 PM
**To:** Josh Spilman <josh@thetillaryhotel.com>
**Cc:** Jonathan Loke <jloke@ohanare.com>; Amanda Pomeroy <apomeroy@ohanare.com>; Milenkevich, Christopher
<christopher.milenkevich@dentons.com>; Richards, Robert E. <robert.richards@dentons.com>
**Subject:** RE: Ohana :: Tillary Hotel

**[WARNING: EXTERNAL SENDER]**

Josh,

We are scheduled to be there at 10AM tomorrow.  Please recommend a point of contact.

Thank you,

James

## JAMES COLE

Ohana Real Estate Investors

C: (202) 425-3578 | www.ohanare.com

This message may contain confidential or privileged information and is intended only for the party to whom it is addressed. If you are not the addressee, you must not use, copy, disclose or take any action based on the information herein. Please notify the sender immediately by e-mail if you received this message in error and delete this message. This message is for information purposes only and is not an offer to sell or a solicitation of an offer to buy any security. No representation or warranty is made to, and no reliance should be placed on, the fairness, accuracy, completeness or timeliness of the information contained herein. The information herein is not, and may not be relied on in any manner as, investment, legal, tax, accounting or any other form of advice. Please visit our Privacy Policy for more information. By communicating with the sender or its affiliates through e-mail you consent to the foregoing.

**From:** Josh Spilman <josh@thetillaryhotel.com>
**Sent:** Tuesday, November 8, 2022 1:24 PM
**To:** James Cole <jcole@ohanare.com>
**Cc:** Jonathan Loke <jloke@ohanare.com>; Amanda Pomeroy <apomeroy@ohanare.com>
**Subject:** Re: Ohana :: Tillary Hotel

Not really, best that I'm there.

Thanks!
Josh

**From:** James Cole <jcole@ohanare.com>
**Sent:** Tuesday, November 8, 2022 11:55:53 AM
**To:** Josh Spilman <josh@thetillaryhotel.com>
**Cc:** Jonathan Loke <jloke@ohanare.com>; Amanda Pomeroy <apomeroy@ohanare.com>
**Subject:** Re: Ohana :: Tillary Hotel

Understood, thank you for the response.  Is there someone in your absence that we can speak with and will help facilitate the transition?

James Cole
202-425-3578


On Nov 8, 2022, at 9:53 AM, Josh Spilman <josh@thetillaryhotel.com> wrote:

 Hey, I told them last week that I'm out of town this week I will be back on property Thursday.

Thanks!
Josh

**From:** James Cole <jcole@ohanare.com>
**Sent:** Tuesday, November 8, 2022 11:34:33 AM
**To:** Josh Spilman <josh@thetillaryhotel.com>
**Cc:** Jonathan Loke <jloke@ohanare.com>; Amanda Pomeroy <apomeroy@ohanare.com>
**Subject:** Re: Ohana :: Tillary Hotel

Josh,

I hope you are well, I wanted to follow up here.  Please let me know if you have a moment to connect.

James

James Cole
202-425-3578

> On Nov 7, 2022, at 12:57 PM, James Cole <jcole@ohanare.com> wrote:
>
> Josh,
>
> I hope you are well.  I understand that you will be meeting me at the Tillary Hotel on Wednesday morning.  Are you available for a brief call to coordinate?
>
> Thank you,
>
> James
>
> JAMES COLE
>
> ──────
>
> Ohana Real Estate Investors
> C: (202) 425-3578 | https://link.edgepilot.com/s/dce4d2b3/-4vgNhqwzUmL7sZKZNQVRQ?u=http://www.ohanare.com/
>
> This message may contain confidential or privileged information and is intended only for the party to whom it is addressed. If you are not the addressee, you must not use, copy, disclose or take any action based on the information herein. Please notify the sender immediately by e-mail if you received this message in error and delete this message. This message is for information purposes only and is not an offer to sell or a solicitation of an offer to buy any security. No representation or warranty is made to, and no reliance should be placed on, the fairness, accuracy, completeness or timeliness of the information contained herein. The information herein is not, and may not be relied on in any manner as, investment, legal, tax, accounting or any other form of advice. Please visit our Privacy Policy for more information. By communicating with the sender or its affiliates through e-mail you consent to the foregoing.

**From:** Charles McKeen <cmckeen@leechtishman.com>
**Sent:** Tuesday, November 08, 2022 12:47 PM
**To:** herreich@royalabstract.com; Milenkevich, Christopher <christopher.milenkevich@dentons.com>; BLI <bli@royalabstract.com>; Lisa Gregory <lgregory@royalabstract.com>; Sandy Camilo <scamilo@royalabstract.com>; Steven Sarnotsky <ssarnotsky@royalabstract.com>; Lucas Mignone <lmignone@kandfllp.com>
**Cc:** Jerry Schonfeld <jschonfeld@royalabstract.com>
**Subject:** RE: 85 Flatbush - Settlement Statement- title 915872

**[WARNING: EXTERNAL SENDER]**

Ok, attached are copies of all of the closing documents. As per your email, I'll have the originals sent to Jerry's attention this afternoon.

