In re 85 Flatbush RHO Hotel LLC          Case No. 20-23281

Debtor          Reporting Period: 10/01/2022 - 10/31/2022

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be from the debtor's books and not the bank statement.  The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed.  The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the three bank account columns.  Attach copies of the bank statements and the cash disbursements journal. The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page.  A bank reconciliation must be attached for each account.  [See MOR-1 (CON'T)]

| | BANK ACCOUNTS | | | | | | |
|---|---|---|---|---|---|---|---|
| ACCOUNT NUMBER (LAST 4) | DIP 2783 | DIP 2808 | DIP 2791 | DIP 3848 | DIP 1079 | DIP 1417 | CURRENT MONTH ACTUAL (TOTAL OF ALL ACCOUNTS) |
| CASH BEGINNING OF MO | $61,954.80 | $10,023.96 | $10.12 | $11.98 | $10.00 | $27,956.17 | $99,967.03 |
| RECEIPTS | | | | | | | |
| CASH SALES | $0.00 | $1,956,240.00 | | | | $0.00 | $1,956,240.00 |
| ACCOUNTS RECEIVABLE - PREPETITION | | | | | | | $0.00 |
| ACCOUNTS RECEIVABLE - POSTPETITION | | | | | | | $0.00 |
| LOANS AND ADVANCES | | | | | | | $0.00 |
| SALE OF ASSETS | | | | | | | $0.00 |
| OTHER (ATTACH LIST) | | | | | | $0.00 | $0.00 |
| TRANSFERS (FROM DIP ACC | $2,011,080.85 | $0.00 | $140.87 | | $0.00 | $1,955,500.00 | $3,966,721.72 |
| TOTAL RECEIPTS | $2,011,080.85 | $1,956,240.00 | $140.87 | $0.00 | $0.00 | $1,955,500.00 | $5,922,961.72 |
| DISBURSEMENTS | | | | | | | |
| NET PAYROLL | $45,609.23 | | | | | | $45,609.23 |
| PAYROLL TAXES | | | | | | | $0.00 |
| SALES, USE, & OTHER TAXES | | | | | | | $0.00 |
| INVENTORY PURCHASES | | | | | | | $0.00 |
| SECURED/ RENTAL/ LEASES | | | | | | | $0.00 |
| INSURANCE | $147,055.81 | | | | | | $147,055.81 |
| ADMINISTRATIVE | $1,370.76 | $86.89 | $104.75 | | | | $1,562.40 |
| SELLING | | | | | | | $0.00 |
| OTHER (ATTACH LIST) | $1,405,769.69 | | $0.00 | | | | $1,405,769.69 |
| OWNER DRAW * | | | | | | | $0.00 |
| TRANSFERS (TO DIP ACCTS | $36,090.00 | $1,965,900.00 | $0.00 | | | $1,983,080.85 | $3,985,070.85 |
| PROFESSIONAL FEES | $234,889.43 | | | | | $0.00 | $234,889.43 |
| U.S. TRUSTEE QUARTERLY | $0.00 | | | | | | $0.00 |
| COURT COSTS | | | | | | | $0.00 |
| TOTAL DISBURSEMENTS | $1,870,784.92 | $1,965,986.89 | $104.75 | $0.00 | $0.00 | $1,983,080.85 | $5,819,957.41 |
| | | | | | | | |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | $140,295.93 | -$9,746.89 | $36.12 | $0.00 | $0.00 | -$27,580.85 | $103,004.31 |
| | | | | | | | |
| CASH – END OF MONTH BE | $202,250.73 | $277.07 | $46.24 | $11.98 | $10.00 | $375.32 | $202,971.34 |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

| CASH RESERVES | | | | | | | |
|---|---|---|---|---|---|---|---|
| Professional Fees Reserve | | | | | | | $0.00 |
| Sales Tax Reserve | | | | | | | $0.00 |
| Real Estate Tax Reserve | | | | | | | $0.00 |
| TOTAL RESERVES | | | | | | | $0.00 |
| | | | | | | | |
| Net Available Cash After Reserves | | | | | | | $202,971.34 |

