

**Robert E. Richards**

robert.richards@dentons.com
D    +1 312-876-7396

Dentons US LLP
233 South Wacker Drive
Suite 5900
Chicago, IL  60606-6361
United States


dentons.com

December 13, 2022


**<u>Via CM/ECF and Email</u>**

The Honorable Sean H. Lane
United States Bankruptcy Court for the
Southern District of New York
300 Quarropas Street
White Plains, New York 10601


Re:    In re 85 Flatbush RHO Mezz LLC, *et al.,*
        Case No. 20-23280-shl (Bankruptcy S.D.N.Y.) (Jointly Administered)


Dear Judge Lane:

TH Holdco, LLC ("<u>TH Holdco</u>") submits this letter to further update the Court on the status of the remaining closing deliverables and information owed to TH Holdco under the Plan and Purchase Agreement, which is attached to and confirmed by the Confirmation Order (Docket No. 280), and the Order Resolving TH Holdco LLC's Motion to Enforce Debtors' Obligations to Cooperate with Closing on Credit Bid (Docket No. 336), which was negotiated with the Debtors and entered on an agreed basis (the "<u>Enforcement Order</u>").

While reserving all rights and remedies as to all persons and entities including, without limitation, as to matters subsequently discovered, at this time, TH Holdco has received sufficient cooperation with respect to the closing related items listed in its pending 2004 Motion that it does not feel the need to burden the Court with the evidentiary hearing currently scheduled for December 19, 2022.  As such, TH Holdco is prepared to withdraw the 2004 Motion without prejudice to renewing it in the future, if necessary.

TH Holdco continues to reserves all rights and remedies under the Purchase Agreement, Confirmation Order, the March 2021 Final Cash Collateral Order and all other applicable orders and documents of record in these Chapter 11 cases.

**LuatViet ► Fernanda Lopes & Associados ► Guevara & Gutierrez ► Paz Horowitz Abogados ► Sirote ► Adepetun Caxton-Martins Agbor & Segun ► Davis Brown ► East African Law Chambers ► Eric Silwamba, Jalasi and Linyama ► Durham Jones & Pinegar ► LEAD Advogados ► For more information on the firms that have come together to form Dentons, go to dentons.com/legacyfirms**

dentons.com

TH Holdco thanks this Court for its assistance with these matters.

Very truly yours,

Dentons US LLP

Robert E. Richards

Enclosures

Cc:    Lori Schwartz
       Fred Ringel
       Paul Aloe
       Lauren Macksoud
       The Office of the United States Trustee