

December 22, 2022

**VIA ECF**
Honorable Sean H. Lane
United States Bankruptcy Court
300 Quarropas Street
White Plains, New York 10706

Lori Schwartz
(212) 603-6334
lschwartz@leechtishman.com

Re:    85 Flatbush RHO Mezz LLC, 85 Flatbush RHO Hotel, LLC and 85 Flatbush RHO Residential LLC, ("Debtors")
Chapter 11 Bankruptcy Case No. 20-23280 (SHL)

Dear Judge Lane:

We write in furtherance of the Court's direction at the hearing on the fee application and hold back fee application filed by Debtors' counsel, Leech Tishman Robinson Brog PLLC on behalf of itself and on behalf of Debtors' former counsel, Robinson Brog Leinwand Greene Genovese & Gluck P.C.

We are pleased to inform the Court that the parties have reached agreement, subject to (i) confirmation of the timing of the payment and (ii) an agreement on the proposed order. We are hopeful that both issues will be resolve and an agreed for of order submitted to the Court for entry.

The Debtors appreciate the time and effort the Court expended to communicate its views which undoubted guide us in resolving this claim and taking this off your plate for the holiday..

Please have your chambers contact me with any questions or if the Court requires any additional information.

Respectfully submitted,

/s/ Lori A. Schwartz
Lori A. Schwartz

cc:    Robert Richards, Esq.
Lauren Macksoud, Esq.

LEECH TISHMAN ROBINSON BROG, PLLC
875 Third Avenue, 9th Floor  |  New York, New York 10022  |  T: 212.603.6300  |  F: 212.956.2164

LEECHTISHMANRB.COM