# GOLDBERG WEPRIN FINKEL GOLDSTEIN LLP

ATTORNEYS AT LAW

ANDREW W. ALBSTEIN*
STEVEN R. UFFNER
KEVIN J. NASH
IRIS A. ALBSTEIN
BARRY E. ZWEIGBAUM
DOUGLAS TAUS
ROBERT W. LO SCHIAVO*
ELIZABETH SMITH* †
KATHARINE M. FINCH◊
MATTHEW E. HEARLE
AUBREY E. RICCARDI
ANTHONY J. SCHLUR
DANIEL J. SLATZ
STEWART A. WOLF*
YAN LAURENCY
ERIK ZARATIN◊

J. TED DONOVAN
SERGIO J. TUERO*
JAY E. SIMENS
BRIAN W. KEMPER
ERICA VITANZA*
BRIAN A. KOHN
ELLIOT WEISELBERG*
M. BRIAN CRONK
JOHN P. HOGAN
ZACHARY D. KUPERMAN*
NEIL I. ALBSTEIN*
JARED STEINBERG♦
ELLIOT FINK

125 PARK AVENUE
12TH FLOOR
NEW YORK, N. Y. 10017
(212) 221-5700
TELECOPIER (212) 730-4518

ARNOLD I. MAZEL
HARVEY GOLDSTEIN
BENJAMIN C. KIRSCHENBAUM
ROBERT KANDEL
ROBERT F. LINER
(OF COUNSEL)

EMANUEL GOLDBERG (1904 - 1988)
JACK WEPRIN (1930 - 1996)
BENJAMIN FINKEL (1905 - 1986)

*   ALSO MEMBER OF NEW JERSEY BAR
†   ALSO MEMBER OF MASSACHUSETTS BAR
◊   ALSO MEMBER OF CONNECTICUT BAR
♦   MEMBER OF OHIO AND PENNSYLVANIA BARS ONLY

J. Ted Donovan, Esq.
Direct: 212-301-6943
Facsimile: 212-221-6532
TDonovan@gwfglaw.com

February 8, 2023

*Via ECF and Email*
Hon. Sean H. Lane
U.S. Bankruptcy Court
Southern District of N.Y.
300 Quarropas Street
White Plains, NY 10601-4140

    Re:    85 Flatbush Mezz LLC, et al.
              Case No. 20-23280 (SHL)

Dear Judge Lane:

      I write in response to the letter filed by counsel for the lender, TH Holdco LLC [ECF No. 390] requesting a decision on its motion asserting a claim against the appeal bond. Please be advised that we are still evaluating a settlement proposal because we are seeking confirmation of rent payments by the City Homeless Shelter. According to the information we have received so far, rent payments were made through the end of the year at a rate of $600,000 per month. In various emails and conversations we have requested confirmation from the lender as to how much it received, and we are verifying the recipients of the payments with the City. We hope to have final numbers this week.

                                                  Respectfully yours,

                                                  /s/ J. Ted Donovan

cc:    Emilie B. Cooper, Esq.
        Lauren Macksoud, Esq.