UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>   85 FLATBUSH RHO MEZZ LLC, et al.,[1]<br><br>                           Debtors | Case No. 20-23280 (SHL)<br>Chapter 11<br><br>(Jointly Administered) |

## STIPULATION AND AGREED ORDER

This stipulation (the "Stipulation") is entered into between TH Holdco LLC ("TH Holdco") and Greater Shield LLC d/b/a Ground Support Services ("Greater Shield", and together with the TH Holdco, the "Parties").

## RECITALS

1.  On July 6, 2022, the Court entered the *Findings of Fact, Conclusions of Law, and Order Confirming TH Holdco LLC's Second Amended Chapter 11 Plan, As Modified by This Order* [Docket No. 280] (the "Confirmation Order"), which among other things, confirmed *TH Holdco's Second Amended Chapter 11 Plan* [Docket No. 211] filed on May 26, 2022 (the "Plan")[2], approved the *Purchase and Sale Agreement By and Between 85 Flatbush RHO Hotel, LLC and 85 Flatbush RHO Residential LLC as Sellers and TH Holdco LLC* filed on June 27, 2022 [Docket No. 268] (the "TH Holdco Purchase Agreement").

2.  On December 21, 2022, TH Holdco filed its *Notice of (I) Entry of Order Confirming TH Holdco LLC's Second Amended Plan, (II) Occurrence Of Effective Date, and (III) Final Deadlines For Filing Certain Claims* [Docket No. 377], which, among other things,

---

[1] The Debtors (as defined) in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, include: 85 Flatbush RHO Mezz LLC (6184); 85 Flatbush RHO Hotel LLC (5027); and 85 Flatbush RHO Residential LLC (2261).

[2] Capitalized terms used in this Stipulation but not otherwise defined herein shall have meaning set forth in the Plan.

US_ACTIVE\123225487\V-1

established February 21, 2023 as the deadline for TH Holdco to file an objection to Greater Shield's claims (the "Claim Objection Deadline").

3.     Pursuant to Section 8 of the Plan, the Parties have now agreed to extend the Claim Objection Deadline by thirty (30) days until March 23, 2023 (the "Greater Shield Claim Objection Deadline") to allow the Parties additional time to potentially settle this matter without Court intervention.

## AGREEMENT

**NOW THEREFORE**, the Parties to this Stipulation hereby agree and stipulate as follows:

The Greater Shield Claim Objection Deadline will be extended to March 23, 2023.

Dated: February 21, 2023
       New York, New York

**DENTONS US LLP**

/s/ *Sarah M. Schrag*
Lauren Macksoud
Sarah M. Schrag
**DENTONS US LLP**
1221 Avenue of the Americas
25th Floor
New York, New York 10020
Telephone: (212) 768-6700
Facsimile:  (212) 768-6800
E-mail: lauren.macksoud@dentons.com
            sarah.schrag@dentons.com

Robert Richards  (admitted *pro hac vice*)
**DENTONS US LLP**
233 S. Wacker Drive
Suite 5900
Chicago, IL 60606
Telephone: (312) 876-8000
Facsimile: (312) 876-7934
Email: robert.richards@dentons.com

*Counsel for TH Holdco LLC*

2

**WARSHAW BURSTEIN, LLP**

/s/ *Martin S. Siegel*
Martin S. Siegel
Thomas Filardo
**WARSHAW BURSTEIN, LLP**
775 Lexington Avenue
New York, NJ 10022
Telephone: (212) 984-7806
Fax:  (212) 972-9150

*Counsel for Greater Shield LLC d/b/a Ground Support Services*

3

Entered:  February __, 2023

SO ORDERED:  _____
Honorable Sean H. Lane
United States Bankruptcy Judge