UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>   85 FLATBUSH RHO MEZZ LLC, et al.,[1]<br><br>Debtors. | Case No. 20-23280 (SHL)<br>Chapter 11<br><br>(Jointly Administered) |

## FINAL DECREE AND ORDER CLOSING CHAPTER 11 CASES

Upon the application, dated October 16, 2024 (the "<u>Application</u>")[2], of TH Holdco as proponent of the confirmed chapter 11 Plan, by and through its attorneys, for entry of a final decree and order closing the Chapter 11 Cases pursuant to § 350(a) of the Bankruptcy Code and Bankruptcy Rule 3022; and the Plan having been confirmed by the *Findings of Fact, Conclusions of Law, and Order Confirming TH Holdco LLC's Second Amended Chapter 11 Plan, As Modified by This Order* [Docket No. 280] (the "<u>Confirmation Order</u>"); and good and sufficient notice of the Application having been given; and it appearing that no other or further notice need be given; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United States District Court for the Southern District of New York*, dated December 1, 2016; and the Court being satisfied that these Chapter 11 Cases have been "fully administered" within the meaning of § 350(a) of the Bankruptcy Code and that the Plan has been substantially consummated within the meaning of § 1101(2) of the Bankruptcy Code making it appropriate for the Court to enter a

---

[1] The Debtors (as defined) in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, include: 85 Flatbush RHO Mezz LLC (6184); 85 Flatbush RHO Hotel LLC (5027); and 85 Flatbush RHO Residential LLC (2261).

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Application.

final decree and order closing this case; and due deliberation having been had thereon; and sufficient cause appearing therefore; it is

**HEREBY ORDERED, ADJUDGED, AND DECREED THAT**:

1. The Application is granted to the extent set forth herein.

2. Pursuant to Bankruptcy Code § 350(a), Bankruptcy Rule 3022, and the Plan, the Chapter 11 Cases are hereby closed effective as of the date of the entry of this Final Decree and Order and, TH Holdco is discharged from all duties under the Plan.

3. The Clerk of the Court is directed to take all steps necessary to mark the Chapter 11 Cases as "closed."

4. Within ten (10) days of the date of this Order, TH Holdco shall pay all fees due and owing to the United States Trustee Program, pursuant to Section 1930 of title 28, U.S. Code, together with interest, if any, pursuant to Section 3717 of title 31, U.S. Code.

Dated: White Plains, New York  
      November 18, 2024    */s/ Sean H. Lane*  
                                     HONORABLE SEAN H. LANE  
                                     UNITED STATES BANKRUPTCY JUDGE