**Charles E. McKeen | Partner**
cmckeen@leechtishmanrb.com



**LEECH TISHMAN ROBINSON BROG, PLLC**
leechtishmanrb.com

875 Third Avenue, 9th Floor
New York, NY 10022
T: 212.603.6300 | M: 646.580.5360 | F: 212.956.2164
Direct: 212.603.6356 | Toll-Free 844.750.1600

**PITTSBURGH  |  CHICAGO  |  LOS ANGELES  |  NEW YORK  |  PHILADELPHIA  |  SARASOTA  |  WASHINGTON, D.C.**

**Privileged and Confidential:** The information contained in this email is (1) subject to attorney-client privilege; (2) attorney work product; and/or (3) confidential. It is intended only for the individual(s) designated above. You are notified that any use, copying, disclosure or distribution of the information contained in this transmission by anyone other than the recipient(s) named above is unauthorized and strictly prohibited. If you have received this transmission in error, please notify us immediately by telephone at 412.261.1600. Unauthorized interception of this e-mail is a violation of federal criminal law.

*Please note my new email address.*

**From:** Harry Erreich <herreich@royalabstract.com>
**Sent:** Tuesday, November 8, 2022 12:43 PM
**To:** Milenkevich, Christopher <christopher.milenkevich@dentons.com>; BLI <bli@royalabstract.com>; Charles McKeen <cmckeen@leechtishman.com>; Lisa Gregory <lgregory@royalabstract.com>; Sandy Camilo <scamilo@royalabstract.com>; Steven Sarnotsky <ssarnotsky@royalabstract.com>; Lucas Mignone <lmignone@kandfllp.com>
**Cc:** Jerry Schonfeld <jschonfeld@royalabstract.com>
**Subject:** RE: 85 Flatbush - Settlement Statement- title 915872

Charles
As per our conversation, please send all original docs to our office address below, attention Jerry Schonfeld, copied above. Jerry is the closer. Lisa Gregory, coped above, is also available to receive documents at the office tomorrow
I have copied Jerry Schonfeld at his Roya Abstract email address. Thanks

1

Harry Erreich
Royal Abstract
125 Park Avenue, Suite 1610
New York, N.Y. 10017
(212) 376-0900  (office main)
(347) 204-7999 (Cell)
Herreich@royalabstract.com

*If the above is in response to a 1031 inquiry, please be advised that Royal Abstract Intermediary LLC ("Intermediary") is a qualified intermediary as defined in the regulations under Internal Revenue Code § 1031.  None of Intermediary, its officers or employees are authorized or permitted under applicable laws to provide tax or legal advice to any client or prospective client of Intermediary.  Any tax related information contained herein or in any other communication that you may have with a representative of Intermediary should not be construed as tax or legal advice specific to your situation and should not be relied upon in making any business, legal or tax related decision.  A proper evaluation of the benefits and risks associated with a particular transaction or tax return position often requires advice from a competent tax and/or legal advisor familiar with your specific transaction, objectives and the relevant facts. We strongly urge you to involve your tax and/or legal advisor (or to seek such advice) in any significant real estate or business related transaction.*

---

**From:** Milenkevich, Christopher <christopher.milenkevich@dentons.com>
**Sent:** Tuesday, November 8, 2022 9:30 AM
**To:** BLI <bli@royalabstract.com>; Harry Erreich <herreich@royalabstract.com>; Charles McKeen <cmckeen@leechtishman.com>; Martin Kravet <mkravet@royalabstract.com>; Lisa Gregory <lgregory@royalabstract.com>; Sandy Camilo <scamilo@royalabstract.com>; jschonfeldlaw@gmail.com; Steven Sarnotsky <ssarnotsky@royalabstract.com>; Rich King <Rking@stewart.com>; Lori Schwartz <lschwartz@leechtishman.com>; Kriss & Feuerstein <jfeuerstein@kandfllp.com>; Jonathan Castellanos <jcastellanos@kandfllp.com>; Lucas Mignone <lmignone@kandfllp.com>; John Ginochio <JGinochio@ohanare.com>; Natalie Kessler <nkessler@ohanare.com>; Walter Pedrazzini <wpedrazzini@ohanare.com>; Woody Shattan <wshattan@ohanare.com>; Jonathan Loke <jloke@ohanare.com>; James Cole <jcole@ohanare.com>; Franco Famularo <FFamularo@ohanare.com>; Sara Wilbur <swilbur@ohanare.com>; Eddie Yu <eyu@ohanare.com>
**Cc:** Richards, Robert E. <robert.richards@dentons.com>; Macksoud, Lauren <lauren.macksoud@dentons.com>
**Subject:** RE: 85 Flatbush - Settlement Statement- title 915872

Good morning, following up on my questions below:

> **Harry/Royal team**:  Can you please advise as to the property tax amounts that will need to be paid at closing tomorrow, and circulate the updated settlement statement incorporating those amounts for the group to review?
>
> **K&F team**:  Can you please confirm that Lender will be prepared to wire the property tax reserve it's currently holding into the escrow account?  Can you also send any Lender invoices you have to Harry to include on the settlement statement?
>
> **Lori/Charles**:  Can you please confirm that the Debtors will be prepared to wire the cash from the Estates into the escrow account for the closing?

Thanks,

Chris

**大成DENTONS**     Christopher Milenkevich

What's Next? The answer is Talent. With more than 20,000 people, 12,000 lawyers and 200 locations, Dentons has the talent for what you need, where you need it.

D +1 212 398 7618   |   M +1 917 887 2565   |   US Internal 17618
christopher.milenkevich@dentons.com
Bio [dentons.com]   |   Website [dentons.com]

Dentons US LLP
1221 Avenue of the Americas, New York, NY 10020-1089

LuatViet > Fernanda Lopes & Associados > Guevara & Gutierrez > Paz Horowitz Abogados > Sirote > Adepetun Caxton-Martins Agbor & Segun > Davis Brown > East African Law Chambers > Eric Silwamba, Jalasi and Linyama > Durham Jones & Pinegar > LEAD Advogados > For more information on the firms that have come together to form Dentons, go to dentons.com/legacyfirms

Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. This email may be confidential and protected by legal privilege. If you are not the intended recipient, disclosure, copying, distribution and use are prohibited; please notify us immediately and delete this copy from your system. Please see dentons.com for Legal Notices.