### THE FOLLOWING SECTION MUST BE COMPLETED
DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN)

| | |
|---|---|
| TOTAL DISBURSEMENTS | $5,819,957.41 |
| LESS: TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | -$3,985,070.85 |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow | |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE | $1,834,886.56 |

# TD Bank

**America's Most Convenient Bank®**



E    **STATEMENT OF ACCOUNT**

85 FLATBUSH RHO HOTEL LLC
DIP CASE 20-23281 SDNY
3284 N 29TH COURT
HOLLYWOOD FL 33020

| | |
|---|---|
| Page: | 1 of 8 |
| Statement Period: | Oct 01 2022-Oct 31 2022 |
| Cust Ref #: | ▮▮▮▮2783 |
| Primary Account #: | ▮▮▮▮2783 |

## Chapter 11 Checking

85 FLATBUSH RHO HOTEL LLC
DIP CASE 20-23281 SDNY

Account # ▮▮▮▮2783

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 61,954.80 | Average Collected Balance | 351,774.35 |
| Electronic Deposits | 2,011,080.85 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Checks Paid | 1,378,440.39 | Annual Percentage Yield Earned | 0.00% |
| Electronic Payments | 169,579.46 | Days in Period | 31 |
| Other Withdrawals | 322,765.07 | | |
| Ending Balance | 202,250.73 | | |

| | Total for this Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees (NSF) | $0.00 | $70.00 |

| | Total for this cycle | Total Year to Date |
|---|---|---|
| Grace Period OD/NSF Refund | $0.00 | $0.00 |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/11 | eTransfer Credit, Online Xfer<br>Transfer from CK ▮▮▮▮1417 | 22,000.00 |
| 10/11 | eTransfer Credit, Online Xfer<br>Transfer from CK ▮▮▮▮1417 | 3,000.00 |
| 10/12 | eTransfer Credit, Online Xfer<br>Transfer from CK ▮▮▮▮1417 | 12,000.00 |
| 10/13 | eTransfer Credit, Online Xfer<br>Transfer from CK ▮▮▮▮1417 | 2,000.00 |
| 10/18 | eTransfer Credit, Online Xfer<br>Transfer from CK ▮▮▮▮1417 | 8,000.00 |
| 10/18 | eTransfer Credit, Online Xfer<br>Transfer from CK ▮▮▮▮1417 | 8,000.00 |
| 10/19 | eTransfer Credit, Online Xfer<br>Transfer from CK ▮▮▮▮1417 | 90.00 |
| 10/20 | eTransfer Credit, Online Xfer<br>Transfer from CK ▮▮▮▮1417 | 1,602,000.00 |

# How to Balance your Account

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.

- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.

- Add any interest earned if you have an interest-bearing account.

- Add any automatic deposit or overdraft line of credit.

- Review all withdrawals shown on this statement and check them off in your account register.

- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

| ❶ | Ending Balance | | 202,250.73 |
| ❷ | Total Deposits | + | |
| ❸ | Sub Total | | |
| ❹ | Total Withdrawals | - | |
| ❺ | Adjusted Balance | | |

❷

| DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
| --- | --- | --- |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Deposits** | | ❷ |

❹

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
| --- | --- | --- |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
| --- | --- | --- |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Withdrawals** | | ❹ |

## FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared.  When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed.  Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly.  If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

### INTEREST NOTICE

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

## FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.

# TD Bank

**America's Most Convenient Bank®**

**STATEMENT OF ACCOUNT**

85 FLATBUSH RHO HOTEL LLC
DIP CASE 20-23281 SDNY

| | |
|---|---|
| Page: | 3 of 8 |
| Statement Period: | Oct 01 2022-Oct 31 2022 |
| Cust Ref #: | ████2783 |
| Primary Account #: | ████2783 |