---

**From:** BLI <bli@royalabstract.com>
**Sent:** Monday, November 07, 2022 1:05 PM
**To:** Milenkevich, Christopher <christopher.milenkevich@dentons.com>; Harry Erreich <herreich@royalabstract.com>; Charles McKeen <cmckeen@leechtishman.com>; Martin Kravet <mkravet@royalabstract.com>; Lisa Gregory <lgregory@royalabstract.com>; Sandy Camilo <scamilo@royalabstract.com>; jschonfeldlaw@gmail.com; Steven Sarnotsky <ssarnotsky@royalabstract.com>; Rich King <Rking@stewart.com>; Lori Schwartz <lschwartz@leechtishman.com>; Kriss & Feuerstein <jfeuerstein@kandfllp.com>; Jonathan Castellanos <jcastellanos@kandfllp.com>; Lucas Mignone <lmignone@kandfllp.com>; John Ginochio <JGinochio@ohanare.com>; Natalie Kessler <nkessler@ohanare.com>; Walter Pedrazzini <wpedrazzini@ohanare.com>; Woody Shattan <wshattan@ohanare.com>; Jonathan Loke <jloke@ohanare.com>; James Cole <jcole@ohanare.com>; Franco Famularo <FFamularo@ohanare.com>; Sara Wilbur <swilbur@ohanare.com>; Eddie Yu <eyu@ohanare.com>
**Cc:** Richards, Robert E. <robert.richards@dentons.com>; Macksoud, Lauren <lauren.macksoud@dentons.com>
**Subject:** RE: 85 Flatbush - Settlement Statement- title 915872

**[WARNING: EXTERNAL SENDER]**

---

If the lender is wiring the property tax reserve to title and if the sellers are wiring money into title, I will need to know the amounts to put into the statement as well

Thanks

Brian Li
125 Park Avenue, Suite 1610
New York, NY 10017
(212) 398-2865  (office direct)
(212) 376-0900  (office main)
(917) 912-9299  (mobile)
bli@royalabstract.com
**ROYAL ABSTRACT** [events.trustifi.com]

**From:** Milenkevich, Christopher <christopher.milenkevich@dentons.com>
**Sent:** Monday, November 7, 2022 12:36 PM
**To:** Harry Erreich <herreich@royalabstract.com>; BLI <bli@royalabstract.com>; Charles McKeen <cmckeen@leechtishman.com>; Martin Kravet <mkravet@royalabstract.com>; Lisa Gregory <lgregory@royalabstract.com>; Sandy Camilo <scamilo@royalabstract.com>; jschonfeldlaw@gmail.com; Steven Sarnotsky <ssarnotsky@royalabstract.com>; Rich King <Rking@stewart.com>; Lori Schwartz <lschwartz@leechtishman.com>; Kriss & Feuerstein <jfeuerstein@kandfllp.com>; Jonathan Castellanos <jcastellanos@kandfllp.com>; Lucas Mignone <lmignone@kandfllp.com>; John Ginochio <JGinochio@ohanare.com>; Natalie Kessler <nkessler@ohanare.com>; Walter Pedrazzini <wpedrazzini@ohanare.com>; Woody Shattan <wshattan@ohanare.com>; Jonathan Loke <jloke@ohanare.com>; James Cole <jcole@ohanare.com>; Franco Famularo <FFamularo@ohanare.com>; Sara Wilbur <swilbur@ohanare.com>; Eddie Yu <eyu@ohanare.com>
**Cc:** Richards, Robert E. <robert.richards@dentons.com>; Macksoud, Lauren <lauren.macksoud@dentons.com>
**Subject:** RE: 85 Flatbush - Settlement Statement- title 915872

I am looping in the Ohana team on this closing thread for 85 Flatbush.  I have questions for each party – see below:

**Ohana team**:  See attached for a draft invoice from the title company for the lender's title insurance policy and related costs – please advise if you have any questions.

**Harry/Royal team**:  Can you please input those invoice amounts into the settlement statement itself, together with the property tax amounts that will need to be paid on Wednesday, and circulate the updated settlement statement for the group to review?

**K&F team**:  Can you please confirm that Lender will be prepared to wire the property tax reserve it's currently holding into the escrow account?  Can you also send any Lender invoices you have to Harry to include on the settlement statement?

**Lori/Charles**:  Can you please confirm that the Debtors will be prepared to wire the cash from the Estates into the escrow account for the closing?

Thanks,

Chris

大成 DENTONS   **Christopher Milenkevich**

What's Next? The answer is Talent. With more than 20,000 people, 12,000 lawyers and 200 locations, Dentons has the talent for what you need, where you need it.

D +1 212 398 7618   |   M +1 917 887 2565   |   US Internal 17618
christopher.milenkevich@dentons.com
Bio [dentons.com] [events.trustifi.com]   |   Website [dentons.com] [events.trustifi.com]

Dentons US LLP
1221 Avenue of the Americas, New York, NY 10020-1089

LuatViet > Fernanda Lopes & Associados > Guevara & Gutierrez > Paz Horowitz Abogados > Sirote > Adepetun Caxton-Martins Agbor & Segun > Davis Brown > East African Law Chambers > Eric Silwamba, Jalasi and Linyama > Durham Jones & Pinegar > LEAD Advogados > For more information on the firms that have come together to form Dentons, go to dentons.com/legacyfirms [dentons.com]

Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. This email may be confidential and protected by legal privilege. If you are not the intended recipient, disclosure,

copying, distribution and use are prohibited; please notify us immediately and delete this copy from your system.
Please see dentons.com for Legal Notices.