## DAILY ACCOUNT ACTIVITY

### Electronic Deposits (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/20 | eTransfer Credit, Online Xfer<br>Transfer from CK ████1417 | 297,990.85 |
| 10/20 | eTransfer Credit, Online Xfer<br>Transfer from CK ████2808 | 28,000.00 |
| 10/21 | eTransfer Credit, Online Xfer<br>Transfer from CK ████1417 | 28,000.00 |
| | Subtotal: | 2,011,080.85 |

### Checks Paid

No. Checks: 29    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 10/24 | 74 | 230.00 | 10/24 | 590 | 49,712.40 |
| 10/24 | 77* | 3,210.26 | 10/26 | 591 | 50,422.34 |
| 10/25 | 87* | 3,566.58 | 10/27 | 603* | 62,845.00 |
| 10/03 | 561* | 3,767.08 | 10/26 | 604 | 102,763.00 |
| 10/31 | 569* | 210.84 | 10/26 | 605 | 72,585.41 |
| 10/12 | 571* | 24,442.62 | 10/26 | 606 | 8,000.00 |
| 10/25 | 579* | 1,350.00 | 10/26 | 607 | 174,000.00 |
| 10/26 | 580 | 4,000.00 | 10/26 | 608 | 57,629.00 |
| 10/21 | 582* | 98,534.69 | 10/26 | 609 | 91,420.00 |
| 10/26 | 583 | 3,361.12 | 10/26 | 610 | 52,877.78 |
| 10/27 | 584 | 21,193.03 | 10/26 | 611 | 341,734.56 |
| 10/24 | 585 | 1,415.38 | 10/27 | 612 | 86,000.00 |
| 10/25 | 586 | 1,280.76 | 10/26 | 613 | 8,000.90 |
| 10/31 | 588* | 305.56 | 10/26 | 614 | 4,000.00 |
| 10/21 | 589 | 49,582.08 | | | |
| | | | | Subtotal: | 1,378,440.39 |

### Electronic Payments

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/04 | CCD DEBIT, ALLSURE INSURANC PAYMENTS 9863064 | 4,753.00 |
| 10/05 | CCD DEBIT, 85 FLATBUSH RHO PAYROLL ****945027 | 7,935.31 |
| 10/05 | ELECTRONIC PMT-WEB, VERIZON PAYMENTREC ****769330001 | 224.32 |
| 10/06 | CCD DEBIT, ASUREPAYROLLTAX1 TAXDRAFT ASURE PAYROLL T | 3,457.47 |
| 10/06 | CCD DEBIT, FINGERCHECK SIGONFILE WT04DK | 10.00 |
| 10/07 | CCD DEBIT, ALLSURE INSURANC PAYMENTS 9909816 | 27,716.00 |
| 10/11 | CCD DEBIT, AMEX EPAYMENT ACH PMT W5542 | 11,543.88 |
| 10/13 | CCD DEBIT, 85 FLATBUSH RHO PAYROLL ****945027 | 7,974.76 |
| 10/13 | CCD DEBIT, ASUREPAYROLLTAX1 TAXDRAFT ASURE PAYROLL T | 3,494.69 |
| 10/14 | CCD DEBIT, FINGERCHECK SIGONFILE FQMBFK | 10.00 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

# TD Bank
**America's Most Convenient Bank®**

STATEMENT OF ACCOUNT

85 FLATBUSH RHO HOTEL LLC
DIP CASE 20-23281 SDNY

| | |
|---|---|
| Page: | 4 of 8 |
| Statement Period: | Oct 01 2022-Oct 31 2022 |
| Cust Ref #: | ████2783 |
| Primary Account #: | ████2783 |