**From:** Harry Erreich <herreich@royalabstract.com>
**Sent:** Monday, November 07, 2022 12:17 PM
**To:** Milenkevich, Christopher <christopher.milenkevich@dentons.com>; BLI <bli@royalabstract.com>; Charles McKeen <cmckeen@leechtishman.com>; Martin Kravet <mkravet@royalabstract.com>; Lisa Gregory <lgregory@royalabstract.com>; Sandy Camilo <scamilo@royalabstract.com>; jschonfeldlaw@gmail.com; Steven Sarnotsky <ssarnotsky@royalabstract.com>
**Cc:** Rich King <Rking@stewart.com>; Lori Schwartz <lschwartz@leechtishman.com>; Kriss & Feuerstein <jfeuerstein@kandfllp.com>; Jonathan Castellanos <jcastellanos@kandfllp.com>; Lucas Mignone <lmignone@kandfllp.com>; Richards, Robert E. <robert.richards@dentons.com>; Macksoud, Lauren <lauren.macksoud@dentons.com>
**Subject:** RE: 85 Flatbush - Settlement Statement- title 915872

**[WARNING: EXTERNAL SENDER]**

Chris
Please see estimated invoice attached

Harry Erreich
Royal Abstract
125 Park Avenue, Suite 1610
New York, N.Y. 10017
(212) 376-0900  (office main)
(347) 204-7999 (Cell)
Herreich@royalabstract.com

*If the above is in response to a 1031 inquiry, please be advised that Royal Abstract Intermediary LLC ("Intermediary") is a qualified intermediary as defined in the regulations under Internal Revenue Code § 1031.  None of Intermediary, its officers or employees are authorized or permitted under applicable laws to provide tax or legal advice to any client or prospective client of Intermediary.  Any tax related information contained herein or in any other communication that you may have with a representative of Intermediary should not be construed as tax or legal advice specific to your situation and should not be relied upon in making any business, legal or tax related decision.  A proper evaluation of the benefits and risks associated with a particular transaction or tax return position often requires advice from a competent tax and/or legal advisor familiar with your specific transaction, objectives and the relevant facts. We strongly urge you to involve your tax and/or legal advisor (or to seek such advice) in any significant real estate or business related transaction.*

**From:** Milenkevich, Christopher <christopher.milenkevich@dentons.com>
**Sent:** Monday, November 7, 2022 11:32 AM
**To:** BLI <bli@royalabstract.com>; Charles McKeen <cmckeen@leechtishman.com>; Martin Kravet <mkravet@royalabstract.com>; Harry Erreich <herreich@royalabstract.com>
**Cc:** Rich King <Rking@stewart.com>; Lori Schwartz <lschwartz@leechtishman.com>; Kriss & Feuerstein <jfeuerstein@kandfllp.com>; Jonathan Castellanos <jcastellanos@kandfllp.com>; Lucas Mignone <lmignone@kandfllp.com>; Richards, Robert E. <robert.richards@dentons.com>; Macksoud, Lauren <lauren.macksoud@dentons.com>
**Subject:** RE: 85 Flatbush - Settlement Statement- title 915872

Hi Brian –

I'm following up on the title invoice and updated settlement statement for the 85 Flatbush closing – can you please circulate those at your earliest convenience today, in anticipation of our closing on Wednesday?

Thanks –

Chris

**大成 DENTONS**   Christopher Milenkevich

What's Next? The answer is Talent. With more than 20,000 people, 12,000 lawyers and 200 locations, Dentons has the talent for what you need, where you need it.

D +1 212 398 7618   |   M +1 917 887 2565   |   US Internal 17618
christopher.milenkevich@dentons.com
Bio [dentons.com] [events.trustifi.com] [events.trustifi.com]   |   Website [dentons.com]
[events.trustifi.com] [events.trustifi.com]

Dentons US LLP
1221 Avenue of the Americas, New York, NY 10020-1089

LuatViet > Fernanda Lopes & Associados > Guevara & Gutierrez > Paz Horowitz Abogados > Sirote
> Adepetun Caxton-Martins Agbor & Segun > Davis Brown > East African Law Chambers > Eric
Silwamba, Jalasi and Linyama > Durham Jones & Pinegar > LEAD Advogados > For more
information on the firms that have come together to form Dentons, go to dentons.com/legacyfirms
[dentons.com] [events.trustifi.com]

Dentons is a global legal practice providing client services worldwide through its member firms and affiliates.
This email may be confidential and protected by legal privilege. If you are not the intended recipient, disclosure,
copying, distribution and use are prohibited; please notify us immediately and delete this copy from your system.
Please see dentons.com for Legal Notices.

**From:** BLI <bli@royalabstract.com>
**Sent:** Friday, November 04, 2022 3:18 PM
**To:** Milenkevich, Christopher <christopher.milenkevich@dentons.com>; Charles McKeen
<cmckeen@leechtishman.com>; Martin Kravet <mkravet@royalabstract.com>; Harry Erreich
<herreich@royalabstract.com>
**Cc:** Rich King <Rking@stewart.com>; Lori Schwartz <lschwartz@leechtishman.com>; Kriss & Feuerstein
<jfeuerstein@kandfllp.com>; Jonathan Castellanos <jcastellanos@kandfllp.com>; Lucas Mignone
<lmignone@kandfllp.com>; Richards, Robert E. <robert.richards@dentons.com>; Macksoud, Lauren
<lauren.macksoud@dentons.com>
**Subject:** RE: 85 Flatbush - Settlement Statement- title 915872

**[WARNING: EXTERNAL SENDER]**

It will be included in our title invoice which will be incorporated asap.