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/18 | eTransfer Debit, Online Xfer<br>Transfer to CK ███1417 | 8,000.00 |
| 10/19 | CCD DEBIT, 85 FLATBUSH RHO PAYROLL ****945027 | 7,850.18 |
| 10/19 | eTransfer Debit, Online Xfer<br>Transfer to CK ███2791 | 90.00 |
| 10/20 | CCD DEBIT, ASUREPAYROLLTAX1 TAXDRAFT ASURE PAYROLL T | 3,402.50 |
| 10/20 | CCD DEBIT, AMEX EPAYMENT ACH PMT M4702 | 498.81 |
| 10/20 | CCD DEBIT, FINGERCHECK SIGONFILE PL18GK | 10.00 |
| 10/21 | eTransfer Debit, Online Xfer<br>Transfer to CK ███2808 | 28,000.00 |
| 10/21 | CCD DEBIT, ALLSURE INSURANC PAYMENTS 10064810 | 21,968.17 |
| 10/26 | CCD DEBIT, 85 FLATBUSH RHO PAYROLL ****945027 | 7,852.14 |
| 10/27 | CCD DEBIT, AMEX EPAYMENT ACH PMT M0740 | 10,000.00 |
| 10/27 | CCD DEBIT, AMTRUST NA PAYMENT 35100268 | 4,833.00 |
| 10/27 | CCD DEBIT, ASUREPAYROLLTAX1 TAXDRAFT ASURE PAYROLL T | 3,408.18 |
| 10/27 | ELECTRONIC PMT-WEB, FINGERCHECK WEB PMTS 3756HK | 194.00 |
| 10/27 | CCD DEBIT, FINGERCHECK SIGONFILE W9T6HK | 10.00 |
| 10/31 | CCD DEBIT, AMEX EPAYMENT ACH PMT M6916 | 6,343.05 |
| | Subtotal: | 169,579.46 |

### Other Withdrawals

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/21 | WIRE TRANSFER OUTGOING, Leech Tishman Fuscaldo Llc | 142,000.02 |
| 10/21 | WIRE TRANSFER OUTGOING, Robinson Brog Leinwand  Green P.C | 92,889.41 |
| 10/21 | WIRE TRANSFER OUTGOING, Chb Brokerage Llc | 87,785.64 |
| 10/21 | WIRE TRANSFER FEE | 30.00 |
| 10/21 | WIRE TRANSFER FEE | 30.00 |
| 10/21 | WIRE TRANSFER FEE | 30.00 |
| | Subtotal: | 322,765.07 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 09/30 | 61,954.80 | 10/18 | 13,625.67 |
| 10/03 | 58,187.72 | 10/19 | 5,775.49 |
| 10/04 | 53,434.72 | 10/20 | 1,929,855.03 |
| 10/05 | 45,275.09 | 10/21 | 1,437,005.02 |
| 10/06 | 41,807.62 | 10/24 | 1,382,436.98 |
| 10/07 | 14,091.62 | 10/25 | 1,376,239.64 |
| 10/11 | 27,547.74 | 10/26 | 397,593.39 |

# **TD Bank**

**America's Most Convenient Bank®**

**STATEMENT OF ACCOUNT**

85 FLATBUSH RHO HOTEL LLC
DIP CASE 20-23281 SDNY

| | |
|---|---|
| Page: | 5 of 8 |
| Statement Period: | Oct 01 2022-Oct 31 2022 |
| Cust Ref #: | ████ 2783 █████ |
| Primary Account #: | ███████ 2783 |

---

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|
| 10/12 | 15,105.12 | 10/27 | 209,110.18 |
| 10/13 | 5,635.67 | 10/31 | 202,250.73 |
| 10/14 | 5,625.67 | | |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender 