Brian Li
125 Park Avenue, Suite 1610
New York, NY 10017
(212) 398-2865  (office direct)
(212) 376-0900  (office main)
(917) 912-9299  (mobile)
bli@royalabstract.com

**ROYAL ABSTRACT** [events.trustifi.com] [events.trustifi.com] [events.trustifi.com]

**From:** Milenkevich, Christopher <christopher.milenkevich@dentons.com>
**Sent:** Friday, November 4, 2022 3:14 PM
**To:** BLI <bli@royalabstract.com>; Charles McKeen <cmckeen@leechtishman.com>; Martin Kravet
<mkravet@royalabstract.com>; Harry Erreich <herreich@royalabstract.com>
**Cc:** Rich King <Rking@stewart.com>; Lori Schwartz <lschwartz@leechtishman.com>; Kriss & Feuerstein
<jfeuerstein@kandfllp.com>; Jonathan Castellanos <jcastellanos@kandfllp.com>; Lucas Mignone
<lmignone@kandfllp.com>; Richards, Robert E. <robert.richards@dentons.com>; Macksoud, Lauren
<lauren.macksoud@dentons.com>
**Subject:** RE: 85 Flatbush - Settlement Statement- title 915872

Brian, are you able to populate the amount of property taxes that need to be paid at closing?

Chris

**DENTONS**        **Christopher Milenkevich**

What's Next? The answer is Talent. With more than 20,000 people, 12,000 lawyers and 200
locations, Dentons has the talent for what you need, where you need it.

D +1 212 398 7618   |   M +1 917 887 2565   |   US Internal 17618
christopher.milenkevich@dentons.com
Bio [dentons.com] [events.trustifi.com] [events.trustifi.com] [events.trustifi.com]   |   Website
[dentons.com] [events.trustifi.com] [events.trustifi.com] [events.trustifi.com]

Dentons US LLP
1221 Avenue of the Americas, New York, NY 10020-1089

LuatViet > Fernanda Lopes & Associados > Guevara & Gutierrez > Paz Horowitz Abogados >
Sirote > Adepetun Caxton-Martins Agbor & Segun > Davis Brown > East African Law Chambers >
Eric Silwamba, Jalasi and Linyama > Durham Jones & Pinegar > LEAD Advogados > For more
information on the firms that have come together to form Dentons, go to dentons.com/legacyfirms
[dentons.com] [events.trustifi.com] [events.trustifi.com]

Dentons is a global legal practice providing client services worldwide through its member firms and affiliates.
This email may be confidential and protected by legal privilege. If you are not the intended recipient, disclosure,
copying, distribution and use are prohibited; please notify us immediately and delete this copy from your
system. Please see dentons.com for Legal Notices.

**From:** BLI <bli@royalabstract.com>
**Sent:** Friday, November 04, 2022 3:13 PM
**To:** Charles McKeen <cmckeen@leechtishman.com>; Milenkevich, Christopher
<christopher.milenkevich@dentons.com>; Martin Kravet <mkravet@royalabstract.com>; Harry Erreich
<herreich@royalabstract.com>
**Cc:** Rich King <Rking@stewart.com>; Lori Schwartz <lschwartz@leechtishman.com>; Kriss & Feuerstein
<jfeuerstein@kandfllp.com>; Jonathan Castellanos <jcastellanos@kandfllp.com>; Lucas Mignone
<lmignone@kandfllp.com>; Richards, Robert E. <robert.richards@dentons.com>; Macksoud, Lauren
<lauren.macksoud@dentons.com>
**Subject:** RE: 85 Flatbush - Settlement Statement- title 915872

**[WARNING: EXTERNAL SENDER]**

Correct. I haven't received any invoices/wiring instructions that needs to be included into the statement and Harry Erreich from our office is still working on our title invoice.

Please forward all third party costs that needs to be incorporated into same

Brian Li
125 Park Avenue, Suite 1610
New York, NY 10017
(212) 398-2865  (office direct)
(212) 376-0900  (office main)
(917) 912-9299  (mobile)
bli@royalabstract.com

ROYAL ABSTRACT [events.trustifi.com] [events.trustifi.com] [events.trustifi.com]
[events.trustifi.com]

---

**From:** Charles McKeen <cmckeen@leechtishman.com>
**Sent:** Friday, November 4, 2022 3:11 PM
**To:** BLI <bli@royalabstract.com>; Milenkevich, Christopher <christopher.milenkevich@dentons.com>; Martin Kravet <mkravet@royalabstract.com>; Harry Erreich <herreich@royalabstract.com>
**Cc:** Rich King <Rking@stewart.com>; Lori Schwartz <lschwartz@leechtishman.com>; Kriss & Feuerstein <jfeuerstein@kandfllp.com>; Jonathan Castellanos <jcastellanos@kandfllp.com>; Lucas Mignone <lmignone@kandfllp.com>; Richards, Robert E. <robert.richards@dentons.com>; Macksoud, Lauren <lauren.macksoud@dentons.com>
**Subject:** RE: 85 Flatbush - Settlement Statement- title 915872

The attached settlement was blank when I opened it.