# TD Bank

**America's Most Convenient Bank®**

**STATEMENT OF ACCOUNT**

85 FLATBUSH RHO HOTEL LLC
DIP CASE 20-23281 SDNY

| | |
|---|---|
| Page: | 6 of 8 |
| Statement Period: | Oct 01 2022-Oct 31 2022 |
| Cust Ref #: | 2783 |
| Primary Account #: | 2783 |



| | | |
|---|---|---|
| #74 | 10/24 | $230.00 |
| #77 | 10/24 | $3,210.26 |
| #87 | 10/25 | $3,566.58 |
| #561 | 10/03 | $3,767.08 |
| #569 | 10/31 | $210.84 |
| #571 | 10/12 | $24,442.62 |
| #579 | 10/25 | $1,350.00 |
| #580 | 10/26 | $4,000.00 |
| #582 | 10/21 | $98,534.69 |
| #583 | 10/26 | $3,361.12 |



**TD Bank**

America's Most Convenient Bank®

**STATEMENT OF ACCOUNT**

85 FLATBUSH RHO HOTEL LLC
DIP CASE 20-23281 SDNY

| | |
|---|---|
| Page: | 7 of 8 |
| Statement Period: | Oct 01 2022-Oct 31 2022 |
| Cust Ref #: | ██████2783 |
| Primary Account #: | ████████2783 |

| #584 | 10/27 | $21,193.03 |
|---|---|---|
| #585 | 10/24 | $1,415.38 |
| #586 | 10/25 | $1,280.76 |
| #588 | 10/31 | $305.56 |
| #589 | 10/21 | $49,582.08 |
| #590 | 10/24 | $49,712.40 |
| #591 | 10/26 | $50,422.34 |
| #603 | 10/27 | $62,845.00 |
| #604 | 10/26 | $102,763.00 |
| #605 | 10/26 | $72,585.41 |

# TD Bank

**America's Most Convenient Bank®**

**STATEMENT OF ACCOUNT**

85 FLATBUSH RHO HOTEL LLC
DIP CASE 20-23281 SDNY

| | |
|---|---|
| Page: | 8 of 8 |
| Statement Period: | Oct 01 2022-Oct 31 2022 |
| Cust Ref #: | 2783 |
| Primary Account #: | 2783 |



| #606 | 10/26 | $8,000.00 |
|---|---|---|
| #607 | 10/26 | $174,000.00 |
| #608 | 10/26 | $57,629.00 |
| #609 | 10/26 | $91,420.00 |
| #610 | 10/26 | $52,877.78 |
| #611 | 10/26 | $341,734.56 |



| #612 | 10/27 | $86,000.00 |
|---|---|---|
| #613 | 10/26 | $8,000.90 |



| #614 | 10/26 | $4,000.00 |
|---|---|---|

 **Bank**

**America's Most Convenient Bank®**

E    **STATEMENT OF ACCOUNT**

Go paperless.
Scan the QR code to opt in to paperless statements.

| | |
|---|---|
| 85 FLATBUSH RHO HOTEL LLC | |
| DIP CASE 20-23281 SDNY | |
| 3284 N 29TH COURT | |
| HOLLYWOOD FL  33020 | |

| Page: | 1 of 3 |
|---|---|
| Statement Period: | Oct 01 2022-Oct 31 2022 |
| Cust Ref #: | 2808 |
| Primary Account #: | 2808 |

## Chapter 11 Checking

85 FLATBUSH RHO HOTEL LLC
DIP CASE 20-23281 SDNY

Account # ███████2808

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 10,023.96 | Average Collected Balance | 65,855.80 |
| Deposits | 1,928,240.00 | Interest Earned This Period | 0.00 |
| Electronic Deposits | 28,000.00 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| Electronic Payments | 1,965,986.89 | Days in Period | 31 |
| Ending Balance | 277.07 | | |

| | Total for this cycle | Total Year to Date |
|---|---|---|
| Grace Period OD/NSF Refund | $0.00 | $0.00 |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/18 | DEPOSIT | 1,928,240.00 |
| | Subtotal: | 1,928,240.00 |