**Charles E. McKeen | Partner**
cmckeen@leechtishmanrb.com

LEECHTISHMAN
ROBINSON BROG

**LEECH TISHMAN ROBINSON BROG, PLLC**
leechtishmanrb.com [leechtishmanrb.com] [events.trustifi.com] [events.trustifi.com] [events.trustifi.com]

875 Third Avenue, 9th Floor
New York, NY 10022
T: 212.603.6300 | M: 646.580.5360 | F: 212.956.2164
Direct: 212.603.6356 | Toll-Free 844.750.1600

**PITTSBURGH | CHICAGO | LOS ANGELES | NEW YORK | PHILADELPHIA | SARASOTA | WASHINGTON, D.C.**

**Privileged and Confidential:**  The information contained in this email is (1) subject to attorney-client privilege; (2) attorney work product; and/or (3) confidential. It is intended only for the individual(s) designated above. You are notified that any use, copying, disclosure or distribution of the information contained in this transmission by anyone other than the recipient(s) named above is unauthorized and strictly prohibited. If you have received this transmission in error, please notify us immediately by telephone at 412.261.1600. Unauthorized interception of this e-mail is a violation of federal criminal law.

*Please note my new email address.*

**From:** BLI <bli@royalabstract.com>
**Sent:** Friday, November 4, 2022 2:05 PM
**To:** Milenkevich, Christopher <christopher.milenkevich@dentons.com>; Martin Kravet

<mkravet@royalabstract.com>; Harry Erreich <herreich@royalabstract.com>
**Cc:** Rich King <Rking@stewart.com>; Charles McKeen <cmckeen@leechtishman.com>; Lori Schwartz
<lschwartz@leechtishman.com>; Kriss & Feuerstein <jfeuerstein@kandfllp.com>; Jonathan Castellanos
<jcastellanos@kandfllp.com>; Lucas Mignone <lmignone@kandfllp.com>; Richards, Robert E.
<robert.richards@dentons.com>; Macksoud, Lauren <lauren.macksoud@dentons.com>
**Subject:** RE: 85 Flatbush - Settlement Statement- title 915872

Removing Mary and including Harry from our office. please keep him copied going forward

Attached is a preliminary draft statement. Harry will work on our title invoice for the open real estate taxes, etc.
and once final, that will be incorporated into the statement

Attached is also our wiring instructions

Brian Li
125 Park Avenue, Suite 1610
New York, NY 10017
(212) 398-2865  (office direct)
(212) 376-0900  (office main)
(917) 912-9299  (mobile)
bli@royalabstract.com

**ROYAL ABSTRACT** [nam12.safelinks.protection.outlook.com] [events.trustifi.com]
[events.trustifi.com] [events.trustifi.com] [events.trustifi.com]

---

**From:** Milenkevich, Christopher <christopher.milenkevich@dentons.com>
**Sent:** Friday, November 4, 2022 1:04 PM
**To:** Martin Kravet <mkravet@royalabstract.com>; Mary Gleason <mgleason@royalabstract.com>; BLI
<bli@royalabstract.com>
**Cc:** Rich King <Rking@stewart.com>; Charles McKeen <cmckeen@leechtishman.com>; Lori Schwartz
<lschwartz@leechtishman.com>; Kriss & Feuerstein <jfeuerstein@kandfllp.com>; Jonathan Castellanos
<jcastellanos@kandfllp.com>; Lucas Mignone <lmignone@kandfllp.com>; Richards, Robert E.
<robert.richards@dentons.com>; Macksoud, Lauren <lauren.macksoud@dentons.com>
**Subject:** RE: 85 Flatbush - Settlement Statement- title 915872

Thanks.  Brian, also, did you circulate in response to my e-mail request yesterday the wire instructions for the
closing escrow account, so that the Debtors'/Sellers' counsel at Leech Tishman (cc'd here) have them for wiring in
cash from the Estates at closing?

I don't think I saw those wire instructions come across, so please send them at your earliest convenience today,
thanks very much.

Chris

**DENTONS** ▶  **Christopher Milenkevich**

What's Next? The answer is Talent. With more than 20,000 people, 12,000 lawyers and 200
locations, Dentons has the talent for what you need, where you need it.

D +1 212 398 7618   |   M +1 917 887 2565   |   US Internal 17618
christopher.milenkevich@dentons.com
Bio [dentons.com] [nam12.safelinks.protection.outlook.com] [events.trustifi.com]
[events.trustifi.com] [events.trustifi.com] [events.trustifi.com]   |   Website [dentons.com]

[nam12.safelinks.protection.outlook.com] [events.trustifi.com] [events.trustifi.com]
[events.trustifi.com] [events.trustifi.com]

Dentons US LLP
1221 Avenue of the Americas, New York, NY 10020-1089

LuatViet > Fernanda Lopes & Associados > Guevara & Gutierrez > Paz Horowitz Abogados >
Sirote > Adepetun Caxton-Martins Agbor & Segun > Davis Brown > East African Law Chambers >
Eric Silwamba, Jalasi and Linyama > Durham Jones & Pinegar > LEAD Advogados > For more
information on the firms that have come together to form Dentons, go to dentons.com/legacyfirms
[dentons.com] [events.trustifi.com] [events.trustifi.com] [events.trustifi.com]

Dentons is a global legal practice providing client services worldwide through its member firms and affiliates.
This email may be confidential and protected by legal privilege. If you are not the intended recipient,
disclosure, copying, distribution and use are prohibited; please notify us immediately and delete this copy
from your system. Please see dentons.com for Legal Notices.