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/21 | eTransfer Credit, Online Xfer | 28,000.00 |
| | Transfer from CK████2783 | |
| | Subtotal: | 28,000.00 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/04 | CCD DEBIT, MERCHANT BNKCD FEE ****27742882 | 86.89 |
| 10/12 | eTransfer Debit, Online Xfer | 9,900.00 |
| | Transfer to CK████1417 | |
| 10/20 | eTransfer Debit, Online Xfer | 1,900,000.00 |
| | Transfer to CK████1417 | |
| 10/20 | eTransfer Debit, Online Xfer | 28,000.00 |
| | Transfer to CK████2783 | |
| 10/21 | eTransfer Debit, Online Xfer | 28,000.00 |
| | Transfer to CK████1417 | |
| | Subtotal: | 1,965,986.89 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender 

# How to Balance your Account

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.

- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.

- Add any interest earned if you have an interest-bearing account.

- Add any automatic deposit or overdraft line of credit.

- Review all withdrawals shown on this statement and check them off in your account register.

- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

| | |
|---|---|
| ❶ Ending Balance | 277.07 |
| ❷ Total Deposits | + |
| ❸ Sub Total | |
| ❹ Total Withdrawals | - |
| ❺ Adjusted Balance | |

| ❷ DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Deposits** | | ❷ |

| ❹ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Withdrawals** | | ❹ |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared.  When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed.  Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly.  If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.



**America's Most Convenient Bank®**

85 FLATBUSH RHO HOTEL LLC
DIP CASE 20-23281 SDNY

| | |
|---|---|
| Page: | 3 of 3 |
| Statement Period: | Oct 01 2022-Oct 31 2022 |
| Cust Ref #: | ███2808 |
| Primary Account #: | ███2808 |

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 09/30 | 10,023.96 | 10/18 | 1,928,277.07 |
| 10/04 | 9,937.07 | 10/20 | 277.07 |
| 10/12 | 37.07 | | |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender 

# TD Bank

**America's Most Convenient Bank®**



**go paperless.**
Scan the QR code to opt in to paperless statements.

E    **STATEMENT OF ACCOUNT**

85 FLATBUSH RHO HOTEL LLC
DIP CASE 20-23281 SDNY
3284 N 29TH COURT
HOLLYWOOD FL  33020

| | |
|---|---|
| Page: | 1 of 2 |
| Statement Period: | Oct 01 2022-Oct 31 2022 |
| Cust Ref #: | ⬛2791 |
| Primary Account #: | ⬛2791 |

## Chapter 11 Checking

85 FLATBUSH RHO HOTEL LLC
DIP CASE 20-23281 SDNY

Account # ⬛2791

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | -40.75 | Average Collected Balance | 37.97 |
| Electronic Deposits | 140.87 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Electronic Payments | 204.87 | Annual Percentage Yield Earned | 0.00% |
| Ending Balance | -104.75 | Days in Period | 31 |

| | Total for this Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees (NSF) | $0.00 | $35.00 |

| | Total for this cycle | Total Year to Date |
|---|---|---|
| Grace Period OD/NSF Refund | $0.00 | $0.00 |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/03 | ACH RETURNED ITEM, EPX ST 032256440 MERCH SETL ****032256440 | 50.87 |
| 10/19 | eTransfer Credit, Online Xfer | 90.00 |
| | Transfer from CK ⬛2783 | |
| | Subtotal: | 140.87 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/31 | CCD DEBIT, EPX ST 032256440 MERCH SETL ****032256440 | 204.87 |
| | Subtotal: | 204.87 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 09/30 | -40.75 | 10/19 | 100.12 |
| 10/03 | 10.12 | 10/31 | -104.75 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

# How to Balance your Account

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.

- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.

- Add any interest earned if you have an interest-bearing account.

- Add any automatic deposit or overdraft line of credit.

- Review all withdrawals shown on this statement and check them off in your account register.

- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

| | | |
|---|---|---|
| ❶ Ending Balance | | -104.75 |
| ❷ Total Deposits | + | |
| ❸ Sub Total | | |
| ❹ Total Withdrawals | - | |
| ❺ Adjusted Balance | | |

| ❷ DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Deposits** | | ❷ |

| ❹ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Withdrawals** | | ❹ |

## FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared.  When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed.  Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly.  If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

## INTEREST NOTICE

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

## FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible.  We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.



**TD Bank**

America's Most Convenient Bank®

T **STATEMENT OF ACCOUNT**

85 FLATBUSH RHO HOTEL LLC
DIP CASE 20-23281 SDNY
75 HUNTINGTON ST
BROOKLYN NY 11231

| | |
|---|---|
| Page: | 1 of 2 |
| Statement Period: | Oct 01 2022-Oct 31 2022 |
| Cust Ref #: | ████3848 |
| Primary Account #: | ████3848 |

## Chapter 11 Checking

85 FLATBUSH RHO HOTEL LLC
DIP CASE 20-23281 SDNY

Account # ████3848

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 11.98 | Average Collected Balance | 11.98 |
| | | Interest Earned This Period | 0.00 |
| Ending Balance | 11.98 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 31 |

| | Total for this cycle | Total Year to Date |
|---|---|---|
| Grace Period OD/NSF Refund | $0.00 | $0.00 |

### DAILY ACCOUNT ACTIVITY

No Transactions this Statement Period

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender 

# How to Balance your Account

Page: 2 of 2

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.

- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.

- Add any interest earned if you have an interest-bearing account.

- Add any automatic deposit or overdraft line of credit.

- Review all withdrawals shown on this statement and check them off in your account register.

- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

| | | |
|---|---|---|
| ❶ Ending Balance | | 11.98 |
| ❷ Total Deposits | + | |
| ❸ Sub Total | | |
| ❹ Total Withdrawals | - | |
| ❺ Adjusted Balance | | |

| ❷ DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Deposits** | | ❷ |

| ❹ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Withdrawals** | | ❹ |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared.  When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed.  Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly.  If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.

**TD Bank**

America's Most Convenient Bank®

T      **STATEMENT OF ACCOUNT**



85 FLATBUSH RHO HOTEL LLC
DIP CASE 20-23281 SDNY
3284 N 29TH COURT
HOLLYWOOD FL  33020

| | |
|---|---|
| Page: | 1 of 2 |
| Statement Period: | Oct 01 2022-Oct 31 2022 |
| Cust Ref #: | ███1079 |
| Primary Account #: | ███ 1079 |

## Chapter 11 Checking

85 FLATBUSH RHO HOTEL LLC                                          Account # ███1079
DIP CASE 20-23281 SDNY

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 10.00 | Average Collected Balance | 10.00 |
| | | Interest Earned This Period | 0.00 |
| Ending Balance | 10.00 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 31 |

| | Total for this cycle | Total Year to Date |
|---|---|---|
| Grace Period OD/NSF Refund | $0.00 | $0.00 |

### DAILY ACCOUNT ACTIVITY

No Transactions this Statement Period



# How to Balance your Account

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.

- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.

- Add any interest earned if you have an interest-bearing account.

- Add any automatic deposit or overdraft line of credit.

- Review all withdrawals shown on this statement and check them off in your account register.

- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

**①** Ending Balance _____ 10.00

**②** Total Deposits + _____

**③** Sub Total _____

**④** Total Withdrawals - _____

**⑤** Adjusted Balance _____

| ② DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Deposits** | | ② |

| ④ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Withdrawals** | | ④ |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared.  When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed.  Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly.  If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.