**From:** Martin Kravet <mkravet@royalabstract.com>
**Sent:** Friday, November 04, 2022 12:38 PM
**To:** Milenkevich, Christopher <christopher.milenkevich@dentons.com>; Mary Gleason
<mgleason@royalabstract.com>
**Cc:** BLI <bli@royalabstract.com>; Rich King <Rking@stewart.com>; Charles McKeen
<cmckeen@leechtishman.com>; Lori Schwartz <lschwartz@leechtishman.com>; Kriss & Feuerstein
<jfeuerstein@kandfllp.com>; Jonathan Castellanos <jcastellanos@kandfllp.com>; Lucas Mignone
<lmignone@kandfllp.com>; Richards, Robert E. <robert.richards@dentons.com>; Macksoud, Lauren
<lauren.macksoud@dentons.com>
**Subject:** RE: 85 Flatbush - Settlement Statement- title 915872

**[WARNING: EXTERNAL SENDER]**

Brian Li will handle this

**From:** Milenkevich, Christopher <christopher.milenkevich@dentons.com>
**Sent:** Friday, November 4, 2022 12:26 PM
**To:** Mary Gleason <mgleason@royalabstract.com>; Martin Kravet <mkravet@royalabstract.com>
**Cc:** BLI <bli@royalabstract.com>; Rich King <Rking@stewart.com>; Charles McKeen
<cmckeen@leechtishman.com>; Lori Schwartz <lschwartz@leechtishman.com>; Kriss & Feuerstein
<jfeuerstein@kandfllp.com>; Jonathan Castellanos <jcastellanos@kandfllp.com>; Lucas Mignone
<lmignone@kandfllp.com>; Richards, Robert E. <robert.richards@dentons.com>; Macksoud, Lauren
<lauren.macksoud@dentons.com>
**Subject:** 85 Flatbush - Settlement Statement

Mary / Marty –

As discussed on our call earlier this week, could you please circulate to this group (now including our mortgage
lender's counsel at Kriss & Feuerstein) an updated settlement statement for 85 Flatbush for closing on
Wednesday, November 9, 2022?

Thanks very much,

Chris

 Christopher Milenkevich

What's Next? The answer is Talent. With more than 20,000 people, 12,000 lawyers and 200 locations, Dentons has the talent for what you need, where you need it.

D +1 212 398 7618   |   M +1 917 887 2565   |   US Internal 17618
christopher.milenkevich@dentons.com
Bio [dentons.com] [events.trustifi.com] [nam12.safelinks.protection.outlook.com]
[events.trustifi.com] [events.trustifi.com] [events.trustifi.com]
[events.trustifi.com]   |   Website [dentons.com] [events.trustifi.com]
[nam12.safelinks.protection.outlook.com] [events.trustifi.com] [events.trustifi.com]
[events.trustifi.com] [events.trustifi.com]

Dentons US LLP
1221 Avenue of the Americas, New York, NY 10020-1089

LuatViet > Fernanda Lopes & Associados > Guevara & Gutierrez > Paz Horowitz Abogados >
Sirote > Adepetun Caxton-Martins Agbor & Segun > Davis Brown > East African Law Chambers
> Eric Silwamba, Jalasi and Linyama > Durham Jones & Pinegar > LEAD Advogados > For more
information on the firms that have come together to form Dentons, go to dentons.com/legacyfirms
[dentons.com] [nam12.safelinks.protection.outlook.com] [events.trustifi.com] [events.trustifi.com]
[events.trustifi.com] [events.trustifi.com]

Dentons is a global legal practice providing client services worldwide through its member firms and affiliates.
This email may be confidential and protected by legal privilege. If you are not the intended recipient,
disclosure, copying, distribution and use are prohibited; please notify us immediately and delete this copy
from your system. Please see dentons.com for Legal Notices.

**From:** Milenkevich, Christopher
**Sent:** Thursday, November 03, 2022 2:25 PM
**To:** mkravet@royalabstract.com
**Cc:** Charles McKeen <cmckeen@leechtishman.com>; Mary Gleason <mgleason@royalabstract.com>; Rich King
<Rking@stewart.com>; Lori Schwartz <lschwartz@leechtishman.com>; Richards, Robert E.
<robert.richards@dentons.com>; Macksoud, Lauren <lauren.macksoud@dentons.com>
**Subject:** 85 Flatbush - Wire Instructions; Certified Copy of Plan

Marty –

Following on our call yesterday regarding 85 Flatbush, can you please circulate to the Debtors'/Sellers' counsel
wire instructions for the closing escrow account that they can use to transfer cash from the Estates for the
payment of property taxes etc.?

Also, I'm re-attaching here the certified copy of the Plan that you mentioned you were looking for.

Regards,

Chris

大成 DENTONS    Christopher Milenkevich

What's Next? The answer is Talent. With more than 20,000 people, 12,000 lawyers and 200 locations, Dentons has the talent for what you need, where you need it.

D +1 212 398 7618   |   M +1 917 887 2565   |   US Internal 17618
christopher.milenkevich@dentons.com
Bio [dentons.com] [nam12.safelinks.protection.outlook.com] [events.trustifi.com]

[events.trustifi.com] [events.trustifi.com] [events.trustifi.com]    |    Website [dentons.com]
[events.trustifi.com] [nam12.safelinks.protection.outlook.com] [events.trustifi.com]
[events.trustifi.com] [events.trustifi.com] [events.trustifi.com]

Dentons US LLP
1221 Avenue of the Americas, New York, NY 10020-1089

LuatViet > Fernanda Lopes & Associados > Guevara & Gutierrez > Paz Horowitz Abogados >
Sirote > Adepetun Caxton-Martins Agbor & Segun > Davis Brown > East African Law Chambers
> Eric Silwamba, Jalasi and Linyama > Durham Jones & Pinegar > LEAD Advogados > For more
information on the firms that have come together to form Dentons, go to dentons.com/legacyfirms
[dentons.com] [nam12.safelinks.protection.outlook.com] [events.trustifi.com] [events.trustifi.com]
[events.trustifi.com] [events.trustifi.com]

Dentons is a global legal practice providing client services worldwide through its member firms and affiliates.
This email may be confidential and protected by legal privilege. If you are not the intended recipient,
disclosure, copying, distribution and use are prohibited; please notify us immediately and delete this copy
from your system. Please see dentons.com for Legal Notices.