**Bank**

**America's Most Convenient Bank®**

T    **STATEMENT OF ACCOUNT**

Go paperless.
Scan the QR code to
opt in to paperless
statements

85 FLATBUSH RHO HOTEL LLC
DIP CASE 20-23281 SDNY
3284 N 29TH COURT
HOLLYWOOD FL  33020

| Page: | 1 of 3 |
|---|---|
| Statement Period: | Oct 01 2022-Oct 31 2022 |
| Cust Ref #: | 1417 |
| Primary Account #: | 1417 |

## Chapter 11 Checking

85 FLATBUSH RHO HOTEL LLC
DIP CASE 20-23281 SDNY

Account # ███ 1417

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 27,956.17 | Average Collected Balance | 10,986.48 |
| Electronic Deposits | 1,955,500.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Electronic Payments | 1,983,080.85 | Annual Percentage Yield Earned | 0.00% |
| Ending Balance | 375.32 | Days in Period | 31 |

| | Total for this cycle | Total Year to Date |
|---|---|---|
| Grace Period OD/NSF Refund | $0.00 | $0.00 |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/12 | eTransfer Credit, Online Xfer<br>Transfer from CK ███ 2808 | 9,900.00 |
| 10/12 | eTransfer Credit, Online Xfer<br>Transfer from CK ███ 2775 | 9,600.00 |
| 10/18 | eTransfer Credit, Online Xfer<br>Transfer from CK ███ 2783 | 8,000.00 |
| 10/20 | eTransfer Credit, Online Xfer<br>Transfer from CK ███ 2808 | 1,900,000.00 |
| 10/21 | eTransfer Credit, Online Xfer<br>Transfer from CK ███ 2808 | 28,000.00 |
| | Subtotal: | 1,955,500.00 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/11 | eTransfer Debit, Online Xfer<br>Transfer to CK ███ 2783 | 22,000.00 |
| 10/11 | eTransfer Debit, Online Xfer<br>Transfer to CK ███ 2783 | 3,000.00 |
| 10/12 | eTransfer Debit, Online Xfer<br>Transfer to CK ███ 2783 | 12,000.00 |
| 10/13 | eTransfer Debit, Online Xfer<br>Transfer to CK ███ 2783 | 2,000.00 |
| 10/18 | eTransfer Debit, Online Xfer<br>Transfer to CK ███ 2783 | 8,000.00 |
| 10/18 | eTransfer Debit, Online Xfer<br>Transfer to CK ███ 2783 | 8,000.00 |

# How to Balance your Account

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.

- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.

- Add any interest earned if you have an interest-bearing account.

- Add any automatic deposit or overdraft line of credit.

- Review all withdrawals shown on this statement and check them off in your account register.

- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

| | | |
|---|---|---|
| ❶ Ending Balance | | 375.32 |
| ❷ Total Deposits | + | |
| ❸ Sub Total | | |
| ❹ Total Withdrawals | - | |
| ❺ Adjusted Balance | | |

| ❷ DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Deposits** | | ❷ |

| ❹ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Withdrawals** | | ❹ |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared.  When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed.  Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly.  If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.

# **TD** Bank

**America's Most Convenient Bank®**

**STATEMENT OF ACCOUNT**

85 FLATBUSH RHO HOTEL LLC
DIP CASE 20-23281 SDNY

| | |
|---|---|
| Page: | 3 of 3 |
| Statement Period: | Oct 01 2022-Oct 31 2022 |
| Cust Ref #: | ████1417 |
| Primary Account #: | ████1417 |

---

**DAILY ACCOUNT ACTIVITY**

## Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/19 | eTransfer Debit, Online Xfer<br>Transfer to CK ████2783 | 90.00 |
| 10/20 | eTransfer Debit, Online Xfer<br>Transfer to CK ████2783 | 1,602,000.00 |
| 10/20 | eTransfer Debit, Online Xfer<br>Transfer to CK ████2783 | 297,990.85 |
| 10/21 | eTransfer Debit, Online Xfer<br>Transfer to CK ████2783 | 28,000.00 |
| | Subtotal: | 1,983,080.85 |

---

**DAILY BALANCE SUMMARY**

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 09/30 | 27,956.17 | 10/18 | 456.17 |
| 10/11 | 2,956.17 | 10/19 | 366.17 |
| 10/12 | 10,456.17 | 10/20 | 375.32 |
| 10/13 | 8,456.17 | | |