**From:** Charles McKeen <cmckeen@leechtishman.com>
**Sent:** Wednesday, November 02, 2022 11:55 AM
**To:** Milenkevich, Christopher <christopher.milenkevich@dentons.com>
**Cc:** mkravet@royalabstract.com; Mary Gleason <mgleason@royalabstract.com>; Rich King <Rking@stewart.com>;
Lori Schwartz <lschwartz@leechtishman.com>; Richards, Robert E. <robert.richards@dentons.com>; Macksoud,
Lauren <lauren.macksoud@dentons.com>
**Subject:** RE: 85 Flatbush - Call with Title & Seller's Counsel - 3:00 p.m. Today?

**[WARNING: EXTERNAL SENDER]**

3 pm today works for me.

**Charles E. McKeen | Partner**
cmckeen@leechtishmanrb.com



**LEECH TISHMAN ROBINSON BROG, PLLC**
leechtishmanrb.com [leechtishmanrb.com] [events.trustifi.com] [nam12.safelinks.protection.outlook.com] [events.trustifi.com]
[events.trustifi.com] [events.trustifi.com] [events.trustifi.com]

875 Third Avenue, 9th Floor
New York, NY 10022
T: 212.603.6300 | M: 646.580.5360 | F: 212.956.2164
Direct: 212.603.6356 | Toll-Free 844.750.1600

**PITTSBURGH   |  CHICAGO   |  LOS ANGELES   |  NEW YORK   |  PHILADELPHIA   |  SARASOTA   |  WASHINGTON, D.C.**

**Privileged and Confidential:**   The information contained in this email is (1) subject to attorney-client privilege; (2) attorney
work product; and/or (3) confidential. It is intended only for the individual(s) designated above. You are notified that any
use, copying, disclosure or distribution of the information contained in this transmission by anyone other than the
recipient(s) named above is unauthorized and strictly prohibited. If you have received this transmission in error, please
notify us immediately by telephone at 412.261.1600. Unauthorized interception of this e-mail is a violation of federal
criminal law.

*Please note my new email address.*

**From:** Milenkevich, Christopher <christopher.milenkevich@dentons.com>
**Sent:** Wednesday, November 2, 2022 11:54 AM

**To:** Charles McKeen <cmckeen@leechtishman.com>
**Cc:** mkravet@royalabstract.com; Mary Gleason <mgleason@royalabstract.com>; Rich King <Rking@stewart.com>;
Lori Schwartz <lschwartz@leechtishman.com>; Richards, Robert E. <robert.richards@dentons.com>; Macksoud,
Lauren <lauren.macksoud@dentons.com>
**Subject:** 85 Flatbush - Call with Title & Seller's Counsel - 3:00 p.m. Today?

Charlie –

By this e-mail I am introducing you to Marty Kravet and Mary Gleason of Royal Abstract, and Rich King of Stewart
Title, who are handling title/escrow for the 85 Flatbush closing next week.

As you and I discussed this morning, can you confirm whether you're available for a call at **3:00 p.m. today** with
the title team to discuss closing deliverables and logistics?  If 3:00 p.m. doesn't work, please propose another time
today.

(I'm cc'ing our respective bankruptcy colleagues as well to keep them in the loop, and in case any of them would
like to join the call.)

Thanks,

Chris


大成 DENTONS    **Christopher Milenkevich**

What's Next? The answer is Talent. With more than 20,000 people, 12,000 lawyers and 200
locations, Dentons has the talent for what you need, where you need it.

D +1 212 398 7618   |   M +1 917 887 2565   |   US Internal 17618
christopher.milenkevich@dentons.com
Bio [nam12.safelinks.protection.outlook.com] [events.trustifi.com]
[nam12.safelinks.protection.outlook.com] [events.trustifi.com] [events.trustifi.com]
[events.trustifi.com] [events.trustifi.com]   |   Website
[nam12.safelinks.protection.outlook.com] [events.trustifi.com]
[nam12.safelinks.protection.outlook.com] [events.trustifi.com] [events.trustifi.com]
[events.trustifi.com] [events.trustifi.com]

Dentons US LLP
1221 Avenue of the Americas, New York, NY 10020-1089

LuatViet > Fernanda Lopes & Associados > Guevara & Gutierrez > Paz Horowitz Abogados >
Sirote > Adepetun Caxton-Martins Agbor & Segun > Davis Brown > East African Law Chambers
> Eric Silwamba, Jalasi and Linyama > Durham Jones & Pinegar > LEAD Advogados > For more
information on the firms that have come together to form Dentons, go to dentons.com/legacyfirms
[dentons.com] [events.trustifi.com] [nam12.safelinks.protection.outlook.com] [events.trustifi.com]
[events.trustifi.com] [events.trustifi.com] [events.trustifi.com]

Dentons is a global legal practice providing client services worldwide through its member firms and affiliates.
This email may be confidential and protected by legal privilege. If you are not the intended recipient,
disclosure, copying, distribution and use are prohibited; please notify us immediately and delete this copy
from your system. Please see dentons.com for Legal Notices.